

**CITY OF BOSSIER CITY**
POLICE DEPARTMENT
P.O. BOX 6216
BOSSIER CITY, LOUISIANA 71171-6216

DATE: JANUARY 19, 2018
TO: CAPTAIN C. FAKTOR
FROM: OFFICER T. BRICE
REF: K9 TORRES

Captain Faktor,

K9 Torres had his annual vet visit earlier this month. K9 Torres tested positive for heartworms and was placed on a treatment plan. Dr. Meier noted that there were no physical symptoms of heartworm disease at this time and cleared K9 Torres for work. Dr. Meier advised Officer Boyett to watch for symptoms (Fatigue, lethargy, loss of appetite, weight loss) and return to the vet's office immediately if symptoms are detected.

K9 Torres will turn 8 years old on March 10, 2018. Considering the age of K9 Torres and the possible progression of his heartworm disease it is my recommendation that K9 Torres be decommissioned and retired from service.

Respectfully,

*Ofc. T. Brice*

Officer T. Brice
Trainer of K9 Services
Bossier City Police Department



EXHIBIT 1

C 005797