```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
2/08/18                    SUPERION, LLC CAD              PAGE    1
9:14:51                    CAD CALL INFORMATION           170910402
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

Call Number: 170910402  SI  Call Type.: 037 Narcotics/Narcotics Acti Police
Entry Day/Tm: 4/01/17 21:21:01       074 Traffic Violation       Police

CmnN:                            Agency.........: 001 Bossier City Poli
Location...:  1500 E  TEXAS                     ST  Apt: INTERSECTN
 City......: BOSSIER CITY       Block#:   1500  Loc ID: I Mapr: RES47P
Intersectn.: OLD BENTON                   BUTLER

Caller Name: L:                        F:              M:
 Address...:                                    Apt:
 City/State:              Phone#:              Source: SI

Call Taker.:   4451 THOMAS        SHABRONKA       PDDISP1S2
Dispatcher.:   4451 THOMAS        SHABRONKA       PDDISP1S2

                    N A R R A T I V E

       SPEED IS AT 50 MPH                              21:21:13
       ...PASSING ADAIR                                21:21:22
       ...GOING OVER THE BRIDGE INTO SHREVEPORT        21:21:59
       ...SPEED IS 45 MPH                              21:22:07
       .                                               21:22:31
       .                                               21:22:31
       .                                               21:22:31
       .                                               21:22:31
       GOING INTO DOWNTOWN SHREVEPORT                  21:22:31
       RUNNING RED LIGHT AT SPRING ST                  21:22:41
       AGAIN ON MARKET                                 21:22:47
       ON MARKET HEADED TOWARDS 20                     21:22:54
       I20W/B                                          21:23:23

       ...CALLING SPD...                               21:23:33

       APPROACHING COMMON                              21:23:38

       ...SPD NOT ANSWERING...                         21:23:48

       SPEEDS ARE AT 35MPH                             21:23:58
       APPROACHING FAIRFIELD                           21:24:03
       STILL AT ABOUT 30 MPH APPROACHING 49            21:24:30
       GETTING OFF ON I49 S/B                          21:24:57
       710 ADV K93 S/B AT I49 SPEEDS ARE ABOUT 30 MPH  21:25:48

       ...SPEAKING WITH SPD...                         21:26:05

       NOTIFYING SPD                                   21:26:10
       ...GETTING OFF AT KINGS HWY EXIT                21:26:33
       HEADING EAST ON E KING HWY                      21:26:57
       THEY JUST DISREGARD RED LIGHT AT KINGS HWY      21:27:30
       SPEEDS ARE AT 45 MPH                            21:27:30
       PASSING RAISING CANES AND MALL ST VINCENT       21:27:30
       PASSING FAIRFIELD                               21:27:30
       APPROACHING LINE AVE                            21:27:43
       SPEEDS ARE AT 35 MPH                            21:27:49
       JUST PASSED VEH IN TURNING LANE                 21:28:02

EXHIBIT
4

C 000001

```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
2/08/18                    SUPERION, LLC CAD                 PAGE    2
9:14:51                    CAD CALL INFORMATION              170910402
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
     PASSING CRESSWELL STILL E/B ON KINGS                       21:28:21
     JUST RAN ANOTHER RED LIGHT AT HIGHLAND AND KINGS           21:28:33
     JUST RAN ANOTHER RED LIGHT GILBERT AND KINGS STILL E/B     21:28:49
     PASSING CENTENARY AND DISREGARD RED LIGHT STILL E/B ON     21:29:13
     E KINGS                                                    21:29:13
     RAN ANOTHER LIGHT AT ALEXANDER                             21:29:24
     SPEEDS NOW AT 45 TO 50 MPH                                 21:29:31
     TURNING NORTH ON HOLLY 3000 BLOCK                          21:29:48
     PASSING E RUTHERFORD                                       21:29:52
     PASSING E COLUMBIA                                         21:30:05
     HEADING E ON E WASHINGTON HEADED TOWARDS YOUREE DR         21:30:25
     JUST PASSED YOUREE DR ON E WASHINGTON                      21:30:38
     SPEEDS ARE AT 45 MPH ON E WASHINGTON                       21:31:01
     SPEEDS ARE ABOUT 55 MPH NOW                                21:31:14
     PASSING E QUEBEC                                           21:31:23
     PASSING KNIGHT ST                                          21:31:40
     HEADED N ON WIGGIN 2800 BLK                                21:32:42
     TURNING W ON 1300 BLK OF OLDEN                             21:32:42
     2700 BLK OF WENDY HEADED 1200 BLK OF E WASHINGTON          21:33:07
     NOW WERE HEADED 2800 BLK OF WYMAN                          21:33:34
     APPROACHING SPORT BDALE HWY                                21:33:34
     HEADED E ON SPORT BDALE PASSING ARBYS                      21:33:46
     SPEEDS ARE ABOUT 40 MPH                                    21:34:05
     JUST RAN STOP SIGN AT SPORT BDALE AND DEE ST               21:34:05
     APPROACHING CLYDE FANT NOW                                 21:34:10
     STILL ON THE SIDE ACCESS ROAD CLYDE FANT HEADED N/B        21:34:38
     SPEEDS ARE AT 40 MPH                                       21:34:38
     HQ IM ASSUMING SPD IS NOT INVOLVED                         21:35:14
     ADV SPORT IS INVOLVED                                      21:35:23
     COMING UP ON STONER ST NOW                                 21:35:23
     SPEEDS ARE AT 35 MPH                                       21:35:35
     NOW HEADED W ON STONER                                     21:36:02
     PASSING VA HOSPITAL                                        21:36:28
     VEH IS HEADED S ON EASY ST 1300 BLK                        21:36:35
     PASSING E JORDAN 1500 BLK OF EASY ST                       21:36:58
     SPEEDS ARE AT 25 MPH                                       21:37:03
     HEADED E ON E HERNDON                                      21:37:18
     ON VIKING ST AT THE MAGNET SCHOOL                          21:37:37
     TURNING ON THE 500 BLK OF E JORDAN GOING W/B               21:37:55
     COMING BY THE APTS MARKET ST                               21:38:07
     HQ THEY ARE ABOUT TO BAIL                                  21:38:16
     ...NEED FD FOR CHILD WITH DOG BITE                         21:39:22
     ...GOT THE DRIVER IN CUSTODY                               21:39:30
     WHERE YALL AT                                              21:39:34
     STANDBY                                                    21:39:43
     IN BY PATROL CAR ON THE BACKSIDE OF THE APT COMPLEX        21:39:55

     ...CHIEF PAGE SENT...                                      21:40:04
     ...SPD IS GETTING FD ENRT...                               21:40:13

     47 TO FREEMAN WHERE YOU AT                                 21:40:26
     FREEMAN- IM WITH ALL THE SECURED VEH                       21:40:33
     35 TO HQ NEED AN IMPOUND FOR THE WHI HONDA                 21:41:58
     K93 TO SGT FREEMAN- PROVOST IS COMING TO YOU, YOU PROBABLY 21:42:43
     NEED TO CONTACT ME DOWN HERE                               21:42:43
```

C 000002

```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
2/08/18                       SUPERION, LLC CAD                    PAGE   3
9:14:51                       CAD CALL INFORMATION                 170910402
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
      710 DO WE HAVE A UNIT THAT COME DOWN HERE TO GET THE 10-15    21:43:00
      35-713 IN THE BACK AND MAY BE EASIER FOR HIM TO GET TO HIM    21:43:45
      ...541 E STONER                                               21:44:38

      ...MERICLES ENRT ETA 20 MINS...                              21:44:50

      ...710 WE NEED AN IMPOUND                                    21:45:42
      HQ ADV MERICLES ETA 20                                       21:45:42
      FREEMAN TO BRANDON AS SOON AS K9 GET TO THE VEH I NEED YOU    21:46:29
      BACK HERE                                                     21:46:29
      BRING THE GLOVES AND START AN IMPOUND SHEET                   21:46:45
      713-RECOVERED FIREARM                                        21:48:24
      30 OUT WITH UNITS IN SHREVEPORT                               21:48:38
      ...CAN YOU RUN A GUN SERIAL NUMBER                           21:51:30
      J01437Z                                                       21:51:30
      ...OFC WHEATLEY SHOULD HAVE ONE FOR YOU TO RUN ALSO           21:51:41
      ...35 ADV 10-64                                               21:52:15

      ...NEG 10-29                                                  21:53:15
      ...713//BERSA 380 S/N 506963                                 21:53:34
      ...NEG 10-29                                                  21:54:05

      710 TO K93                                                   21:54:15
      710 TO 713 GO TO 3                                           21:54:23

      ...VIN NOT ON FILE...                                        21:58:01

      ...712 EJ                                                    22:02:23

      Call change from CMD4 to S46 BY PDDISP2S1 P 01 0000003664     22:21:16


                     V E H I C L E      I N F O

Vehicle Type: SUSP Suspect
License# 16800457        Year:      Make: HONDA         Model: CIVIC
   State: LA  Type:      VIN : ZHGES16574H574705        Color: WHI/
                         MERICLES IMP                   4/01/17 21:43:38


                     P E R S O N     I N F O

Person Type: SUSP     Suspect                  User ID: ANDERSONM
Race.: B  Sex: M Age:   -      Hgt:    -      Wgt:    -      Person #:   1
Weapon:          Build.:          Hair...:           Eyes:
Hat..:           Jacket:          Shirt..:           Pants:
Shoes:           Facial:          Glasses:           SSN:        0


Flight Dir:                   Mode:        OL#:                       /
Last: WILLIAMS                     F: TREVIER       M: PEREZ
DOB:  3181991
Addr:      0                                  Apt:
City:                    Phone#:    -    (   )
                                    -    (   )
                              Last Changed:  4/01/17 22:34:33
```

C 000003

**Additional:**

C 000004

```
----------------------------------------------------------------------
2/08/18                       SUPERION, LLC CAD                PAGE    4
9:14:51                       CAD CALL INFORMATION             170910402
----------------------------------------------------------------------


K93                    Unit Status History Information

   4/01/17 21:26:25   4 Dispatched          D    |     2607 BOYETT,CHA
   4/01/17 21:26:25   6 At Scene            AS   |
   4/01/17 22:17:49  66 En Route to Station ES M |
   4/01/17 22:28:04  31 At Station          ST M |
   4/02/17  0:50:16   9 Started Self-Initiat SI  |


                   U N I T   L O C A T I O N S

     1      541 E  STONER S'PORT                Apt:           04/01/17
            City:                ST:    ZIP:    Block#:         21:50:18
            Common Name:
     2      620    BENTON                  RD   Apt: .3         04/01/17
            City: BOSSIER CITY    ST:    ZIP:   Block#:    600  22:18:26
            Common Name: MUNICIPAL COMPLEX/BCPD


201                    Unit Status History Information

   4/01/17 21:23:10   4 Dispatched          D    |     4427 ORTIZ,FER
   4/01/17 21:23:10   6 At Scene            AS   |
   4/01/17 21:54:19  20 Available           AV M |


                   U N I T   L O C A T I O N S

     1      541 E  STONER S'PORT                Apt:           04/01/17
            City:                ST:    ZIP:    Block#:         21:50:18
            Common Name:


30                     Unit Status History Information

   4/01/17 21:48:41   4 Dispatched          D    |     554 GAYDOS,JEF
   4/01/17 21:48:41   6 At Scene            AS   |
   4/01/17 22:10:55  39 At Hospital         AH   |
   4/01/17 22:20:09  16 Reset Unit Time Chec RS  |
   4/02/17  0:12:31  20 Available           AV   |


                   U N I T   L O C A T I O N S

     1      541 E  STONER S'PORT                Apt:           04/01/17
            City:                ST:    ZIP:    Block#:         21:56:16
            Common Name:


35                     Unit Status History Information

   4/01/17 21:21:25   4 Dispatched          D    |     6212 FREEMAN,TRO
   4/01/17 21:21:25   6 At Scene            AS   |
```

C 000005

```
--------------------------------------------------------------------------
2/08/18                    SUPERION, LLC CAD                   PAGE    5
9:14:51                    CAD CALL INFORMATION                170910402
--------------------------------------------------------------------------
    4/01/17 22:20:09  16 Reset Unit Time Chec RS        |
    4/01/17 23:23:35  40 At BCPD                 IS      |
    4/01/17 23:51:46  16 Reset Unit Time Chec RS         |
    4/02/17  0:50:16   9 Started Self-Initiat SI         |


                  U N I T   L O C A T I O N S

    1      541 E  STONER S'PORT              Apt:            04/01/17
           City:                  ST:    ZIP:     Block#:        21:50:18
           Common Name:
    2      620    BENTON                RD  Apt: .3          04/01/17
           City: BOSSIER CITY     ST:    ZIP:     Block#:   600 23:23:40
           Common Name: MUNICIPAL COMPLEX/BCPD


47                  Unit Status History Information

    4/01/17 21:37:12   4 Dispatched          D       |   7174 FAULKNER,MAT
    4/01/17 21:37:12   6 At Scene            AS       |
    4/01/17 21:42:38  43 In Custody/Arrested IC       |
    4/01/17 21:47:44  43 In Custody/Arrested IC       |
    4/01/17 22:20:09  16 Reset Unit Time Chec RS      |
    4/01/17 22:24:41   6 At Scene            AS       |
    4/01/17 22:25:51  30 Return to Station   RS       |
    4/01/17 22:40:30  20 Available           AV M     |


                  U N I T   L O C A T I O N S

    1      541 E  STONER S'PORT              Apt:            04/01/17
           City:                  ST:    ZIP:     Block#:        21:55:57
           Common Name:
    2      620    BENTON                RD  Apt: .3          04/01/17
           City: BOSSIER CITY     ST:    ZIP:     Block#:   600 22:25:58
           Common Name: MUNICIPAL COMPLEX/BCPD


710                 Unit Status History Information

    4/01/17 21:21:01   4 Dispatched          D       |   4793 PROVOST,JOH
    4/01/17 21:21:01   6 At Scene            AS       |
    4/01/17 21:21:01  11 Assigned as Primary  PR      |
    4/01/17 22:18:06  30 Return to Station   RS       |
    4/01/17 22:27:38  40 At BCPD             IS M     |
    4/02/17  0:50:03   9 Started Self-Initiat SI      |


                  U N I T   L O C A T I O N S

    1      541 E  STONER S'PORT              Apt:            04/01/17
           City:                  ST:    ZIP:     Block#:        21:50:18
           Common Name:
    2      620    BENTON                RD  Apt: .3          04/01/17
           City: BOSSIER CITY     ST:    ZIP:     Block#:   600 22:17:53
           Common Name: MUNICIPAL COMPLEX/BCPD
```

C 000006

```
------------------------------------------------------------------------
 2/08/18                     SUPERION, LLC CAD                 PAGE    6
 9:14:51                     CAD CALL INFORMATION              170910402
------------------------------------------------------------------------
```

712                     Unit Status History Information

```
 4/01/17 21:30:57   4 Dispatched            D    |   2799 LIDDELL JR,CAR
 4/01/17 21:30:57   6 At Scene              AS   |
 4/01/17 22:02:28  43 In Custody/Arrested   IC   |
 4/01/17 22:02:31  44 Enroute to Jail       EJ   |
 4/01/17 22:13:47  45 OUT AT THE JAIL       AJ   |
 4/01/17 22:20:09  16 Reset Unit Time Chec  RS   |
 4/02/17  0:50:16   9 Started Self-Initiat  SI   |
```

U N I T   L O C A T I O N S

