## BOSSIER CITY POLICE DEPARTMENT
## USE OF FORCE REPORT

04/01/17          Time: 2139hrs          Case #: 17-3966

Division: K-9/SCIU          Shift: B          District: Shreveport          On Duty: ☒  Off Duty: ☐

Officer Preparing Report: C.E. Boyett

Supervisor Notified: Sgt. Freeman          Time: 2142hrs

List ALL persons involved and their role:

| Name | Suspect Race | Sex | Age | Police Officer (Enter Emp #) | Witness | Other |
|---|---|---|---|---|---|---|
| Pfc. Boyett | | | | 2607 | ☐ | ☐ |
| Pfc. Provost | | | | 4793 | ☐ | ☐ |
| Sgt. Faulkner | | | | 7174 | ☐ | ☐ |
| Ofc. Cisco/Shreveport PD | | | | UNK | ☐ | ☐ |
| Trevier Williams | B | M | 26 | | ☐ | ☐ |
| Jewel Coley | B | F | 4 | | ☐ | ☐ |
| | | | | | ☐ | ☐ |

Details:

On 04/01/17 at 2121hrs Pfc. Provost initiated a traffic stop of a white Honda Sedan(La Temp/16800457) in the 1500blk of E. Texas St. for driving with no headlights or taillights. The sedan failed to stop for Pfc. Provost, in his marked patrol unit with overhead lights and sirens initiated, and continued westbound on E. Texas St. into Shreveport. Officers pursued the vehicle through Shreveport as the vehicle disregarded multiple stop signs and stop lights. The sedan also passed other motorist on the left side, driving into oncoming traffic, and exceeded the speed limit by more than 25mph. Finally the vehicle turned into the Stoner St. Apts.(541 E. Stoner St.) at which time the driver, Trevier Williams, and an unknown b/m passenger fled from the vehicle on foot. Pfc. Boyett, performed a visual scan of the area for innocent bystanders and none were observed in the immediate area. Pfc. Boyett then deployed K9 Torres from his vehicle and pursued Trevier Williams on foot as he fled down a sidewalk, through the apt complex, towards Easy St. Pfc. Boyett then gave K9 Torres the "bite" command at which time K9 Torres pursued T. Williams as he jumped down a retaining wall and crossed Easy St. K9 Torres engaged T. Williams in his lower leg causing T. Williams to fall to the ground directly next to a b/f juvenile, Jewel Coley. The bite was unsuccessful and T. Williams was able to get back up and continue running at which time K9 Torres redirected and bit J. Coley. Pfc. Provost, Sgt. Faulkner, and Ofc. Cisco continued the foot pursuit of T. Williams and were able to catch up with T. Williams behind a residence, just west of Easy St. T. Williams layed in the prone position, on his stomach, and had one hand concealed under his body. T. Williams disregarded commands to show his hand at which time officers administered closed fist strikes to his upper torso until his hand could be pulled free. T. Williams was then handcuffed(double-locked) and escorted to the backseat of a patrol unit.

EXHIBIT
tabbies
8

LIST CHARGE(S):

Possession of Sched I w/intent(marijuana), Possession of Sched I(MDMA), Possession of Drug Paraphernalia, Possession of a Firearm w/CDS, Felon in Possession of a Firearm, Aggravated Flight, No Headlights, No Drivers License,  Illegal Carrying of a Weapon, Fugitive Warrant(SPD)