```
 1      541 E  STONER S'PORT                 Apt:           04/01/17
        City:                  ST:   ZIP:       Block#:        21:50:18
        Common Name:
 2      620     BENTON                    RD  Apt: .3        04/01/17
        City: BOSSIER CITY      ST:   ZIP:       Block#:  600 22:14:23
        Common Name: MUNICIPAL COMPLEX/BCPD
```

713                     Unit Status History Information

```
 4/01/17 21:47:05   4 Dispatched            D    |   4064 WHEATLEY,LAM
 4/01/17 21:47:05   6 At Scene              AS   |
 4/01/17 22:20:09  16 Reset Unit Time Chec  RS   |
 4/01/17 23:24:05  20 Available             AV   |
                                                 |
                                                 |
                                                 |
                                                 |
```

U N I T   L O C A T I O N S

```
 1      541 E  STONER S'PORT                 Apt:           04/01/17
        City:                  ST:   ZIP:       Block#:        21:56:35
        Common Name:
```

D I S P O S I T I O N S

```
 1  006  Assist Officer            Case# 1 - 00-000000 Unit: 201
 2  001  Incident Report           Case# 1 - 17-003966 Unit: 710
 3  006  Assist Officer            Case# 1 - 00-000000 Unit: 47
 4  034  Supplement Report Written Case# 1 - 17-003966 Unit: 30
 5  006  Assist Officer            Case# 1 - 00-000000 Unit: 713
 6  041  Arrest - Adult (No Case Number Case# 1 - 00-000000 Unit: 710
 7  041  Arrest - Adult (No Case Number Case# 1 - 00-000000 Unit: 710
 8  041  Arrest - Adult (No Case Number Case# 1 - 00-000000 Unit: 710
 9  041  Arrest - Adult (No Case Number Case# 1 - 00-000000 Unit: 710
```

C 000007

```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
2/08/18                        SUPERION, LLC CAD                   PAGE    7
9:14:51                        CAD CALL INFORMATION                170910402
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
     10  041  Arrest - Adult (No Case Number  Case#  1 - 00-000000 Unit: 710
     11  041  Arrest - Adult (No Case Number  Case#  1 - 00-000000 Unit: 710
     12  041  Arrest - Adult (No Case Number  Case#  1 - 00-000000 Unit: 710
     13  041  Arrest - Adult (No Case Number  Case#  1 - 00-000000 Unit: 710
     14  041  Arrest - Adult (No Case Number  Case#  1 - 00-000000 Unit: 710
     15  041  Arrest - Adult (No Case Number  Case#  1 - 00-000000 Unit: 710
     16  041  Arrest - Adult (No Case Number  Case#  1 - 00-000000 Unit: 710
     17  034  Supplement Report Written       Case#  1 - 17-003966 Unit: K93
     18  034  Supplement Report Written       Case#  1 - 17-003966 Unit: 47
```

C 000008

```
--------------------------------------------------------------------------
Date:  1/04/18            BOSSIER CITY POLICE DEPARTMENT          Page:    1
Time: 14:33:17               Incident Report             Program: CMS301L
--------------------------------------------------------------------------
Case Number  . : 1-17-003966       CtDocketNo . . :
CourtTable . . : Street            Occur From Date: 4/01/17 21:21
Occur To Date  : 4/01/17 21:21     Report Date  . : 4/02/17 0:50
Day Of Week  . : SATURDAY
Common Name  . : 1500 E TEXAS STRE
City . . . . . : BOSSIER CITY, LA 71111
Location Type  : HIGHWAY/ROAD/ALLEY  Beat Assignment: 07
Zone/division  : NORTH
Dept Class . . : DRUG/NARCOTIC VIOLATIONS
Report Officer : PROVOST, JOHN       Case Status  . : CLEARED BY ARREST
Case Status Dt : 4/01/17            Alcohol Related: NO
Drug Related?  : YES
Verif. Employee: CALLAWAY, PATRICIA  4/05/17
Supervisory Emp: FREEMAN, TROY  4/02/17 Entry Date . . : PROVOST, JOHN  4/02/17
Property?  . . :                   Vehicles?  . . :
Offenses?  . . :                   Names? . . . . :
Narrative?  . . :                  Relationships? :
Interfaces?  . . :                 Case Origin His:

********************* O F F E N S E      R E P O R T  #   1 *******************
State Class  . : 14:108.1 FLIGHT FROM AN OFFICER
Federal Class  : OTHER CRIMINAL OFFENSES
Attmpt/Committ :                   Statute/Ordin  : 14:108.1
Computer Theft :                   Attack Reason  : NONE (NO BIAS)
Weapon Type  . :                   How/Where Entry:
Forced Entry . :                   Premises Enter : 0
Structure Occup:                   Evid Collected : NO
Crim Activity  :                   Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE     Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966       People Arrested: 1
Domestic Viol. :                   Homicide/Asslt?:
MO / Crime Spec:                   Solvability? . :
Statute Desc . : FLIGHT FROM AN OFFICER

********************* O F F E N S E      R E P O R T  #   2 *******************
State Class  . : 14:108 RESISTING AN OFFICER
Federal Class  : OTHER CRIMINAL OFFENSES
Attmpt/Committ :                   Statute/Ordin  : 14:108
Computer Theft :                   Attack Reason  : NONE (NO BIAS)
Weapon Type  . :                   How/Where Entry:
Forced Entry . :                   Premises Enter : 0
Structure Occup:                   Evid Collected : NO
Crim Activity  :                   Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE     Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966       People Arrested: 1
Domestic Viol. :                   Homicide/Asslt?:
MO / Crime Spec:                   Solvability? . :
Statute Desc . : RESISTING AN OFFICER

********************* O F F E N S E      R E P O R T  #   3 *******************
State Class  . : 40:966 PENALTY FOR POSS. MARIJUANA
Federal Class  : OTHER CRIMINAL OFFENSES
```

C 000009

```
--------------------------------------------------------------------------
Date:  1/04/18              BOSSIER CITY POLICE DEPARTMENT         Page:       2
Time:  14:33:17                   Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

                                             1-17-003966  (Continued)
Attmpt/Committ :                    Statute/Ordin  : 40:966
Computer Theft :                    Attack Reason  : NONE (NO BIAS)
Weapon Type  . :                    How/Where Entry:
Forced Entry . :                    Premises Enter : 0
Structure Occup:                    Evid Collected : NO
Crim Activity  :                    Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE      Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966         People Arrested: 1
Domestic Viol. :                     Homicide/Asslt?:
MO / Crime Spec:                     Solvability? . :
Statute Desc . : PENALTY FOR DIST. OR POSS. WITH INTENT TO DIST. NARCOTIC DRUGS

********************* O F F E N S E    R E P O R T #  4 *******************
State Class  . : 40:966 PENALTY FOR POSS. MARIJUANA
Federal Class  : OTHER CRIMINAL OFFENSES
Attmpt/Committ :                    Statute/Ordin  : 40:966
Computer Theft :                    Attack Reason  : NONE (NO BIAS)
Weapon Type  . :                    How/Where Entry:
Forced Entry . :                    Premises Enter : 0
Structure Occup:                    Evid Collected : NO
Crim Activity  :                    Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE      Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966         People Arrested: 1
Domestic Viol. :                     Homicide/Asslt?:
MO / Crime Spec:                     Solvability? . :
Statute Desc . : PENALTY FOR DIST. OR POSS. WITH INTENT TO DIST. NARCOTIC DRUGS

********************* O F F E N S E    R E P O R T #  5 *******************
State Class  . : 14:95 ILL. CARRYING OF WEAPONS
Federal Class  : OTHER CRIMINAL OFFENSES
Attmpt/Committ :                    Statute/Ordin  : 14:95
Computer Theft :                    Attack Reason  : NONE (NO BIAS)
Weapon Type  . : HANDGUN AUTOMATIC   How/Where Entry:
Forced Entry . :                    Premises Enter : 0
Structure Occup:                    Evid Collected : YES
Crim Activity  :                    Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE      Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966         People Arrested: 1
Domestic Viol. :                     Homicide/Asslt?:
MO / Crime Spec:                     Solvability? . :
Statute Desc . : ILLEGAL CARRYING OF WEAPONS

********************* O F F E N S E    R E P O R T #  6 *******************
State Class  . : 14:95.1 CARRYING CONCEALED WEAPON
Federal Class  : OTHER CRIMINAL OFFENSES
Attmpt/Committ :                    Statute/Ordin  : 14:95.1
Computer Theft :                    Attack Reason  : NONE (NO BIAS)
Weapon Type  . : HANDGUN AUTOMATIC   How/Where Entry:
Forced Entry . :                    Premises Enter : 0

C 000010

```
--------------------------------------------------------------------------
Date:  1/04/18              BOSSIER CITY POLICE DEPARTMENT          Page:      3
Time: 14:33:17                   Incident Report              Program: CMS301L
--------------------------------------------------------------------------
                                              1-17-003966   (Continued)
Structure Occup:                    Evid Collected : YES
Crim Activity   :                   Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE        Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966           People Arrested: 1
Domestic Viol. :                    Homicide/Asslt?:
MO / Crime Spec:                    Solvability? . :
Statute Desc . : POSSESSION OF FIREARM OR CARRYING CONCEALED WEAPON BY A PERSON

******************** O F F E N S E      R E P O R T  #  7 ******************
State Class  . : 14:94/F ILL. USE OF WEAPONS
Federal Class  : OTHER CRIMINAL OFFENSES
Attmpt/Committ :                  Statute/Ordin  : 14:94
Computer Theft :                  Attack Reason  : NONE (NO BIAS)
Weapon Type  : HANDGUN AUTOMATIC    How/Where Entry:
Forced Entry . :                  Premises Enter : 0
Structure Occup:                  Evid Collected : YES
Crim Activity  :                  Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE        Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966           People Arrested: 1
Domestic Viol. :                    Homicide/Asslt?:
MO / Crime Spec:                    Solvability? . :
Statute Desc . :

******************** O F F E N S E      R E P O R T  #  8 ******************
State Class  . : 40:1023  PROHIBITED ACTS
Federal Class  : OTHER CRIMINAL OFFENSES
Attmpt/Committ :                  Statute/Ordin  : 40:1023
Computer Theft :                  Attack Reason  : NONE (NO BIAS)
Weapon Type  :                    How/Where Entry:
Forced Entry . :                  Premises Enter : 0
Structure Occup:                  Evid Collected : YES
Crim Activity  :                  Location Type  :
UCR Disposition: CLEARED BY ARREST - ADULT
Exception Clear: NOT APPLICABLE        Dispo Date . . : 4/01/17
Arrest Case No.: 1-17-003966           People Arrested: 1
Domestic Viol. :                    Homicide/Asslt?:
MO / Crime Spec:                    Solvability? . :
Statute Desc . : PROHIBITED ACTS

********* P R O P E R T Y  I N F O R M A T I O N  #  1 ******************
Case number  . : 1-17-003966
Category . . . : ** E V I D E N C E / S E I Z E D **
Description  . : SCALE, BAGGIES     Color  . . . . :
Serial number : NONE               Make  . . . . : DRUG PARAPH
Condition  . . :                   Model  . . . . : DRUG PARAPH
UCR Prop Type  : DRUG/NARCOTIC EQUIPMENT
Year . . . . . : 0                 Property type  :
Insured? . . . : NO                NCIC number  . :
NCIC Entry Date: 0/00/00           NCIC Cancel Dt.: 0/00/00
Insured by . . :                   Value  . . . . : 10.00
```

C 000011

```
----------------------------------------------------------------------
Date:  1/04/18              BOSSIER CITY POLICE DEPARTMENT        Page:        4
Time: 14:33:17                 Incident Report              Program: CMS301L
----------------------------------------------------------------------
                                           1-17-003966   (Continued)
Quantity/weight: 2                   Misc. No.  . . : $1.00
Damaged  . . . :
Street number  :
City . . . . . :
Recovered by . :                     Recovered Date : 0/00/00
Street number  :
City . . . . . :
Cntrl Officer  : PROVOST, JOHN        Drug?  . . . . :
Document?  . . :                      Recovery value : 0.00
Property Msg .  :                     Property Seq .  :
Desc Continued :                      Desc Continued :

********* P R O P E R T Y   I N F O R M A T I O N   #   2 *********************
Case number  . : 1-17-003966
Category . . . : ** E V I D E N C E / S E I Z E D **
Description  . : 144 GRAMS MARIJUANA   Color  . . . . : GREEN
Serial number  : NONE                 Make . . . . . : MARIJUANA
Condition  . . :                      Model  . . . . : MARIJUANA
UCR Prop Type  : DRUGS/NARCOTICS       Year . . . . . : 0
Property type  :                      Insured? . . . : NO
NCIC number  . :                      NCIC Entry Date: 0/00/00
NCIC Cancel Dt.: 0/00/00              Insured by . . :
Value  . . . . : 1,444.00             Quantity/weight: 144 GRAMS
Misc. No. . . : $10.00                Damaged  . . . :
Street number  :
City . . . . . :
Recovered by . :                     Recovered Date : 0/00/00
Street number  :
City . . . . . :
Cntrl Officer  : PROVOST, JOHN        Drug?  . . . . :
Document?  . . :                      Recovery value : 0.00
Property Msg .  :                     Property Seq .  :
Desc Continued :                      Desc Continued :

********* P R O P E R T Y   I N F O R M A T I O N   #   3 *********************
Case number  . : 1-17-003966
Category . . . : ** E V I D E N C E / S E I Z E D **
Description  . : 6 MDMA TABLETS        Color  . . . . : MULTI
Serial number  : NONE                 Make . . . . . : MDMA TABLETS
Condition  . . :                      Model  . . . . : MDMA
UCR Prop Type  : DRUGS/NARCOTICS       Year . . . . . : 0
Property type  :                      Insured? . . . : NO
NCIC number  . :                      NCIC Entry Date: 0/00/00
NCIC Cancel Dt.: 0/00/00              Insured by . . :
Value  . . . . : 60.00                Quantity/weight: 6
Misc. No. . . : $10.00                Damaged  . . . :
Street number  :
City . . . . . :
Recovered by . :                     Recovered Date : 0/00/00
Street number  :
City . . . . . :
Cntrl Officer  : PROVOST, JOHN        Drug?  . . . . :
```

C 000012

```
--------------------------------------------------------------------------------
Date:  1/04/18              BOSSIER CITY POLICE DEPARTMENT          Page:      5
Time: 14:33:17                    Incident Report             Program: CMS301L
--------------------------------------------------------------------------------

                                          1-17-003966   (Continued)
Document?  . . :                    Recovery value : 0.00
Property Msg . :                    Property Seq . :
Desc Continued :     |              Desc Continued :

********* P R O P E R T Y   I N F O R M A T I O N   #   4 *********************
Case number  . : 1-17-003966        Category . . . : ** EVIDENCE **
Description  . : $267.00 U.S. CURRENCY  Color . . . . : GREEN
Serial number  :                    Make . . . . . : U.S. CURRENCY
Condition  . . :                    Model . . . . . : U.S. CURRENCY
UCR Prop Type  : MONEY              Year . . . . . : 0
Property type  :                    Insured? . . . : NO
NCIC number  . :                    NCIC Entry Date: 0/00/00
NCIC Cancel Dt.: 0/00/00            Insured by . . :
Value  . . . . : 267.00             Quantity/weight: 1
Misc. No.  . . : $267.00            Damaged  . . . :
Street number  :
City . . . . . :
Recovered by . :                    Recovered Date : 0/00/00
Street number  :
City . . . . . :
Cntrl Officer  : PROVOST, JOHN      Drug?  . . . . :
Document?  . . :                    Recovery value : 0.00
Property Msg . :                    Property Seq . :
Desc Continued :                    Desc Continued :

********* P R O P E R T Y   I N F O R M A T I O N   #   5 *********************
Case number  . : 1-17-003966        Category . . . : ** EVIDENCE **
Description  . : LOUISIANA ID CARD   Color . . . . : WHITE
Serial number  :                    Make . . . . . : ID
Condition  . . :                    Model . . . . . : LOUISIANA
UCR Prop Type  : OTHER              Year . . . . . : 0
Property type  :                    Insured? . . . : NO
NCIC number  . :                    NCIC Entry Date: 0/00/00
NCIC Cancel Dt.: 0/00/00            Insured by . . :
Value  . . . . : 25.00              Quantity/weight: 1
Misc. No.  . . : $25.00             Damaged  . . . :
Street number  :
City . . . . . :
Recovered by . :                    Recovered Date : 0/00/00
Street number  :
City . . . . . :
Cntrl Officer  : PROVOST, JOHN      Drug?  . . . . :
Document?  . . :                    Recovery value : 0.00
Property Msg . :                    Property Seq . :
Desc Continued :                    Desc Continued :

********* P R O P E R T Y   I N F O R M A T I O N   #   6 *********************
Case number  . : 1-17-003966        Category . . . : ** EVIDENCE **
Description  . : BERSA 380 CALIBER GUN  Color . . . . : BLACK
Serial number  : 506963             Make . . . . . : BERSA 380
Condition  . . :                    Model . . . . . : HANDGUN
UCR Prop Type  : FIREARMS           Year . . . . . : 0
```

C 000013

```
--------------------------------------------------------------------
Date:  1/04/18            BOSSIER CITY POLICE DEPARTMENT         Page:      6
Time: 14:33:17                  Incident Report              Program: CMS301L
--------------------------------------------------------------------

                                            1-17-003966  (Continued)
Property type  :                  Insured? . . . : NO
NCIC number  . :                  NCIC Entry Date: 0/00/00
NCIC Cancel Dt.: 0/00/00          Insured by . . :
Value  . . . . : 300.00           Quantity/weight: 1
Misc. No.  . . : $300.00          Damaged  . . . :
Street number  :
City . . . . . :
Recovered by . :                  Recovered Date : 0/00/00
Street number  :
City . . . . . :
Cntrl Officer  : PROVOST, JOHN    Drug? . . . . . :
Document? . . :                   Recovery value : 0.00
Property Msg . :                  Property Seq . :
Desc Continued :                  Desc Continued :

********* P R O P E R T Y   I N F O R M A T I O N   #   7 ********************
Case number  . : 1-17-003966      Category . . . : **  EVIDENCE  **
Description  . : BERETTA 9MM GUN   Color  . . . . : BLACK
Serial number  : J01437Z          Make . . . . . : BERETTA
Condition  . . :                  Model  . . . . : 9MM
UCR Prop Type  : FIREARMS         Year . . . . . : 0
Property type  :                  Insured? . . . : NO
NCIC number  . :                  NCIC Entry Date: 0/00/00
NCIC Cancel Dt.: 0/00/00          Insured by . . :
Value  . . . . : 300.00           Quantity/weight: 1
Misc. No.  . . : $300.00          Damaged  . . . :
Street number  :
City . . . . . :
Recovered by . :                  Recovered Date : 0/00/00
Street number  :
City . . . . . :
Cntrl Officer  : PROVOST, JOHN    Drug? . . . . . :
Document? . . :                   Recovery value : 0.00
Property Msg . :                  Property Seq . :
Desc Continued :                  Desc Continued :

********* V E H I C L E   I N F O R M A T I O N   #   1 ********************
Case number  . : 1-17-003966      Classification : **  S U S P E C T  **
UCR Veh Type . : AUTO             State Veh  Type: AUTOMOBILES
Year . . . . . : 0                Make . . . . . : HONDA
Model  . . . . : CIVIC            Model Name . . : CIVIC
Style  . . . . : SEDAN - 4 DOOR   Color - Top  . : WHITE
Color - Bottom : WHITE            License # . . . : 16800457  LA
VIN  . . . . . : 2HGE516574H574705 Veh Damaged  . :
Stolen value . : 0                Disposition  . : IMPOUNDED
Insured  . . . : UNKNOWN          Insured by . . :
Cntrl Officer  : WHEATLEY, LAMOND Features/Odditi:
Keys in car  . :                  Vehicle locked : NO
Lein holder  . :
Street number  :
Street directio:
City . . . . . :
```

C 000014

```
--------------------------------------------------------------------------
Date:  1/04/18            BOSSIER CITY POLICE DEPARTMENT        Page:      7
Time: 14:33:17               Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

                                        1-17-003966  (Continued)
NCIC number  . :                    NCIC entry date: 0/00/00
NCIC cancel dat: 0/00/00            Misc. I.D. # . :
Recovered by . :                    Recovery Date  : 0/00/00
Recovery value : 0
City . . . . . :
Recovery code  :                    Owner notified :
Owner notified :

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
Last Name  . . : WILLIAMS, TREVIER PEREZ
Street Number  : 2871 JOUST DRIV
City . . . . . : SHREVEPORT, LA 71107
Birth Date . . : 3/18/1991 26           Birth State  . : LA
Birth Country  : UNITED STATES          Social Security: 436811889
Occupation . . :                        Oper Lic No. . : NONE
Misc. ID# . . :                         Race . . . . . : BLACK
Sex  . . . . . : MALE                   Ethnic Origin  : NON-HISPANIC
Maximum Age  . : 26                     Minimum Height : 508
Maximum Height : 0                      Minimum Weight : 170
Maximum Weight : 0                      Hand Use . . . : UNKNOWN
Marital Status : SINGLE                 Hair Style . . : NO PART
Eye Color  . . : BROWN                  Hair Color . . : BLACK
Hair Length  . : SHORT ( UP TO 1/2" LONG)
Eye Glasses  . : NO                     Complexion . . : DARK
Facial Hair  . : NONE                   Build  . . . . : MEDIUM
Teeth  . . . . : NO DISCERNIBLE FEATURES
Speech/Voice . : NORMAL                 Status . . . . :
Caution/Hazard : UNK                    NCIC Number  . :
NCIC Entry Date: 0/00/00                NCIC Cancel Dt : 0/00/00
Be On Look Out?:                        Alt Address? . :
Body Marks?  . :                        More clothing? :
E-mail Address :                        More E-Contacts:
More phone?  . :

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 2 **
Last Name  . . : UNK, UNK UNK
Street Number  :
City . . . . . :
Birth Date . . : 0/00/0000 20           Birth State  . :
Birth Country  :                        Social Security: 0
Occupation . . :                        Oper Lic No. . :
Misc. ID# . . :                         Race . . . . . : BLACK
Sex  . . . . . : MALE                   Ethnic Origin  : UNKNOWN
Maximum Age  . : 25                     Minimum Height : 505
Maximum Height : 508                    Minimum Weight : 150
Maximum Weight : 165                    Hand Use . . . : UNKNOWN
Marital Status : UNKNOWN                Hair Style . . : UNKNOWN
Eye Color  . . : UNKNOWN                Hair Color . . : UNKNOWN
Hair Length  . : UNKNOWN                Eye Glasses  . : NO
Complexion . . : DARK                   Facial Hair  . : UNKNOWN
Build  . . . . : MEDIUM                 Teeth  . . . . : UNKNOWN
Speech/Voice . : UNKNOWN                Status . . . . :

C 000015

```
--------------------------------------------------------------------------
Date:  1/04/18          BOSSIER CITY POLICE DEPARTMENT         Page:     8
Time: 14:33:17              Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

                                        1-17-003966   (Continued)
```
Caution/Hazard : UNK                NCIC Number  . :
NCIC Entry Date: 0/00/00            NCIC Cancel Dt : 0/00/00
Be On Look Out?:                    Alt Address? . :
Body Marks?  . :                    More clothing? :
E-mail Address :                    More E-Contacts:
More phone?  . :
```

```
******** O T H E R    P E R S O N     I N F O R M A T I O N - # 1 ********
Case Number  . : 1-17-003966        Person Type  . : OTHER/VICTIM
Last Name  . . : COLEY, SOLOMON CRAIG
Street Number  : 541 E STONER STRE 143
City . . . . . : SHREVEPORT, LA 71101
Birth Date . . : 3/02/1985 32       POB/State  . . :
Country  . . . :                    Employer . . . :
Social Security: 0                  Occupation . . :
Oper Lic No. . :                    Race . . . . . : BLACK
Sex  . . . . . : MALE               Ethnic Origin  : NON-HISPANIC
Height . . . . : 508                Weight . . . . : 160
Alt Address? . :                    Body Marks?  . :
More clothing? :                    E-mail Address :
More E-Contacts:                    More phone?  . :
```

```
******** O T H E R    P E R S O N     I N F O R M A T I O N - # 2 ********
Case Number  . : 1-17-003966        Person Type  . : OTHER/VICTIM
Last Name  . . : COLEY, JEWEL
Street Number  : 541 E STONER STRE
City . . . . . : SHREVEPORT, LA 71101
Birth Date . . : 6/21/2012 4        POB/State  . . :
Country  . . . :                    Employer . . . :
Social Security: 0                  Occupation . . :
Oper Lic No. . :                    Race . . . . . : BLACK
Sex  . . . . . : FEMALE             Ethnic Origin  :
Height . . . . : 0                  Weight . . . . : 0
Alt Address? . :                    Body Marks?  . :
More clothing? :                    E-mail Address :
More E-Contacts:                    More phone?  . :
```

```
************************** N A R R A T I V E  # 1 *************************
SYNOPSIS                   Reported By: PROVOST, JOHN B.          4/02/17
                           Entered By.: PROVOST, JOHN B.          4/02/17

    ON 04/01/17 AT 2121 HOURS I, PFC. PROVOST ATTEMPTED TO CONDUCT A
    TRAFFIC STOP IN THE 1500 BLOCK OF E. TEXAS ST. WITH A WHITE HONDA
    CIVIC (LA TEMP # 16800457) FOR DRIVING WITH NO HEADLIGHTS. THE VEHICLE
    FLED FROM OFFICERS AND LATER RESULTED IN THE ARREST OF TREVIER
    WILLIAMS.
```

```
************************** N A R R A T I V E  # 2 *************************
SUPPLEMENTAL               Reported By: PROVOST, JOHN B.          4/02/17
                           Entered By.: PROVOST, JOHN B.          4/02/17

    ON 04/01/17 AT 2121 HOURS I, PFC. PROVOST ATTEMPTED TO CONDUCT A
```

C 000016

---

Date: 1/04/18                BOSSIER CITY POLICE DEPARTMENT              Page:      9
Time: 14:33:17                     Incident Report              Program: CMS301L

---

1-17-003966  (Continued)

TRAFFIC STOP IN THE 1500 BLOCK OF E. TEXAS ST. WITH A WHITE HONDA
CIVIC (LA TEMP # 16800457) FOR DRIVING WITH NO HEADLIGHTS.
THE VEHICLE WAS SEEN LEAVING THE MIRAGE APARTMENTS ON E. TEXAS STREET
WITH NO HEADLIGHTS ON DURING THE HOURS OF DARKNESS.
THE FOLLOWING THEN OCCURRED:
1- THE VEHICLE EXITED THE MIRAGE APARTMENTS AND STARTED TO HEAD WEST
ON E. TEXAS ST.
2- I GOT BEHIND THE VEHICLE AND ATTEMPTED TO MAKE A TRAFFIC STOP WITH
THE VEHICLE.
3- THE VEHICLE THEN ACCELERATED TO SPEEDS OF 55 MPH IN A 35 MPH ZONE
AND CONTINUED WEST TOWARDS THE TEXAS STREET BRIDGE.
4- THE VEHICLE CONTINUED INTO SHREVEPORT AND PASSED VEHICLE'S INTO
ONCOMING TRAFFIC AND DISREGARDED A RED LIGHT AT SPRING STREET.
5- THE VEHICLE THEN DISREGARDED ANOTHER RED LIGHT AT MARKET STREET AND
WAS SEEN HEADING TOWARDS INTERSTATE 20.
6- THE VEHICLE THEN GOT ONTO INTERSTATE 20 HEADING WESTBOUND.
7- THE VEHICLE THEN EXITED ONTO INTERSTATE 49 AND WAS SEEN HEADING
SOUTHBOUND. AT THIS TIME K9 OFFICER BOYETT LED THE PURSUIT.
8- THE VEHICLE THEN EXITED AT KINGS HWY AND DISREGARDED THE REDLIGHT
AT KINGS AND I-49 AND STARTED HEADING EASTBOUND.
9- THE VEHICLE THEN PASSED SEVERAL VEHICLES IN A TURNING LANE ON KINGS
HWY AND CONTINUED EASTBOUND ON KINGS HWY, DISREGARDING SEVERAL RED
LIGHTS ON KINGS HWY.
10-THE VEHICLE THEN TURNED NORTH ONTO HOLLY ST, THEN TURNED EAST ON E.
WASHINGTON ST.
11- THE VEHICLE THEN PASSED YOUREE DRIVE AND CONTINUED EAST ON E.
WASHINGTON ST.
12- THE VEHICLE THEN WENT THROUGH SEVERAL STREETS IN THE E. WASHINGTON
ST. AREA AND ENDED UP ON SHREVEPORT BARKSDALE HIGHWAY HEADING EAST
TOWARDS CLYDE FANT PARKWAY.
13- THE VEHICLE THEN TOOK A SIDE ACCESS STREET RUNNING PARALLEL TO
CLYDE FANT PARKWAY AND CONTINUED NORTHBOUND TOWARDS STONER AVE.
14- THE VEHICLE THEN TURNED ONTO STONER STREET AND THEN TURNED SOUTH
ONTO EASY STREET.
15- THE VEHICLE THEN TURNED EAST ONTO E. HERNDON STREET, THEN TURNED
NORTH ONTO VIKING STREET.
16- THE VEHICLE THEN EXITED THE ROADWAY IN THE MAGNET SCHOOL PARKING
LOT AND DROVE THROUGH THE PARKING LOT.
17- THE VEHICLE THEN GOT BACK ONTO VIKING STREET AND THEN TURNED WEST
ONTO E. JORDAN STREET.
18- THE VEHICLE THEN TURNED INTO THE STONER STREET APARTMENTS (541 E.
STONER) AND BOTH THE DRIVER AND PASSENGER DOOR BEGAN TO OPEN.
19- BOTH THE DRIVER AND PASSENGER THEN BAILED OUT OF THE VEHICLE IN
THE PARKING LOT OF 541 E. STONER.
20- K9 OFFICER BOYETT THEN DEPLOYED HIS K9 ON THE DRIVER AS HE FLED ON
FOOT TOWARDS EASY STREET.
21- I, PFC. PROVOST THEN SAW THE K9 KNOCK THE SUSPECT DOWN ON THE
SIDEWALK NEXT TO EASY STREET.
22- I THEN SAW THE SUSPECT GET BACK UP AND COULD HEAR A SUBJECT
SCREAMING THE DOG HAD A KID.
23- AT THIS TIME I NOTICED THE K9 ATTACHED TO A CHILD, WHERE THE
SUSPECT WAS LAST SEEN FALLING TO THE GROUND.

C 000017

```
--------------------------------------------------------------------------------
Date: 1/04/18              BOSSIER CITY POLICE DEPARTMENT            Page:      10
Time: 14:33:17                   Incident Report                   Program: CMS301L
--------------------------------------------------------------------------------
```

                                        1-17-003966  (Continued)

24- I THEN OBSERVED A SHREVEPORT POLICE OFFICER (LATER IDENTIFIED AS OFFICER CISCO) AND SGT. FAULKNER WITH THE BOSSIER CITY POLICE DEPT. CHASING AFTER THE SUSPECT.

25- I, PFC. PROVOST THEN CAUGHT UP WITH THE SUSPECT AS OFFICER CISCO AND SGT. FAULKNER WERE DELIVERING SEVERAL STRIKES TO THE SUSPECT AND TELLING HIM TO STOP RESISTING.

26- I, PFC. PROVOST THEN ASSISTED OFFICERS AND OBSERVED THE SUSPECT TRYING TO PULL HIS RIGHT HAND UNDERNEATH HIS BODY.

27- I, PFC. PROVOST THEN STRUCK THE SUBJECT TWICE IN THE STOMACH/ BACK AREA IN AN EFFORT TO GAIN COMPLIANCE.

28- THE SUSPECT THEN COMPLIED AND PUT BOTH HANDS BEHIND HIS BACK AND WAS HANDCUFFED BY I, PFC. PROVOST.

29- I, PFC. PROVOST THEN ADVISED THE SUSPECT OF HIS MIRANDA RIGHTS, SEARCHED HIS PERSON, AND DISCOVERED A BAG CONTAINING 6 MDMA TABLETS IN HIS WATCH POCKET.

30- THE SUSPECT WAS THEN IDENTIFIED AS TREVIER WILLIAMS, AND TRANSPORTED BACK TO EASY STREET. AT THIS TIME SGT. FAULKNER LOCATED A BERETTA 9MM HANDGUN LAYING NEAR THE SIDEWALK WHERE TREVIER WILLIAMS WAS KNOCKED DOWN BY THE K9. SGT. FAULKNER ADVISED THAT HE SAW THE SUSPECT PULLING THE HANDGUN OUT AND THROWING IT ON THE GROUND AS HE WAS TRYING TO FLEE FROM OFFICERS.

31- TREVIER WILLIAMS WAS THEN PLACED INTO OFFICER C. LIDDELL'S POLICE UNIT.

32- I, PFC. PROVOST THEN RETURNED TO 541 E. STONER AND CONTACTED OFFICER WHEATLEY WHO CHASED AFTER THE PASSENGER.

33- OFFICER WHEATLEY ADVISED THAT HE RECOVERED A BERSA 380 CALIBER HANDGUN ON THE PATH THAT THE PASSENGER RAN, BUT WAS UNABLE TO CATCH THE SUSPECT.

34- I THEN RETURNED BACK TO EASY ST, SEIZED THE BERETTA HANDGUN, AND PLACED IT INTO AN EVIDENCE BAG.

35- I THEN RETURNED BACK TO 541 E. STONER STREET AND OBSERVED OFFICER WHEATLEY FILLING OUT A VEHICLE INVENTORY ON THE WILLIAMS VEHICLE.

36- OFFICER WHEATLEY ADVISED THAT HE LOCATED A BACKPACK IN THE TRUNK OF THE VEHICLE AND IT CONTAINED A LARGE AMOUNT OF MARIJUANA.

37- THE BACKPACK AND THE BERSA 380 HANDGUN THAT OFFICER WHEATLEY RECOVERED WAS SEIZED, AND PLACED INSIDE OF MY POLICE VEHICLE .

38- AT THIS TIME OFFICER LIDDELL TRANSPORTED T. WILLIAMS TO THE B.C.P.D. JAIL.

39- MERICLE'S IMPOUND THEN ARRIVED AND IMPOUNDED WILLIAMS VEHICLE.

40- I, PFC. PROVOST THEN RETURNED BACK TO THE BOSSIER CITY POLICE STATION AND BEGAN LOGGING IN EVIDENCE.

THE FOLLOWING IS EVIDENCE SEIZED AND LOGGED INTO EVIDENCE BY I, PFC. PROVOST:

- 6 MDMA PILLS.
- 144 GRAMS OF MARIJUANA IN 6 BAGS.
- A DIGITAL SCALE, SANDWICH BAGS, AN ID BELONGING TO TREVIER WILLIAMS (LOCATED INSIDE THE BACKPACK CONTAINING MARIJUANA/ DRUP PARAPH.)
- A BERETTA 9MM WITH 24 ROUNDS (SERIAL # J01437Z)
- A BERSA 380 CALIBER WITH 6 ROUNDS (SERIAL # 506963)
- $267 IN U.S. CURRENCY ALSO LOCATED IN THE BACKPACK.

41- TREVIER WILLIAMS WAS THEN BOOKED ON THE FOLLOWING CHARGES:
NO HEADLIGHTS, NO DRIVER'S LICENSE, AGG. FLIGHT IN A VEHICLE,

```
--------------------------------------------------------------------------
Date:  1/04/18           BOSSIER CITY POLICE DEPARTMENT        Page:    11
Time: 14:33:17                 Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

1-17-003966  (Continued)

RESISTING AN OFFICER (BY FLEEING ON FOOT), POSS. OF SCH. I C.D.S.
MARIJUANA WITH INTENT TO DISTRIBUTE, POSS. OF SCH. I C.D.S. MDMA,
ILLEGAL CARRYING OF A FIREARM, POSS. OF A FIREARM WITH C.D.S., FELON
IN POSS. OF A FIREARM, POSS. OF DRUG PARAPH., AND FOR BEING A FUGITIVE
FROM SHREVEPORT POLICE FOR DOMESTIC ABUSE BATTERY.
42- TREVIER WILLIAMS WAS UNCOOPERATIVE AND DID NOT WISH TO SPEAK TO
OFFICERS ABOUT THE INCIDENT.
43- SEE. K9 OFFICER BOYETT'S SUPPLEMENTAL REPORT FOR FURTHER
INFORMATION.
44- NO FURTHER ACTIONS BY THIS OFFICER.
45- EOR.

*************************** N A R R A T I V E  # 3 ***************************

*** SUPPLEMENT DETAILS ***
Report Emp/Dte/Time. :  BOYETT, CHAD              4/02/17  1:09

SUPPLEMENTAL               Reported By: BOYETT, CHAD E.            4/02/17
                          Entered By.: BOYETT, CHAD E.            4/02/17

*****Supplement*****  Ofc. C. Boyett  #17-3966
On 04/01/16 at 2126hrs I, Ofc. Boyett, assisted Ofc. Provost, who was
in pursuit of a white sedan that failed to stop for a traffic stop in
the 1500blk of E. Texas St.
1- I was able to catch up to the pursuit on I-20 westbound as the
sedan exited onto southbound I-49 at which time I took the lead car
position.
2- Officers continued to pursue the sedan, in marked patrol units with
overhead lights and sirens, as it exited I-49 onto E. Kings St.
3- While traveling on E. Kings St. the sedan was observed disregarding
multiple red lights before turning into a neighborhood where the
vehicle was observed disregarding every stop sign that it encountered.
4- The vehicle pursuit ended at the Stoner St. Apartments(541 E.
Stoner St.) when the sedan pulled into the northside parking lot at
which time the b/m driver, Trevier Williams(suspect), and an unknown
b/m passenger fled from the vehicle on foot.
5- I then deployed K9 Torres from my unit and pursued T. Williams as
he ran west down a sidewalk, through the apt. complex, towards Easy
St.
6- When I was directly behind T. Williams I gave K9 Torres the "bite"
command.
7- K9 Torres pursued T. Williams as he jumped down a retaining wall
and crossed Easy St.
8- K9 Torres engaged T. Williams on his lower leg causing him to fall
to the ground.
9- When T. Williams fell, he was directly next to a b/f juvenile,
Jewel Coley(other), who was standing on the sidewalk aprox. 10ft from
her father, Solomon Coley(other).
10- The bite on T. Williams was unsuccessful and he continued to run
at which time K9 Torres redirected and bit J. Coley.
11- I was able to quickly gain control of K9 Torres and remove him
from the bite as assisting officers continued to pursue T. Williams on

C 000019

```
-------------------------------------------------------------------------------
Date: 1/04/18            BOSSIER CITY POLICE DEPARTMENT          Page:    12
Time: 14:33:17                Incident Report             Program: CMS301L
-------------------------------------------------------------------------------
```

                                        1-17-003966  (Continued)
foot.
12- The fire dept. was immediately dispatched to the scene to treat J.
Coley's injuries.
13- Sgt. Freeman was notified of the incident and K9 Torres was
escorted back to my unit where he was secured.
14- No further action taken by this officer.
MVS/BWC
EOR

*************************** N A R R A T I V E   # 4 ***************************

*** SUPPLEMENT DETAILS ***
Report Emp/Dte/Time. :  WHEATLEY, LAMOND        4/02/17  2:24

SUPPLEMENTAL              Reported By: WHEATLEY, LAMOND O.           4/02/17
                         Entered By.: WHEATLEY, LAMOND O.           4/02/17

This is a supplement written by Ofc Wheatley to original case number
01-17-003966.
1- On 4/1/17 at 2130hrs, I Ofc Wheatley joined in the pursuit
initiated by PCF. Provost in Shreveport.
2- As the suspect vehicle pulled into Stoner Vista Apartments, I Ofc
Wheatley observed an unidentified B/M, wearing a white t-shirt and
blue Jean shorts, exit the vehicle in an attempt to flee from officers
on foot.
3- I Ofc Wheatley followed behind the suspect while chasing him on
foot.
4- While chasing the suspect through the apartment complex, I observed
an unknown object fall from the suspect hands.
5- The suspect was able to separate from officers while running
through the complex.
6- Once I lost sight of the suspect, I ended the foot pursuit.
7- While back tracking the suspect running path, I recovered a black
pistol magazine lying in the parking lot where the object fell from
the suspect's hands.
8- While continuing my search of the suspect path, I came to a "U"
shape opening behind an apartment building.
9- While searching the general area of the "U" shape opening, I
located a silver and black handgun lying beside an outside air
conditioning unit.
10- I, Ofc Wheatley, was able to recovered a Black and Silver Bersa
380 handgun, and a matching black 380 cal magazine in the area the
suspect ran.
11- Both items was logged into evidence.
EOR.

* * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *

C 000020

# BOSSIER CITY POLICE DEPARTMENT
## USE OF FORCE REPORT

**Date:** 04/01/17          **Time:** 2139hrs          **Case #:** 17-3966

**Division:** K-9/SCIU     **Shift:** B     **District:** Shreveport     **On Duty:** ☒     **Off Duty:** ☐

**Officer Preparing Report:** C.E. Boyett

**Supervisor Notified:** Sgt. Freeman          **Time:** 2142hrs

List ALL persons involved and their role:

| Name | Suspect Race | Sex | Age | Police Officer (Enter Emp #) | Witness | Other |
|---|---|---|---|---|---|---|
| Pfc. Boyett | | | | 2607 | ☐ | ☐ |
| Pfc. Provost | | | | 4793 | ☐ | ☐ |
| Sgt. Faulkner | | | | 7174 | ☐ | ☐ |
| Ofc. Cisco/Shreveport PD | | | | UNK | ☐ | ☐ |
| Trevier Williams | B | M | 26 | | ☐ | ☐ |
| Jewel Coley | B | F | 4 | | ☐ | ☐ |
| | | | | | ☐ | ☐ |
| | | | | | ☐ | ☐ |

**Details:**

On 04/01/17 at 2121hrs Pfc. Provost initiated a traffic stop of a white Honda Sedan(La Temp/16800457) in the 1500blk of E. Texas St. for driving with no headlights or taillights. The sedan failed to stop for Pfc. Provost, in his marked patrol unit with overhead lights and sirens initiated, and continued westbound on E. Texas St. into Shreveport. Officers pursued the vehicle through Shreveport as the vehicle disregarded multiple stop signs and stop lights. The sedan also passed other motorist on the left side, driving into oncoming traffic, and exceeded the speed limit by more than 25mph. Finally the vehicle turned into the Stoner St. Apts.(541 E. Stoner St.) at which time the driver, Trevier Williams, and an unknown b/m passenger fled from the vehicle on foot. Pfc. Boyett, performed a visual scan of the area for innocent bystanders and none were observed in the immediate area. Pfc. Boyett then deployed K9 Torres from his vehicle and pursued Trevier Williams on foot as he fled down a sidewalk, through the apt complex, towards Easy St. Pfc. Boyett then gave K9 Torres the "bite" command at which time K9 Torres pursued T. Williams as he jumped down a retaining wall and crossed Easy St. K9 Torres engaged T. Williams in his lower leg causing T. Williams to fall to the ground directly next to a b/f juvenile, Jewel Coley. The bite was unsuccessful and T. Williams was able to get back up and continue running at which time K9 Torres redirected and bit J. Coley. Pfc. Provost, Sgt. Faulkner, and Ofc. Cisco continued the foot pursuit of T. Williams and were able to catch up with T. Williams behind a residence, just west of Easy St. T. Williams layed in the prone position, on his stomach, and had one hand concealed under his body. T. Williams disregarded commands to show his hand at which time officers adminstered closed fist strikes to his upper torso until his hand could be pulled free. T. Williams was then handcuffed(double-locked) and escorted to the backseat of a patrol unit.

**LIST CHARGE(S):**

Possesion of Sched I w/intent(marijuana), Possession of Sched I(MDMA), Possession of Drug Paraphernalia, Possession of a Firearm w/CDS, Felon in Possession of a Firearm, Aggravated Flight, No Headlights, No Drivers License, Illegal Carrying of a Weapon, Fugitive Warrant(SPD)

C 000021

## USE OF FORCE REPORT

Date: <u>04/01/17</u>    Time: <u>2139hrs</u>    Case #: <u>17-3966</u>

Type of Forced Used:    ☐ Shotgun    ☐ Handgun    ☐ Duty    ☐ Back-Up    ☐ ASP
☒ Handcuffs    ☒ Hands    ☐ Less Than Lethal Ammunitions (LLA)
☒ K-9    ☐ Other _____

Injuries Sustained:    ☐ Arrestee    ☐ PD Officer    ☐ Witness    ☐ Other (Explain on below line)

Nature of Injury:

```
[blank box]
```

Treatment By:    Fire Department: ☐ Yes    ☐ No    Hospital Personnel: ☐ Yes    ☐ No
Hospital Name: _____    Doctor's Name: _____

Officer(s) involved Signature(s):  This is a true and accurate account of this incident:

Officer: _____ #2607    Officer: _____
Officer: PFC. _____ #4703    Officer: _____
Officer: _____ 712    Officer: _____
Officer: _____    Officer: _____

Reviewing Supervisors:

a.  Sergeant: _____    Were procedures followed? ☒ Yes ☐ No
Remarks: _____

b.  Lieutenant: _____    Were procedures followed? ☐ Yes ☐ No
Remarks: _____

c.  Captain: Capt Smith 5508    Were procedures followed? ☒ Yes ☐ No
Remarks: _____

d.  Division Commander: _____    Were procedures followed? ☐ Yes ☐ No
Remarks: _____

Form Incomplete, returned through Chain of Command by: _____ Date: _____

Received in I.A.D. by: _____ Date: _____

Return to Division Commander for the following reasons: _____

_____
_____
_____

Completed form returned to I.A.D by: _____ 1959    Date: 5/24/2017

```
PGM ID-JNBRRP                    BOSSIER CITY JAIL                    PAGE  1
DATE.: 4/02/17                   RELEASE REPORT                       TIME 05:13
ENTPR- MYERSG
```

```
   BOOKING#: 17-0000926                        CITY ID#  : 85052
                                                   CELL:
        NAME: WILLIAMS, TREVIER PEREZ         PROP BOX#:
                                                   CASE#:
                                                 ST ID#: 002661551
```

```
DOB....:  3/18/91    AGE.:  26    PLACE OF BIRTH: SHREVEPORT        LA
ADDRESS: 2871 JOUST DR
  (MAIL)
                                 CITY.: SHREVEPORT
                                 STATE.: LA    ZIP.: 71107    PHONE#: (817) 7701347

PHYSICAL DESCRIPTION - SEX: M  EYES: BRN  HEIGHT: 508    MARITAL STATUS: S
                         RACE: B  HAIR: BLK  WEIGHT: 170      HAIR STYLE: BRA
MILITARY SERVICE:   STATUS:                                   BODY BUILD: MED

CAN INMATE READ OR WRITE: Y      EDUCATION LEVEL: 12
SOCIAL SECURITY #..: 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
OCCUP./EMPLOYER: UNEMPLOYED
  DRIVERS LICENSE ST/#:                              WORK RELEASE:

ARRESTED BY: LIDDELL, CARL JR
        AGENCY: BCPD    DATE.:  4/01/17    TIME: 21:42
PLACE OF ARREST: 541 EAST STONER,SHREVEPORT, LA          AGENCY RESP.: BPSO
RECEIVED BY: STEWART, JOSHUA SHANE
                    DATE.:  4/02/17    TIME: 00:13    PROCESSED: Y
```

| | CHARGE/CASE# | CT/TP | WARR/POLICE# | CRT/PTR | BAIL/CC | CRIME CODE/AGENCY |
|---|---|---|---|---|---|---|
| 1 | HEADLAMPS ON VEHICLE | | | | NO BAIL | REG 32:303 |
| | TIC#462013-1 | 1 M | 17-3966 | DCRT | | BPSO |
| 2 | DRIVER MUST BE LIC. | | | | NO BAIL | REG 32:52 |
| | TIC#462013-2 | 1 M | 17-3966 | DCRT | | BPSO |
| 3 | FLIGHT FROM OFFICER | | | | NO BAIL | LRS 14:108.1 |
| | | 1 M | 17-3966 | DCRT | | BPSO |
| 4 | RESISTING AN OFFICER | | | | NO BAIL | LRS 14:108 |
| | | 1 M | 17-3966 | DCRT | | BPSO |
| 5 | POSS. MARIJ. FELONY | | | | NO BAIL | LRS 40:966 |
| | | 1 F | 17-3966 | DCRT | | BPSO |
| 6 | POSS. SCH I-NOT MARI | | | | NO BAIL | LRS 40:966C |
| | | 1 F | 17-3966 | DCRT | | BPSO |
| 7 | WEAPONS ILL. CARRY | | | | NO BAIL | LRS 14:95 |
| | | 1 F | 17-3966 | DCRT | | BPSO |
| 8 | WEAPONS POS/CONC/FEL | | | | NO BAIL | LRS 14:95.1 |
| | | 1 F | 17-3966 | DCRT | | BPSO |
| 9 | WEAPONS ILL. CARRY | | | | NO BAIL | LRS 14:95 |
| | | 1 F | 17-3966 | DCRT | | BPSO |
| 10 | POSS. DRUG PARA. | | | | NO BAIL | LRS 40:1023 |
| | | 1 M | 17-3966 | DCRT | | BPSO |
| 11 | FUGITIVE | | | | NO BAIL | ART 213.4 |
| | | 1 M | 17-3966 | SPCRT | | SPJAL |

```
  STACKABLE-        .00   NON-STACKABLE-        .00

  COURT DATE: 0/00/00         COURT TIME: 00:00
```

C 000023

```
PGM ID-JNBRRP                    BOSSIER CITY JAIL                    PAGE    2
DATE:  4/02/17                   RELEASE REPORT                     TIME 05:13
ENTPR- MYERSG
```

```
   BOOKING#: 17-0000926                        CITY ID#  : 85052
                                                  CELL:
       NAME: WILLIAMS, TREVIER PEREZ              PROP BOX#:
       DISPOSITION          CODE    DATE    COURT  DISPOSITION COMMENT
 1 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   NO HEADLIGHTS ON
 2 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   NO D/L
 3 TRANS BOSSIER PARISH      TB    4/02/17  DCRT
 4 TRANS BOSSIER PARISH      TB    4/02/17  DCRT
 5 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   144 GRMS
 6 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   6 ECSTACY PILLS
 7 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   9M BERETTA PISTOL
 8 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   FELON W/FIREARM
 9 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   W/CDS
10 TRANS BOSSIER PARISH      TB    4/02/17  DCRT   BAGGIES
11 TRANS BOSSIER PARISH      TB    4/02/17  SPCRT  SPD/DOMESTIC
```

RELEASE DATE:  4/02/17   TIME: 05:12   REASON: TB

RELEASING OFFICER:

I hereby certify that I have received/released all property and money held by
the Bossier City Jail.

Prisoner's Signature on Release: _Trevier Williams_____

Releasing Officer's Signature: _____   Date: _____

                                                       Time: _____

C 000024

```
PGM ID-JNBRRP                    BOSSIER CITY JAIL                    PAGE   3
DATE:  4/02/17                    RELEASE REPORT                      TIME 05:13
ENTPR- MYERSG

    BOOKING#: 17-0000926                        CITY ID#  : 85052
                                                CELL:
       NAME: WILLIAMS, TREVIER PEREZ            PROP BOX#:
                                   COMMENTS:

    DATE/TIME ENTERED:  4/02/17  00:34:05  COMMENT CODE: B PUBLIC CHARG COMMENT
         ENTRY PERSON: MYERS, GEORGIA A
         OFFICER CAME IN CONTACT WITH SUBJECT AT EAST TEXAS/OLD BEN-
         TON RD WHERE SUBJECT WAS DRIVING HIS VEHICLE WITHOUT HIS
         HEADLIGHTS. WHEN OFFICER TRIED TO STOP THE VEHICLE SUBJECT
         TOOK OFF DRIVING HIS VEHICLE INTO SHREVEPORT AND RUNNING SEVERAL STOP
         SIGNS AND RED LIGHTS AND PASSING INTO ON COMING TRAFFIC. WHEN SUBJECT
         FINALLY STOPPED HE TOOK OFF RUNNING AND THREW A FIREARM DOWN AS HE WAS
         RUNNING. SUBJECT WAS THEN FOUND TO BE IN POSSESSION OF MARIJUANA,ECST-
         ACY PILLS,BAGGIES AND 9M BERETTA PISTOL. SUBJECT ALSO HAD ACTIVE WAR-
         RANT THRU SPD. SUBJECT WAS ARRESTED FOR ABOVE CHARGES

    DATE/TIME ENTERED:  4/02/17  00:37:54  COMMENT CODE: G GENERAL COMMENTS
         ENTRY PERSON: MYERS, GEORGIA A
         WHILE AT THE BOOKING COUNTER SUBJECT KEPT COVERING HIS TATT
         OOS UP SO OFFICER STEWART WAS ABLE TO GET TATTOOS HE COULD
         SEE
```

C 000025

```
****************************************************************
*                        BOSSIER CITY JAIL                    *
*                                                             *
*              BANKING WITHDRAWAL SLIP    REC'D BY: ROBERTSONP*
*                                                             *
*   DATE  : 4/02/17                    TIME  :  5:13          *
*                                                             *
*   NAME  : WILLIAMS, TREVIER PEREZ    ACCT. #: 85052         *
*                                                             *
*   AMOUNT :    $18.99                 RECPT #:  1692         *
*   BALANCE:     $.00                                         *
*                                                             *
****************************************************************
```

C 000026

```
PGMID-JNTRNB                        BOSSIER CITY JA

  DATE  4/02/17                  COMMISSARY STATEMENT                        PAGE
  TIME  5:13
```

NAME: WILLIAMS, TREVIER PEREZ                          CITY ID#  : 85052

```
          T R A N S A C T I O N S
   DATE       TIME     MADE BY     TYPE    AMOUNT  QUANTITY       ITEM/REASON/COMMEN

   4/02/17     13    MYERSG         D       18.99                 DEP.OF PROP.BOX CAS
   4/02/17    5:13   ROBERTSONP     W       18.99                 TB


            TOTAL REG DEPOSIT:      18.99
            PLUS MEDICAL ADJ.:        .00
            TOTAL DEPOSITS   :      18.99
   LESS TOTAL REVERSALS   :          .00
   LESS TOTAL PURCHASES   :          .00
   LESS TOTAL MEDICAL     :          .00
   PLUS TOTAL ADJUSTMENTS:           .00
   PLUS TOTAL MEDICAL ADJ:           .00
   LESS TOTAL WITHDRAWALS:         18.99

            CURRENT BALANCE  :        .00
```

WILLIAMS, TREVIER PEREZ

SIGNATURE UPON RELEASE

C 000027

```
PGM ID-JNBKRP                      BOSSIER CITY JAIL                    PAGE   1
DATE:  4/02/17                     BOOKING REPORT                       TIME 00:41
ENTPR- MYERSG


    BOOKING#: 17-0000926                       CITY ID#  : 85052
                                                    CELL: J O   001 032
        NAME: WILLIAMS, TREVIER PEREZ           PROP BOX#:  0040
                                                    CASE#:


DOB....: 3/18/91     AGE.:  26    PLACE OF BIRTH: SHREVEPORT       LA
ADDRESS: 2871 JOUST DR
  (MAIL)                          CITY.: SHREVEPORT
                                  STATE: LA   ZIP: 71107       PHONE#: (817) 7701347

PHYSICAL DESCRIPTION - SEX: M  EYES: BRN  HEIGHT: 508    MARITAL STATUS: S
                       RACE: B  HAIR: BLK  WEIGHT: 170         HAIR STYLE: BRA
MILITARY SERVICE:   STATUS:                              BODY BUILD: MED

CAN INMATE READ OR WRITE: Y      EDUCATION LEVEL: 12
SOCIAL SECURITY #..: 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
OCCUP./EMPLOYER: UNEMPLOYED
  DRIVERS LICENSE ST/#:                                 WORK RELEASE:

ARRESTED BY: LIDDELL, CARL JR
             AGENCY: BCPD    DATE: 4/01/17   TIME: 21:42
PLACE OF ARREST: 541 EAST STONER,SHREVEPORT, LA         AGENCY RESP.: BPSO
RECEIVED BY: STEWART, JOSHUA SHANE
                    DATE:  4/02/17   TIME: 00:13       PROCESSED: Y

    CHARGE/CASE#      CT/TP WARR/POLICE#     CRT/PTR  BAIL/CC  CRIME CODE/AGENCY
  1 HEADLAMPS ON VEHICLE                              NO BAIL  REG 32:303
    TIC#462013-1       1 M  17-3966         DCRT                BPSO
  2 DRIVER MUST BE LIC.                               NO BAIL  REG 32:52
    TIC#462013-2       1 M  17-3966         DCRT                BPSO
  3 FLIGHT FROM OFFICER                               NO BAIL  LRS 14:108.1
                       1 M  17-3966         DCRT                BPSO
  4 RESISTING AN OFFICER                              NO BAIL  LRS 14:108
                       1 M  17-3966         DCRT                BPSO
  5 POSS. MARIJ. FELONY                               NO BAIL  LRS 40:966
                       1 F  17-3966         DCRT                BPSO
  6 POSS. SCH I-NOT MARI                              NO BAIL  LRS 40:966C
                       1 F  17-3966         DCRT                BPSO
  7 WEAPONS ILL. CARRY                                NO BAIL  LRS 14:95
                       1 F  17-3966         DCRT                BPSO
  8 WEAPONS POS/CONC/FEL                              NO BAIL  LRS 14:95.1
                       1 F  17-3966         DCRT                BPSO
  9 WEAPONS ILL. CARRY                                NO BAIL  LRS 14:95
                       1 F  17-3966         DCRT                BPSO
 10 POSS. DRUG PARA.                                  NO BAIL  LRS 40:1023
                       1 M  17-3966         DCRT                BPSO
 11 FUGITIVE                                          NO BAIL  ART 213.4
                       1 M  17-3966         SPCRT               SPJAL
    STACKABLE-          .00  NON-STACKABLE-           .00

  COURT DATE: 0/00/00          COURT TIME: 00:00
```

C 000028

```
PGM ID-JNBKRP                    BOSSIER CITY JAIL                PAGE   2
DATE:  4/02/17                   BOOKING REPORT                  TIME 00:41
ENTPR- MYERSG
```

```
   BOOKING#: 17-0000926                      CITY ID#  : 85052
                                             CELL: J O   001 032
        NAME: WILLIAMS, TREVIER PEREZ        PROP BOX#:  0040
     DISPOSITION          CODE    DATE    COURT  DISPOSITION COMMENT
 1 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   NO HEADLIGHTS ON
 2 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   NO D/L
 3 TRANS BOSSIER PARISH     TB    4/02/17  DCRT
 4 TRANS BOSSIER PARISH     TB    4/02/17  DCRT
 5 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   144 GRMS
 6 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   6 ECSTACY PILLS
 7 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   9M BERETTA PISTOL
 8 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   FELON W/FIREARM
 9 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   W/CDS
10 TRANS BOSSIER PARISH     TB    4/02/17  DCRT   BAGGIES
11 TRANS BOSSIER PARISH     TB    4/02/17  SPCRT  SPD/DOMESTIC
```

RELEASE DATE:  0/00/00    TIME: 00:00    REASON:

I understand my signature is not an admission of guilt of any criminal
offenses and it only acknowledges the correctness and accuracy of the
information furnished by me.

Prisoner's Signature : _Trevier Williams_

Receiving - Officer: _Myers 5210_         Date: 4-2-17

         Facility: BOSSIER CITY JAIL       Time: 0045

C 000029

```
PGM ID-JNBKRP                    BOSSIER CITY JAI            PAGE    3
DATE:  4/02/17                   BOOKING REPORT              TIME 00:41
ENTPR- MYERSG
```

BOOKING#: 17-0000926                      CITY ID#  : 85052
                                                CELL: J O   001 032
        NAME: WILLIAMS, TREVIER PEREZ         PROP BOX#:  0040
                              COMMENTS:

DATE/TIME ENTERED:  4/02/17  00:34:05   COMMENT CODE: B PUBLIC CHARG COMMENT
      ENTRY PERSON: MYERS, GEORGIA A
      OFFICER CAME IN CONTACT WITH SUBJECT AT EAST TEXAS/OLD BEN-
      TON RD WHERE SUBJECT WAS DRIVING HIS VEHICLE WITHOUT HIS
      HEADLIGHTS. WHEN OFFICER TRIED TO STOP THE VEHICLE SUBJECT
      TOOK OFF DRIVING HIS VEHICLE INTO SHREVEPORT AND RUNNING SEVERAL STOP
      SIGNS AND RED LIGHTS AND PASSING INTO ON COMING TRAFFIC. WHEN SUBJECT
      FINALLY STOPPED HE TOOK OFF RUNNING AND THREW A FIREARM DOWN AS HE WAS
      RUNNING. SUBJECT WAS THEN FOUND TO BE IN POSSESSION OF MARIJUANA,ECST-
      ACY PILLS,BAGGIES AND 9M BERETTA PISTOL. SUBJECT ALSO HAD ACTIVE WAR-
      RANT THRU SPD. SUBJECT WAS ARRESTED FOR ABOVE CHARGES

DATE/TIME ENTERED:  4/02/17  00:37:54   COMMENT CODE: G GENERAL COMMENTS
      ENTRY PERSON: MYERS, GEORGIA A
      WHILE AT THE BOOKING COUNTER SUBJECT KEPT COVERING HIS TATT
      OOS UP SO OFFICER STEWART WAS ABLE TO GET TATTOOS HE COULD
      SEE

C 000030

INMATE MEDICAL SCREENING

```
Date:  4/02/17  Time:    39
Name: WILLIAMS, TREVIER PEREZ                              DOB:  3/18/91
CITY ID#  : 85052               Cell: J O   001 032   SSN: 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
Booking Number: 17-0000926
```

| ADMISSION OBSERVATIONS | Y/N/A |
|---|---|
| 1. Is the inmate conscious? | Y |
| 2. Are there visible signs of trauma, bleeding, wounds or illness? | N |
|    If yes, describe:    N | |
| 3. Is there evidence of fever, swollen lymph nodes, or jaundice? | N |
| 4. Is the skin in good condition and free of vermin? | Y |
| 5. Does the Inmate appear to be under the influence of alcohol/drug? | Y |
| 6. Are there any visable signs of alcohol/drug withdrawal symptoms? | N |
| 7. Does the inmates behavior suggest the risk of suicide? | N |
| 8. List all medication(s) carried by and/or taken by inmate: | N |
|    N | |

9. DESCRIBE OTHER OBSERVATIONS WHICH MAY BE OF CONCERN:


OFFICER - INMATE QUESTIONNAIRE                    Y/N/R

10. Have you ever had/have any of the following illnesses or cond.?

| a) Hepatitis | N | b) Heart Disease | N | c) Mental/Emotion Upset | N |
|---|---|---|---|---|---|
| d) Tuberculosis | N | e) High Blood Pressure | N | f) Attempted Suicide | N |
| g) Sex.Transmitted Dis. | N | h) Epilepsy/Convulsion | N | i) Dental Pain - Now | N |
| j) Asthma/Emphysema | N | k) Ulcers | N | l) Hemophiliac(bleeder) | N |
| m) Cancer | N | n) Kidney Trouble | N | o) AIDS/exposed to AIDS | N |
| p) Diabetes | N | q) DT's | N | r) Health Insurance | N |
| s) Do you use insulin? | N | t) Skin Problems | N | u) Other (Describe) | Y |
| v) | | w) | N | x) | N |

  If yes to any, desc. APPEARS TO BE UNDER THE INFLUENCE OF POSSIBLE
  NARCOTICS

| | Y/N/R |
|---|---|
| 11. Are you under a doctor's care? | N |
|    Why? | |
|    Doctor's Name                Doctor Address | |
| 12. Do you use alcohol/drugs? | N |
|    How often? | |
|    Type/amt. used                When was last? | |
| 13. Have you ever thought about ending your life or feel like it now? | N |
| 14. Are you homosexual/bisexual or have contact with either? | N |
| 15. Are you pregnant or have delivered a baby in the last six weeks? | N |
| 16. Do you use needles? | N |
| 17. Do you have any other Medical problems we need to know about? | N |
|    Describe:      NN | |
| 18. List any drug allergies: | N |
|    N | |
| 19. Do you have Health Insurance? | N |
|    Where & policy #    N | |
| 20. Do you have Medicare or Medicaid? | N |
|    Which one & Policy # N | |

C 000031

INMATE MEDICAL SCREENING

```
Date:  4/02/17  Time:    39
Name: WILLIAMS, TREVIER PEREZ                              DOB:  3/18/91
CITY ID#  : 85052              Cell: J O   001 032   SSN: 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
Booking Number: 17-0000926
```

OFFICER - INMATE QUESTIONNAIRE                                      Y/N/R
21.        AUTHORIZATION/REQUEST FOR RELEASE OF MEDICAL RECORDS       Y
                Y
22. The above named person is in the custody of the Bossier City Jail   Y
                Y
23. and by signing authorizes the release of all medical/psychiatric   Y
                Y
24. records concerning all illnesses, injuries, tests and/or any        Y
                Y
25. medical/psychiatric condition and/or any other requested           Y
                Y
26. information to the Bossier City Police Department.

a)                      b)                      c)
d)                      e)                      f)
g)                      h)                      i)
j)                      k)                      l)
Comments/Notes:


I have read the above CAREFULLY and have answered ALL questions correctly and
accurately to the best of my knowledge.

"I am aware that HEALTH CARE SERVICES are available to me while in custody."

Inmate Signature: X _Trevier Williams_____   Date Signed 4-2-17

Booking Officer Signature _Omaris_____      Date Signed 4-2-17

                                                            C 000032

PGM-JNPPRS                          BOSSIER CITY JAIL
                                  INMATE PROPERTY FORM

    Date: 4/02/17  Time:    40
    Name: WILLIAMS, TREVIER PEREZ
    CITY ID# : 85052              Cell: J O   001 032
    Booking Number: 17-0000926   Property Box:  0040

    PROPERTY
$18.99
BLK BELT
LIGHTER
CELLPHONE W/CASE
GLD TN RING W/CLR STNS
GLD TN WATCH W/CLR STNS
GLD TN NECKLACE W/CROSS/CLR STNS

The    BOSSIER CITY JAIL    will NOT be Responsible for any property
left at this facility for over NINETY (90) Days. Any Property left over 90
days WILL be disposed of in accordance with Louisiana Code of Criminal
Procedure Article 228.2. I hereby accept the above account to be a true record
of my property upon my admittance to the Bossier City Jail.

    Inmates Signature: _Trevier Williams_ Date Signed: _4-2-17_
    Receiving Officers Signature_____
                                    Co-Signer if over $100.00_____

          INMATE RECEIPT OF PROPERTY ON RELASE

I hereby acknowledge that I have received all property and money upon my
release with the EXCEPTION of any money or property I chose to release. I have
no reason, cause or grounds to claim anything otherwise.

    Inmate Signature: _Trevier Williams_      Date Signed: _4/2/17_
    Releasing Officer Signature _____ 4211

    Inmates property released to(Individual)_____
    Date Released:_____Time Released:_____Ind.D/L#_____

                                                              C 000033

```
************************************************************************
*                      BOSSIER CITY JAIL                              *
*                                                                     *
*                 BANKING DEPOSIT SLIP      REC'D BY: MYERSG          *
*                                                                     *
*  DATE   :  4/02/17                    TIME   :    13                *
*                                                                     *
*  NAME   : WILLIAMS, TREVIER PEREZ         ACCT. #: 85052            *
*                                                                     *
*     AMOUNT :     $18.99               RECPT #:  1689               *
*     BALANCE:     $18.99                                             *
*                                                                     *
************************************************************************
```

C 000034

CLASSIFICATION FORM

Date: 4/02/17  Time:   40
Name: WILLIAMS, TREVIER PEREZ
CITY ID#  : 85052                    Cell: J O   001 032
Booking Number: 17-0000926

**********************

Score:           New Classification Code: 03   UNSENT.-FELONS

Date:  4/02/17          Officer Signature:_____
                 MYERS, GEORGIA A

**********************

Date Reviewed by Classification Officer(s):_____

The Interviewing Officer May Indicate a higher Classification than the
Points Indicate, should there be Extenuating Circumstances.  These reasons
are documented here.



# Shreveport Police Department

4/1/2017           Police and Jail Management System           22:38

### SPD Active Warrant

---

TREVIER PEREZ WILLIAMS   - 25 year old (3/18/1991) Black Male   SSN: 436811889   Llc #: LA10673731
2725 SOUTHERN AV    SHREVEPORT LA 71104

---

Warrant No:  1701CW76  Issued Date: 1/23/2017
Issued by:  Shreveport Police
Judge:  LATTIER
Charge:  Misdemeanor - 14:35.3 (MISD) - DOMESTIC ABUSE BATTERY
Status:  Active Warrant
Bond:  $5,000
Fine: $0    Court Cost: $0    Paid: $0
Complainant: WASHINGTON, PASSION.   Incident ID:     CAD ID: 17003572
Notes:
Charge #1:  14:35.3 (MISD)   DOMESTIC ABUSE BATTERY



C 000036

```
Last: WILL_____    ___.: TR                    _ _ : J00 to 999
Race:                 __X...:  _____         D__: 00000000 to 99999999
Src.: 008 WARR    SSN:          ID#:              OL#:  _____
      Name - Last, First Middle        Race/Sex    ID#        DOB      Source
Opt   Home Address                                Case #      DOI      Invlmnt
  _   WILLIAMS, TREMAYNE SHEDARYL         B / M              2/18/1992 WARR
      3047 GLENCREST, SHREVEPORT LA               1-15-014902 12/22/2015 WARR
      SSN: 438839588

                                                                    Bottom



Options:  1=Select      6=Print      7=Case Description      P=Photo

F9=Last Name Soundex    F10=First Name Soundex    F12=Cancel    F24=More Keys
```

*Cow*
*Sz 10*
*NO Active*
*1-17*

C 000037

Untitled Page                                                              Page 1 of 1

 **Bossier City Warrant Inquiry**

Last,
First:  WILLIAMS, TREV                    D.O.B.: [                    ]  [ Search ]

*Ex: Smith, JR., Ronald*                            *Ex: MMDDYYYY*

Your search returned 0 names.

http://crt-sql-sv.bossiercity.local/warrant/default.aspx                    4/1/2017

C 000038

**ARREST REPORT**
**BOSSIER PARISH SHERIFF'S DEPARTMENT**
**BOSSIER CITY POLICE DEPARTMENT**

YES ☐  DNA  NO ☐    1 of 4

| ATN NO. | CITY ID NO. | BPSO BOOKING  NO. | CASE NO. 17-3966 |
|---|---|---|---|

| LAST NAME Williams | FIRST NAME Trevier | MIDDLE NAME Lorez | ALIAS |
|---|---|---|---|

| ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR) 2871 OR ___ | CITY/STATE Shreveport, La 71107 |
|---|---|

| DOB 8-18-91 | AGE 26 | SEX Dr | SFX OR | SSN 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 | DLN/STATE 170-1347 | POB/LOCATION Shreveport | POB/STATE La | POB/COUNTRY |
|---|---|---|---|---|---|---|---|---|

| DLN. #/STATE | COUNTRY | OCCUPATION/SCHOOL & GRADE unemployed | RACE 2 | 1. WHITE  2. BLACK  3. AMERICAN INDIAN/ALASKAN NATIVE  4. CHINESE/ASIAN/PACIFIC ISLANDER  5. UNKNOWN |
|---|---|---|---|---|

| WEIGHT 170 lbs. | HEIGHT 5-8 | HAIR | SEX M | 1. MALE 2. FEMALE 3. UNKNOWN | HISPANIC 2 | 1. HISPANIC  2. NON-HISPANIC  3. UNKNOWN |
|---|---|---|---|---|---|---|

| HEALTH G  F  P | MARITAL  M  S  O | EYE COLOR Brown | HAIR COLOR Black |
|---|---|---|---|

| RESIDENT: ☐  NON-RESIDENT: ☐  UNKNOWN ☐ | NO. OF DEPENDENTS: | DEPENDENT HOME PARISH Caddo |
|---|---|---|

| EMPLOYER NAME |
|---|

| ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR) |
|---|

| NO. ___ DIR ___ | SFX ___ | CITY/STATE | ZIP ___ | APT NO. ___ | (AC) PHONE NO. |
|---|---|---|---|---|---|

| CONDITION/BEHAVIOR Fair |
|---|

| VIOLATION LOCATION:  ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR) |
|---|
| NO. ___ DIR E | Texas/old Benton SFX Rd | CITY/STATE Bossier City, La | APT NO. | PARISH Bossier |

| ARREST LOCATION:  ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR) |
|---|
| NO. 541 DIR E | Stoner | SFX | CITY/STATE Shreveport, La | APT NO. | PARISH Caddo |

| ARREST DATE (MM/DD/YY) 04-01-17 | TIME (MILITARY) 1742 | SEAT | MAP REF | ZONE |
|---|---|---|---|---|

| ARREST TYPE | 1. FELONY  2. MISD. ARREST  3. MISD. SUMMONS  4. MISD. B/W ARREST  5. FUGITIVE ARREST  6. JUVENILE STATUS OFFENSE  7. JUVENILE ARREST (OTHER OFFENSES)  8. FELONY ARREST/CRIMINAL WARRANT  9. MISDEMEANOR ARREST/CRIMINAL WARRANT |
|---|---|

| JUVENILE DETAINED 2 | 1. YES  2. NO | LOCATION | RELEASED TO PARENTS 2 | 1. YES  2. NO |
|---|---|---|---|---|

| JUVENILE DISPOSITION | 1. HANDLED WITHIN DEPT.  2. REFERRED TO JUVENILE COURT  3. REFERRED TO WELFARE AGENCY  4. REFERRED TO OTHER POLICE DEPT.  5. REFERRED TO ADULT COURT |
|---|---|

| WEAPON USED 2 | 1. YES  2. NO | WEAPON DISPOSITION: |
|---|---|---|

| WEAPON RECOVERED:  CHECK ALL THAT APPLY) | ☐ 2. UNARMED  ☐ 3. FIREARM (UNK. TYPE)  ☐ 4. HANDGUN  ☐ 5. HANDGUN AUTOMATIC  ☐ 6. RIFLE  ☐ 7. RIFLE AUTOMATIC  ☐ 8. SHOTGUN  ☐ 9. OTHER FIREARM  ☐ 10. OTHER FIREARM AUTOMATIC  ☐ 11. LETHAL CUTTING INSTRUMENT  ☐ 13. CLUB/BLACKJACK/BRASS KNUCKLES  ☐ 12. SHOTGUN AUTOMATIC |
|---|---|

| ARRESTING OFFICER NAME PFC B. Provost | EMP. NO. 4793 | AGENCY BCPD |
|---|---|---|

| OF CLEARANCES | ASSISTING OFFICER PFC C. Liddell | EMP. NO. 2799 | ASSISTING OFFICER | EMP. NO. |
|---|---|---|---|---|

| SEQUENCE # 1 | LRS/ORDINANCE # 32:308 | CHARGE No headlights | BENCH WARRANT NO. |
|---|---|---|---|
| ARRAIGNMENT DATE (MM/DD/YY) | OFFENSE SEQUENCE # | BOND AMOUNT |
| CRIMINAL WARRANT: | YES ☐ | NO ☐ | CASE NO. | FELONY ☐ | MISDEMEANOR ☐ |

| SEQUENCE # 2 | LRS/ORDINANCE # 32:52 | CHARGE No DL | BENCH WARRANT NO. |
|---|---|---|---|
| ARRAIGNMENT DATE (MM/DD/YY) | OFFENSE SEQUENCE # | BOND AMOUNT |
| CRIMINAL WARRANT: | YES ☐ | NO ☐ | CASE NO. | FELONY ☐ | MISDEMEANOR ☐ |

| SEQUENCE # 3 | LRS/ORDINANCE # 14:108.1 | CHARGE Aggravated flight | BENCH WARRANT NO. |
|---|---|---|---|
| ARRAIGNMENT DATE (MM/DD/YY) | OFFENSE SEQUENCE # | BOND AMOUNT |
| CRIMINAL WARRANT: | YES ☐ | NO ☐ | CASE NO. | FELONY ☐ | MISDEMEANOR ☐ |

| CO-DEFENDANT NAME N/A | ADDRESS | CITY/STATE | ZIP |
|---|---|---|---|
| CO-DEFENDANT NAME | ADDRESS | CITY/STATE | ZIP |

| PHYSICAL EVIDENCE | YES ☒ | NO ☐ | TYPE OF PHYSICAL EVIDENCE (heat suspected marijuana 144g, beretta 9m) |
|---|---|---|---|
| VICTIM INJURED: | YES ☐ | NO ☒ | INJURIES: ☐ MINOR  ☐ SERIOUS  ☐ FATAL   ☐ LOCATION/HOSPITALIZED |

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant, who being duly sworn, deposes and says that: On or about the 1st day of April 20 17 , the above named person, within Bossier City/Bossier Parish, did violate the provisions of the above listed LRS/City Ordinance by Driving a vehicle with no headlights on, driving without a driver's license, while in his possession 144g of suspected marijuana in several different bags, resisting an officer, possession of sch 1 THC "ecstasy", illegal carrying of a weapon (possession of a firearm w/CDS, felon w/firearm, and a fugitive out of SPD. PFC Provost tried to pull a vehicle over with no headlights. The vehicle refused to stop going into Shreveport, the vehicle ran several red lights, and ran several stop signs. The vehicle even went into the wrong lane to pass vehicles against oncoming traffic. The vehicle stopped at 541 East Stoner where the driver and passenger ran on foot.

In violation of the law and against the peace and dignity of the State of Louisiana

Sworn to and subscribed before me, this ___ day of April , 20 17

PFC C J Liddell # 2799

Affiant Signature                                             Ex-Officio Notary Public

Upon review of the affidavit, I find there is / is not sufficient probable cause to hold the above named person for further proceedings.

Date: _____    Time: _____

C 000039

**ARREST REPORT**
**BOSSIER PARISH SHERIFF'S DEPARTMENT**   2 of 4
**BOSSIER CITY POLICE DEPARTMENT**

YES ☐  DNA  NO ☐

| JIN NO. | CITY ID NO. | BPSO BOOKING NO | CASE NO. 17-3966 |
|---|---|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME | ALIAS |
|---|---|---|---|
| Williams | Trevier | Perez | |

ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | APT # | | CITY/STATE | | ZIP |
|---|---|---|---|---|---|---|---|---|

| DOB | AGE | SSN | (AC) HOME NO. | POB/LOCATION | POB/STATE | POB/COUNTRY |
|---|---|---|---|---|---|---|

| DL #/STATE | COUNTRY | OCCUPATION/SCHOOL & GRADE | RACE | 1. WHITE 3. AMERICAN INDIAN/ALASKAN NATIVE / 2. BLACK 4. CHINESE/ASIAN/PACIFIC ISLANDER 5. UNKNOWN |
|---|---|---|---|---|

| WEIGHT ____ lbs. HEIGHT ____ ft.in. | SEX | 1. MALE 2. FEMALE 3. UNKNOWN | ETHNICITY | 1. HISPANIC 2. NON-HISPANIC 3. UNKNOWN |
|---|---|---|---|---|

| HEALTH  G   F   P | MARITAL  M  S  D | EYE COLOR | HAIR COLOR |
|---|---|---|---|

| RESIDENT: ☐   NON-RESIDENT: ☐   UNKNOWN ☐ | NO. OF DEPENDENTS: | DEPENDENTS HOME PARISH |
|---|---|---|

EMPLOYER NAME:

ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | CITY/STATE | ZIP | APT NO. | (AC) PHONE NO. |
|---|---|---|---|---|---|---|---|

CONDITION/BEHAVIOR

ISOLATION LOCATION:  ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | CITY/STATE | APT NO. | PARISH |
|---|---|---|---|---|---|---|

ARREST LOCATION:  ADDRESS (DIR=N,S,E,W)  (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | CITY/STATE | APT NO. | PARISH |
|---|---|---|---|---|---|---|

| ARREST DATE (MM/DD/YY) | TIME (MILITARY) | BEAT | MAP REF | ZONE |
|---|---|---|---|---|

| ARREST TYPE | 1. FELONY  2. MISD. ARREST  3. MISD. SUMMONS  4. MISD. BW ARREST  5. FUGITIVE ARREST 6. JUVENILE STATUS OFFENSE  7. JUVENILE ARREST (OTHER OFFENSES) 8. FELONY ARREST/CRIMINAL WARRANT  9. MISDEMEANOR ARREST/CRIMINAL WARRANT |
|---|---|

| JUVENILE DETAINED | 1. YES  2. NO  LOCATION | RELEASED TO PARENTS ☐  1. YES  2. NO |
|---|---|---|

| JUVENILE DISPOSITION | 1. HANDLED WITHIN DEPT.  2. REFERRED TO JUVENILE COURT  3. REFERRED TO WELFARE AGENCY 4. REFERRED TO OTHER POLICE DEPT.  5. REFERRED TO ADULT COURT |
|---|---|

| WEAPON USED | 1. YES  2. NO | WEAPON DISPOSITION: |
|---|---|---|

| WEAPON RECOVERED: CHECK ALL THAT APPLY) | ☐ 2. UNARMED  ☐ 3. FIREARM (UNK. TYPE)  ☐ 4. HANDGUN  ☐ 5. HANDGUN AUTOMATIC  ☐ 6. RIFLE  ☐ 7. RIFLE AUTOMATIC ☐ 8. SHOTGUN  ☐ 9. OTHER FIREARM  ☐ 10. OTHER FIREARM AUTOMATIC  ☐ 11. LETHAL CUTTING INSTRUMENT ☐ 12. CLUB/BLACKJACK/ BRASS KNUCKLES  ☐ 13. SHOTGUN AUTOMATIC |
|---|---|

| ARRESTING OFFICER NAME | AGENCY |
|---|---|

| OF CLEARANCES | ASSISTING OFFICER | EMP. NO. | ASSISTING OFFICER | EMP. NO. |
|---|---|---|---|---|

| SEQUENCE # 4 | LRS/ORDINANCE # 14:108 | CHARGE Resisting an officer | BENCH WARRANT NO. |
|---|---|---|---|
| ARRAIGNMENT DATE (MM/DD/YY) | | OFFENSE SEQUENCE # | BOND AMOUNT |
| CRIMINAL WARRANT: YES ☐  NO ☐  CASE NO. | | CHARGE | FELONY ☐  MISDEMEANOR ☐ |
| SEQUENCE # 5 | LRS/ORDINANCE # 40:966 | CHARGE Poss Sch I (marijuana) | BENCH WARRANT NO. |
| ARRAIGNMENT DATE (MM/DD/YY) | | OFFENSE SEQUENCE # | BOND AMOUNT |
| CRIMINAL WARRANT: YES ☐  NO ☐  CASE NO. | | CHARGE | FELONY ☐  MISDEMEANOR ☐ |
| SEQUENCE # 6 | LRS/ORDINANCE # 40:966 | CHARGE Poss Sch I (MDMA) | BENCH WARRANT NO. |
| ARRAIGNMENT DATE (MM/DD/YY) | | OFFENSE SEQUENCE # | BOND AMOUNT |
| CRIMINAL WARRANT: YES ☐  NO ☐  CASE NO. | | | FELONY ☐  MISDEMEANOR ☐ |

| CO-DEFENDANT NAME | ADDRESS | CITY/STATE | ZIP |
|---|---|---|---|
| CO-DEFENDANT NAME | ADDRESS | CITY/STATE | ZIP |

| PHYSICAL EVIDENCE | YES ☐  NO ☐ | TYPE OF PHYSICAL EVIDENCE |
|---|---|---|

| VICTIM INJURED: | YES ☐  NO ☐ | INJURIES: ☐ MINOR  ☐ SERIOUS  ☐ FATAL | LOCATION/HOSPITALIZED |
|---|---|---|---|

BEFORE ME, the undersigned authority, personally appeared this undersigned affiant, who being duly sworn, deposes and says that: On or about the 1st day of April 20 17 , the above named person, within Bossier City/Bossier Parish, did violate the provisions of the above listed LRS/City Ordinance by officers were able to catch Trevier Williams and take him into custody, officers observed T Williams toss a handgun while he was running away from officers while searching. T williams officers found a small bag with six ecstasy pills on him. While searching the car officers found a backpack with suspected marijuana and T Williams TO. T williams was placed in the back of a pedral car and transfered to BCPD jail. He was then booked for the above charges, evidence was then logged by PFC. Provost while checking for warrants officers discovered T Williams had 1 warrant out of SPD. No other warrants/warrants

in violation of the law and against the peace and dignity of the State of Louisiana

Sworn to and subscribed before me, this ___1st___ day of ___April___ , 20 __17__

PFC C.J. Ciddell _____ 2799
Affiant Signature                                    Ex-Officio Notary Public

Upon review of the affidavit, I find there is / is not sufficient probable cause to hold the above named person for further proceedings.

Date: _____   Time: _____

C 000040

ARREST REPORT
**BOSSIER PARISH SHERIFF'S DEPARTMENT**
**BOSSIER CITY POLICE DEPARTMENT**

YES ☐ DNA NO ☐

3 of 4

CASE NO. 17-3966

| TN NO. | | CITY ID NO. | | BPSO BOOKING NO. | | | CASE NO. |
|---|---|---|---|---|---|---|---|

LAST NAME: Williams   FIRST NAME: Trevier   MIDDLE NAME: Perez   ALIAS:

ADDRESS (DIR=N,S,E,W)   (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | APT # | | CITY/STATE | | ZIP |
|---|---|---|---|---|---|---|---|---|

| DOB | AGE | SSN | | (A/C) HOME NO. | | POB/LOCATION | | POB/STATE | POB/COUNTRY |
|---|---|---|---|---|---|---|---|---|---|

| SVL. #/STATE | | COUNTRY | | OCCUPATION/SCHOOL & GRADE | | RACE | 1. WHITE 3. AMERICAN INDIAN/ALASKAN NATIVE 2. BLACK 4. CHINESE/ASIAN/PACIFIC ISLANDER 5. UNKNOWN |
|---|---|---|---|---|---|---|---|

| | | | SEX | 1. MALE 2. FEMALE 3. UNKNOWN | ETHNICITY: | 1. HISPANIC 2. NON-HISPANIC 3. UNKNOWN |
|---|---|---|---|---|---|---|

| WEIGHT | lbs. HEIGHT | PLW. | | | EYE COLOR | | HAIR COLOR | |
|---|---|---|---|---|---|---|---|---|

HEALTH   G   F   P   MARITAL   M   S   D

RESIDENT: ☐   NON-RESIDENT: ☐   UNKNOWN ☐   NO. OF DEPENDENTS:   DEPENDENTS HOME PARISH

EMPLOYER NAME:

ADDRESS (DIR=N,S,E,W)   (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | CITY/STATE | | ZIP | APT NO. | (A/C) PHONE NO. |
|---|---|---|---|---|---|---|---|---|

CONDITION/BEHAVIOR

VIOLATION LOCATION:   ADDRESS (DIR=N,S,E,W)   (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | CITY/STATE | | APT NO. | PARISH |
|---|---|---|---|---|---|---|---|

ARREST LOCATION:   ADDRESS (DIR=N,S,E,W)   (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | DIR | | SFX | CITY/STATE | | APT NO. | PARISH |
|---|---|---|---|---|---|---|---|

| ARREST DATE (MM/DD/YY) | TIME (MILITARY) | BEAT | MAP REF | ZONE |
|---|---|---|---|---|

ARREST TYPE   1. FELONY  2. MISD. ARREST  3. MISD. SUMMONS  4. MISD. B/W ARREST  5. FUGITIVE ARREST
6. JUVENILE STATUS OFFENSE  7. JUVENILE ARREST (OTHER OFFENSES)
8. FELONY ARREST/CRIMINAL WARRANT  9. MISDEMEANOR ARREST/CRIMINAL WARRANT

JUVENILE DETAINED ☐   1. YES  2. NO   LOCATION   RELEASED TO PARENTS ☐ 1. YES 2. NO

JUVENILE DISPOSITION   1. HANDLED WITHIN DEPT. 2. REFERRED TO JUVENILE COURT  3. REFERRED TO WELFARE AGENCY
4. REFERRED TO OTHER POLICE DEPT.  3. REFERRED TO ADULT COURT

WEAPON USED ☐  1. YES  2. NO   WEAPON DISPOSITION:

WEAPON RECOVERED:   ☐ 2. UNARMED   ☐ 3. FIREARM (UNK. TYPE) ☐ 4. HANDGUN   ☐ 5. HANDGUN AUTOMATIC  ☐ 6. RIFLE   ☐ 7. RIFLE AUTOMATIC
CHECK ALL THAT APPLY)   ☐ 8. SHOTGUN   ☐ 9. OTHER FIREARM   ☐ 10. OTHER FIREARM AUTOMATIC ☐ 11. LETHAL CUTTING INSTRUMENT
☐ 12. CLUB/BLACKJACK/BRASS KNUCKLES ☐ 13. SHOTGUN AUTOMATIC

| ARRESTING OFFICER NAME | | EMP. NO. | | AGENCY |
|---|---|---|---|---|

| # OF CLEARANCES | ASSISTING OFFICER | | ASSISTING OFFICER | EMP. NO. |
|---|---|---|---|---|

SEQUENCE #  7   LRS/ORDINANCE #  14:95   CHARGE  Illegal Poss of Firearm   BENCH WARRANT NO.
ARRAIGNMENT DATE (MM/DD/YY)   OFFENSE SEQUENCE #   BOND AMOUNT
CRIMINAL WARRANT:   YES ☐   NO ☐   CASE NO.   FELONY ☐   MISDEMEANOR ☐

SEQUENCE #  8   LRS/ORDINANCE #  14:95.1   CHARGE  Felon w/ Firearm   BENCH WARRANT NO.
ARRAIGNMENT DATE (MM/DD/YY)   OFFENSE SEQUENCE #   BOND AMOUNT
CRIMINAL WARRANT:   YES ☐   NO ☐   CASE NO.   FELONY ☐   MISDEMEANOR ☐

SEQUENCE #  9   LRS/ORDINANCE #  14:95.6   CHARGE  Poss of Firearm w/CDS   BENCH WARRANT NO.
ARRAIGNMENT DATE (MM/DD/YY)   OFFENSE SEQUENCE #   BOND AMOUNT
CRIMINAL WARRANT:   YES ☐   NO ☐   CASE NO.   FELONY ☐   MISDEMEANOR ☐

| CO-DEFENDANT NAME | ADDRESS | CITY/STATE | ZIP |
|---|---|---|---|

| CO-DEFENDANT NAME | ADDRESS | CITY/STATE | ZIP |
|---|---|---|---|

PHYSICAL EVIDENCE   YES ☐   NO ☐   TYPE OF PHYSICAL EVIDENCE

VICTIM INJURED:   YES ☐   NO ☐   INJURIES:  ☐ MINOR   ☐ SERIOUS   ☐ FATAL   LOCATION/HOSPITALIZED

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant, who being duly sworn, deposes and says that: On or about the

_____ day of _____ 20 _____ , the above named person, within Bossier City/Bossier Parish, did violate the provisions of the above listed

LRS/City Ordinance by _____

In violation of the law and against the peace and dignity of the State of Louisiana

Sworn to and subscribed before me, this  1st  day of  April , 20  17

PFC C J Gillell 2799
Affiant Signature

Ex-Officio Notary Public

Upon review of the affidavit, I find there is / is not sufficient probable cause to hold the above named person for further proceedings.

Date:   Time:

C 000041

**ARREST REPORT**
**BOSSIER PARISH SHERIFF'S DEPARTMENT**     4 of 4
**BOSSIER CITY POLICE DEPARTMENT**

DNA  YES ☐  NO ☐

CASE NO. 17-3966

| STN NO. | | CITY ID NO. | | BPSO BOOKING NO. | | | |
|---|---|---|---|---|---|---|---|

LAST NAME: Williams    FIRST NAME: Trevier    MIDDLE NAME: Perez    ALIAS:

ADDRESS (DIR=N,S,E,W)    (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | | DIR | | SFX | | CITY/STATE | | ZIP | |
|---|---|---|---|---|---|---|---|---|---|

| DOB | AGE | SSN | | (A/C) HOME NO. | | POB/LOCATION | | POB/STATE | POB/COUNTRY |
|---|---|---|---|---|---|---|---|---|---|

| DL #/STATE | | COUNTRY | | OCCUPATION/SCHOOL & GRADE | | | RACE | | 1. WHITE  3. AMERICAN INDIAN/ALASKAN NATIVE  2. BLACK  4. CHINESE/ASIAN/PACIFIC ISLANDER  5. UNKNOWN |
|---|---|---|---|---|---|---|---|---|---|

| | | | | SEX | 1. MALE 2. FEMALE 3. UNKNOWN | ETHNICITY: | 1. HISPANIC 3. NON-HISPANIC 3. UNKNOWN |
|---|---|---|---|---|---|---|---|

WEIGHT _____ lbs. HEIGHT _____ FT./IN. _____

| HEALTH  G  F  P | | MARITAL  M  S  D | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|

RESIDENT: ☐  NON-RESIDENT: ☐  UNKNOWN ☐         NO. OF DEPENDENTS:         DEPENDENTS HOME PARISH

EMPLOYER NAME:

ADDRESS (DIR=N,S,E,W)    (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | | DIR | | SFX | CITY/STATE | | ZIP | APT NO. | (A/C) PHONE NO. |
|---|---|---|---|---|---|---|---|---|---|

CONDITION/BEHAVIOR

VIOLATION LOCATION: ADDRESS (DIR=N,S,E,W)    (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | | DIR | | SFX | CITY/STATE | APT NO. | PARISH |
|---|---|---|---|---|---|---|---|

ARREST LOCATION: ADDRESS (DIR=N,S,E,W)    (SFX=ST, DR, LP, CIR, BLV, LN, RD, AVE, HWY, CRT, TRL, SFR)

| NO. | | DIR | | SFX | CITY/STATE | APT NO. | PARISH |
|---|---|---|---|---|---|---|---|

| ARREST DATE (MM/DD/YY) | TIME (MILITARY) | BEAT | MAP REF | ZONE | |
|---|---|---|---|---|---|

ARREST TYPE: 1. FELONY  2. MISD. ARREST  3. MISD. SUMMONS  4. MISD. BW ARREST  5. FUGITIVE ARREST  6. JUVENILE STATUS OFFENSE  7. JUVENILE ARREST (OTHER OFFENSES)  8. FELONY ARREST/CRIMINAL WARRANT  9. MISDEMEANOR ARREST/CRIMINAL WARRANT

JUVENILE DETAINED ☐ 1. YES  2. NO  LOCATION _____    RELEASED TO PARENTS ☐ 1. YES  2. NO

JUVENILE DISPOSITION ☐ 1. HANDLED WITHIN DEPT.  2. REFERRED TO JUVENILE COURT  3. REFERRED TO WELFARE AGENCY  4. REFERRED TO OTHER POLICE DEPT.  5. REFERRED TO ADULT COURT

WEAPON USED ☐ 1. YES  2. NO    WEAPON DISPOSITION: _____

WEAPON RECOVERED: CHECK ALL THAT APPLY: ☐ 2. UNARMED ☐ 3. FIREARM (UNK. TYPE) ☐ 4. HANDGUN ☐ 5. HANDGUN AUTOMATIC ☐ 6. RIFLE ☐ 7. RIFLE AUTOMATIC ☐ 8. SHOTGUN ☐ 9. OTHER FIREARM ☐ 10. OTHER FIREARM AUTOMATIC ☐ 11. LETHAL CUTTING INSTRUMENT ☐ 12. CLUB/BLACKJACK/BRASS KNUCKLES ☐ 13. SHOTGUN AUTOMATIC

| ARRESTING OFFICER NAME | | | EMP. NO. | | AGENCY | |
|---|---|---|---|---|---|---|

| J OF CLEARANCES | ASSISTING OFFICER | | EMP. NO. | | ASSISTING OFFICER | EMP. NO. |
|---|---|---|---|---|---|---|

SEQUENCE # 10   LRS/ORDINANCE # 40:1023   CHARGE Poss Drug Paraphernalia   BENCH WARRANT NO. _____

ARRAIGNMENT DATE (MM/DD/YY) _____   OFFENSE SEQUENCE # _____   BOND AMOUNT _____

CRIMINAL WARRANT:  YES ☐  NO ☐   CASE NO. _____   FELONY ☐   MISDEMEANOR ☐

SEQUENCE # 11   LRS/ORDINANCE # ART 213.4   CHARGE Fugitive (SPD)   BENCH WARRANT NO. _____

ARRAIGNMENT DATE (MM/DD/YY) _____   OFFENSE SEQUENCE # _____   BOND AMOUNT _____

CRIMINAL WARRANT:  YES ☐  NO ☐   CASE NO. _____   FELONY ☐   MISDEMEANOR ☐

SEQUENCE # _____   LRS/ORDINANCE # _____   CHARGE _____   BENCH WARRANT NO. _____

ARRAIGNMENT DATE (MM/DD/YY) _____   OFFENSE SEQUENCE # _____   BOND AMOUNT _____

CRIMINAL WARRANT:  YES ☐  NO ☐   CASE NO. _____   FELONY ☐   MISDEMEANOR ☐

| CO-DEFENDANT NAME | ADDRESS | CITY/STATE | ZIP |
|---|---|---|---|

| CO-DEFENDANT NAME | ADDRESS | CITY/STATE | ZIP |
|---|---|---|---|

PHYSICAL EVIDENCE   YES ☐   NO ☐   TYPE OF PHYSICAL EVIDENCE

VICTIM INJURED:   YES ☐   NO ☐   INJURIES: ☐ MINOR ☐ SERIOUS ☐ FATAL   LOCATION/HOSPITALIZED

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant, who being duly sworn, deposes and says that: On or about the _____ day of _____ 20 _____ , the above named person, within Bossier City/Bossier Parish, did violate the provisions of the above listed

LRS/City Ordinance by _____

_____

_____

_____

_____

_____

_____

In violation of the law and against the peace and dignity of the State of Louisiana.

Sworn to and subscribed before me, this __1st__ day of __April__ , 20 __12__

PFC C.J. Tibbell  #2799

Affiant Signature

Ex-Officio Notary Public

Upon review of the affidavit, I find there is / is not sufficient probable cause to hold the above named person for further proceedings.

_____    _____
Time

C 000042



## BOSSIER CITY POLICE DEPARTMENT
### COMPLAINT - AFFIDAVIT

STATE OF LOUISIANA
PARISH OF BOSSIER
IN THE CITY COURT OF THE CITY OF BOSSIER CITY
THE UNDERSIGNED BEING SWORN STATES: THAT ON OR ABOUT THE

4 DAY OF April 20 17 AT 21:42 HRS

NAME Lilliant Traver Perez
(LAST) (FIRST) (MIDDLE)

ADDRESS 2821 Loust Dr STATE LA ZIP 71107

CITY Shreveport

BUSINESS ADDRESS

BIRTHDATE 3-18-91 RACE B SEX M AGE 26 HT 5-9 EYES Bm

OLN None STATE LA CLASS SSN 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

HAZARDOUS MATERIAL ENDORSEMENT 17-3966

YEAR MAKE Honda TYPE Civic COLOR White

VEH LIC. 1600457 STATE LA YEAR 17

VIN 2H6ES1G54HH524705 UPON A PUBLIC STREET IN THE CITY OF

BOSSIER CITY, LA, NAMELY AT 6 Texas/old Benton

AND DID COMMIT THE FOLLOWING OFFENSE(S):

| SPEEDING | M.P.H. | IN A | ZONE | RADAR NO. |
|---|---|---|---|---|
| 1 | 132:303 | No headlights | | |
| 2 | 32:52 | No DL | | |
| 3 | | | | |
| 4 | | | | |

730

BOSSIER CITY COURT / 620 BENTON ROAD / BOSSIER CITY, LA

DEFENDANT'S SIGNATURE X Booked

NAME
(LAST) (FIRST) (MIDDLE)

PFC G.L. Liddell JR 2799
Signed name of officer or arresting officer

C 000043

# Suspect Rap Sheet

| | |
|---|---|
| SID: | ATN: 080111700895 |
| LBN: 00085052 | |

| | | |
|---|---|---|
| Last Name: WILLIAMS | | Initial: P |
| First Name: TREVIER | WILLIAMS, TREVIER P | Suffix: |

Address: 2871      JOUST
DR

SHREVEPORT                                    LA  71107

| Race: B | Sex: M | Height: 508 | Weight: 170 |
|---|---|---|---|

DOB: 03/18/1991    Birth Place: LA

Booking Date: 04/02/2017

SSN: 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

FBI No.:

DLN:                          State: LA

Charge Agency:    LA0080100

Gang Affiliations:

| | | |
|---|---|---|
| Mustache: | Skin Tone: DRK | Hair Color: BLK |
| Beard: | Body Build: MEDIUM | Hair Length: |
| Glasses: | Nickname: | Eye Color: BRO |

| Scars: | | Tattoos: | | | Marks: | |
|---|---|---|---|---|---|---|
| Type: | Location: | Type: WORD WORD | Location: RIGHT ARM RIGHT ARM | Literal: MIFIA EBONY | Location: | |

Notes:

C 000044

# Suspect Rap Sheet



| | |
|---|---|
| SID: | ATN: 00085052 |
| LBN: | |

| Last Name: | Initial: |
|---|---|
| First Name: | WILLIAMS, TREVIER P. Suffix: |

Address:

| Race: B | Sex: M | Height: | Weight: |
|---|---|---|---|

DOB: 03/18/1991    Birth Place: .

Booking Date:

SSN:

FBI No.:

DLN:                    State:

Charge Agency:

Gang Affiliations:

| Mustache: | Skin Tone: | Hair Color: |
|---|---|---|
| Beard: | Body Build: | Hair Length: |
| Glasses: | Nickname: | Eye Color: |

| Scars: | | Tattoos: | | | Marks: |
|---|---|---|---|---|---|
| Type: | Location: | Type: | Location: | Litteral: | Location: |

Notes:

| $100.00 | $50.00 | $20.00 | $10.00 | $5.00 | $2.00 | $1.00 | Dollar Coin | Half Dollar | Quarters |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | | | 7 | | | 7 |

| Dimes | Nickels | Pennies | Foreign Money | Total Money: $ 18.99 | VERIFIED BY: |
|---|---|---|---|---|---|
| 1 | 2 | 4 | | | |

| Knife | Pen/Pencil | Coat | Belt 1 BLK | Cap, Hat, Head Gear |
|---|---|---|---|---|
| | | | | |

| Billfold/Wallet | Credit Card/Debit Card | D/L | ID | Military ID | Social security card | La purchase card |
|---|---|---|---|---|---|---|
| | | | | | | |

| Lighter | Tobacco Products | Additional Clothing Items | keys | Cell phone 1 BLK Case | Eye Glasses | Sun glasses |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

| Rings 1 GLD TN /w CLR TN STN | Earrings | Other piercings | Hair clips | Hair pins | Rubber bands |
|---|---|---|---|---|---|
| | | | | | |

| Watch 1 GLD TN /w CLR TN STNS | Necklace 1 GLD TN /w CROSS & CLR TN STONES | Bracelet | Shoes | Misc. papers |
|---|---|---|---|---|
| | | | | |

Additional Items Not Listed: Square pent. w Red Stone

---

Next of kin  Telicia Taylor                          Relationship  FR
Address _____ Apt #____ Phone 230 ____ 2786
City Shreveport State A Zip _____ Free call #1 ____ Free call #2 ____ Religious ____
Preference GP  Education Level 12  Handed R

**Facial Hair**
Beard only   (Goatee)
Mustache & Beard   Mustache Only
Mustache & Goatee   None
Stubble
*Build*
Emaciated   Heavy   Light
Medium   Muscular   Obese
*Gang Affiliation*
_____

Wears Glasses Or Contacts
_____

**Hair Style**
Above Ear   Crew Cut   Bald, back
Afro   Curley   Design
Bald, Back   Design   Bald Compl
(Ear to Shoulder)   Bald Front   Other
Below Shoulder   Straight   (Braided)
Wavy
*Scars*

**Complexion**
Albino   Medium   Black
Black   Med. Brown   (Dark)
Olive   Dark Brown   Other
Fair   Ruddy   Light
Sallow   Lt Brown   Yellow
Unknown

*Tattoos*
Mi Ciar R Arm        "Mifia" R arm
M _____ "_____"        "Ebony" R arm
" Ebony "
Adr.
R. Shirt

Date 4/1/17                    Inmates Signature X _____

Locker _____         Officers Signature _____ 4271

2014

C 000046

BCPD JAIL MEDICAL SCREENING INQ.

*Trevier Perez*

INMATES NAME _Williams,_____ DOB _3-18-91_ TODAY DATE _____

1. Is inmate conscious?                                                              (Y)/N
2. Are there visible signs of trauma, bleeding, wounds or illness?    Y/(N)
   If yes, describe: _____
3. Is there evidence of fever, swollen lymph, or jaundice?                Y/(N)
4. Is the skin in good condition and free of vermin?                        (Y)/N
5. Does the inmate appear to be under the influence of alcohol/drugs?  (Y)/N
6. Are there any visible signs of alcohol/drug withdrawal symptoms?   Y/(N)
7. Does the inmate's behavior suggest the risk of suicide?                Y/(N)
8. List all medication (s) taken by inmate._____  Y/(N)

   Describe other observations which may be of concern._____
   _____

9. Have you ever been diagnosed with any of the following illnesses or conditions?

| | | | | |
|---|---|---|---|---|
| Hepatitis Y/N | Active Y/N | Heart Disease | Y/N | Mental/Emotional Problems Y/N |
| Tuberculosis Y/N | Active Y/N | High Blood Pressure | Y/N | Ever Attempted Suicide Y/N |
| Sex Trans Disease Y/N | | Epilepsy/Convulsions Y/N | | Dental Pain Y/N |
| Asthma/Emphysema Y/N | | Ulcer | Y/N | Hemophilia (bleeder) Y/N |
| Cancer | Y/N | Kidney Trouble | Y/N | AIDS/exposed to AIDS Y/N |
| Diabetes | Y/N | DT's | Y/N | Do you use insulin? Y/N |
| Skin Problems | Y/N | Other (Describe) | (Y)/N | |

IF YES TO ANY, DESCRIBE. *Appears under Influence of Possible Narcotics*

10. Are you under a doctor's care?                                              Y/(N)
    Way? _____
    Doctor's Name_____ Doctor's Address_____
11. Do you use alcohol/drugs?                                                    Y/(N)
    How often_____ Type/amt. used_____ When was the last time? _____
12. Have you ever thought about ending your life or do feel like it now?  Y/(N)
13. Are you homosexual/bisexual or have contact with either?            Y/(N)
14. Are you pregnant or have delivered a baby in the last six weeks?   Y/(N)
15. Do you use needles?                                                            Y/(N)
16. Do you have any other Medical Problems we need to know about?   Y/(N)
    Describe. _____
17. List any drug or food allergies _____  Y/(N)
18. Do you have Health Insurance?                                             Y/(N)
    Where and Policy #_____
19. Do you have Medicare or Medicaid                                          Y/(N)
    Which one & Policy #_____

*INMATES SIGNATURE:* _Trevier Williams_ DATE _____

*OFFICERS SIGNATURE:* _____ 4271 DATE _4/11/17_

8/2014

C 000047