

# CORRECTIONS CANINE ASSOCIATION

## SPECIAL AWARD

ANGOLA, LOUISIANA

THIS CERTIFICATE IS AWARDED TO

LEROY AZLIN

TRAINER

as special appreciation & recognition
for his continued support through attendance
to Corrections Canine Association

K-9 Seminar and Trials

Granted this 21ST day of APRIL, 1990

Warden

Ass't Warden

President



Certificate of Certification

United States Police Canine Association, Inc.

NATIONALLY CERTIFIED POLICE DOG 1

Meeting in seminar at LAKELAND, FLORIDA

on the 5TH-10TH day of OCTOBER 19 97 does hereby certify

that LEROY AZLIN and his Malire Dog BORIS

have been tested under the standards, as set forth by the United States Police Canine

Association, Inc. and have achieved the desired rating of excellence therein.

James E Nichela — PRESIDENT

Slate D Dawd — CHIEF JUDGE

UNITED STATES POLICE CANINE ASSOCIATION, INC.
SEAL
1971
NON PROFIT ORGANIZATION
DISTRICT OF
COLUMBIA

© 1993 GOES #2463
All Rights Reserved

LITHO in U.S.A.

# CORRECTIONS CANINE ASSOCIATION

## ANGOLA, LOUISIANA
### SPECIAL AWARD

*THIS CERTIFICATE IS AWARDED TO*

_____ TRAINER _____

_____ LEROY AZLIN _____

*as special appreciation & recognition*
*for his continued support through attendance*
*to Corrections Canine Association*
*K-9 Seminar and Trials*

*Granted this* _____ 20TH _____ *day of* _____ APRIL, 1991 _____

_____ Warden
_____ Ass. Warden
_____ President



# Certificate of Excellence

## United States Police Canine Association, Inc.

Meeting in seminar at BATON ROUGE, LOUISIANA

on the 11th & 12th day of JUNE 1983 DAX

LARRY AZLIN and his Police Dog "POLICE DOG" DAX

have been tested under the standards, as set forth, by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

_____
PRESIDENT

_____
CHIEF JUDGE



# Certificate of Certification

## United States Police Canine Association, Inc.

Meeting in seminar at _____ CERTIFIED PD'T, BATON ROUGE, LA _____

on the _____ 19-20 _____ day of _____ SEPTEMBER _____ 1987 _____ does hereby certify that:

LEROY AZLIN _____ and the Police Dog, TACO _____

have been tested under the standards, as set forth by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

_____ PRESIDENT

_____ CHIEF JUDGE

# Certificate of Certification

## United States Police Canine Association, Inc.

POLICE DOG-1

Meeting in seminar at LAKELAND, FLORIDA

on the 5th - 9th day of OCTOBER 19 87 does hereby certify that:

LEROY AZLIN and his Police Dog TACKO

have been tested under the standards, as set forth by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

_____
PRESIDENT

_____
CHIEF JUDGE



# Certificate of Excellence

## United States Police Canine Association, Inc.

Meeting in seminar at BATON ROUGE, LA

on the 15-19 day of JUNE 19 88 does hereby certify that:

LEROY AZLIN and his Police Dog K-9 TUG

CERTIFIED LEVEL 1 NARCOTIC DETECTOR DOG

have been tested under the standards, as set forth by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therin.

PRESIDENT

CHIEF JUDGE



**Certificate of Certification**

United States Police Canine Association, Inc.

NARCOTICS DETECTION

The United States Police Canine Association, Inc. does hereby certify

that _____ BORIS _____ in the United States Police Canine

Association, Inc. and have achieved the desired rating of excellence therein.

have been tested under the standards as set forth in the United States Police Canine

that _____ LEROY _____

on the _____ 7th & 8th _____ day of _____ April _____ 19 95

Meeting in session at _____ Springfield, Illinois

PRESIDENT

CHIEF JUDGE



# Certificate of Certification

## United States Police Canine Association, Inc.

Meeting in seminar at _____

15-76 _____ Dept. of ____ SHREVEPORT, LA  STATE ____

PDT _____ SEPTEMBER ____ 19 90 ____ does hereby certify that:

LEROY AZLIN _____ and the Police Dog ____ WODAN

have been tested under the standards as set forth by the United States Police Canine
Association, Inc. and have achieved the desired rating of excellence therein.

_____ PRESIDENT

_____ CHIEF JUDGE







Certificate of Certification
United States Police Canine Association, Inc.

Meeting in seminar at _____

on the 3RD - 7TH day of _____ 19 _____

that LEROY AZON and his K-9 Dog TACKO POLICE DOG II

have been tested under the _____ as set forth by the United States Police Canine

Association, Inc. and have achieved the desired rating of excellence therein.

does hereby certify

_____ PRESIDENT

_____ CHIEF JUDGE



**Certificate of Certification**

United States Police Canine Association, Inc.

PATROL DOG-1 & TT-2

does hereby certify that

LEROY AGAIN

have been tested under the standards set forth by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

Meeting in session

on the  3RD  7TH

day of  AUGUST  19 92

at  the  Police Dog

Association, TEXAS

TACO

CHIEF JUDGE

PRESIDENT



# Certificate of Certification

## The United States Police Canine Association, Inc.

Meeting in seminar at **HAMMOND, LOUISIANA**

on the **14 – 15** day of **July**

that **LEROY AZLIN** and his Police Dog **ASTER** does hereby certify have been tested under the standards, as set forth by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

_____ PRESIDENT

_____ CHIEF JUDGE



Certificate of Certification

United States Police Canine Association, Inc.

POLICE DOG I

This is to certify that LEROY AZLIN

Meeting in seminar at ALEXANDRIA, LOUISIANA

on the 11 & 12 day of JUNE 19 96

have been tested under the standards as set forth by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

BORIS

Does hereby certify

PRESIDENT

CHIEF JUDGE



Certificate of Certification

United States Police Canine Association, Inc.

Meeting in seminar at ALEXANDRIA, LOUISIANA does hereby certify

on the 13 — 14 day of JUNE 19 96

that LEROY AZLIN and BORIS

have been tested under the standards of the United States Police Canine

Association, Inc. and have achieved the desired rating of excellence therein.

NARCOTIC DETECTOR DOG

PRESIDENT

Robert Anderson CHIEF JUDGE



Certificate of Certification

United States Police Canine Association, Inc.

POLICE DOG I

The United States Police Canine Association, Inc. does hereby certify that

LEROY AZLIN                and his Police Dog

BORIS

have been tested under the standards, as set forth by the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

Meeting in seminar at    WASHINGTON, D.C.

on the    20th    day of    SEPT.    19 96

PRESIDENT

CHIEF JUDGE

THE UNITED STATES POLICE CANINE
CORPORATION
NON-PROFIT
SEAL 1971
DISTRICT OF
COLUMBIA, N.C.



National Police Canine Association

Certificate of Certification

On the 19th day of November, 1996,

LEROY AZLIN

achieved the National Standards of Certification for Narcotic Detection set forth by the National Police Canine Association.

and Police Dog BORIS

Narcotics

COCAINE
MARIJUANA
NA
NA

Judge

President





National Police Canine Association

Certificate of Certification

On the 17th day of January, 19 91
team ALLN and Police Dog Baas
achieved the National Standards of Certification for Patrol set forth
by the National Police Canine Association.

Robert J. Eden
President

Richard Scott
Judge No. PB 016

Judge No. 5-20





# Certificate of Certification

## United States Police Canine Association, Inc.

Meeting in seminar at Alexandria, Louisiana

on the 5th – 8th day of June 19 97

that LEROY AZLIN and the K-9 Dog BORIS does hereby certify

PATROL DOG I

have been tested under the standards set forth in the United States Police Canine Association, Inc. and have achieved the desired rating of excellence therein.

_____ PRESIDENT

_____ CHIEF JUDGE











SHREVEPORT REGIONAL TRAINING ACADEMY

CITY OF SHREVEPORT, LOUISIANA

POLICE TRAINING ACADEMY

certifies that

L. G. AZLIN

has completed in a satisfactory manner the

OPERATION SAFE STREETS - GANG SEMINAR

conducted by the Shreveport Regional Training Academy

Granted on this 17th day of November

1988

Chief of Police

Academy Director



# DIVISION OF CONTINUING EDUCATION

## OF THE

# LOUISIANA STATE UNIVERSITY

### AND AGRICULTURAL AND MECHANICAL COLLEGE

*Certifies That*

LEROY GLENN AZLIN

*Has Completed in a Satisfactory Manner the Course in*

TRAFFIC ACCIDENT INVESTIGATION

SHREVEPORT, LOUISIANA

*Granted on this* 10TH *day of* MAY 19 85

HEAD, LAW ENFORCEMENT TRAINING

DEAN, DIVISION OF CONTINUING EDUCATION

COORDINATOR



# State of Louisiana

## Department of

## Division of State Police

This is to certify that

**LEROY AZLIN**

has successfully completed Forty Hours of instruction in

Chemical Tests for Intoxication

this _____ 26th _____ day of _____ SEPTEMBER _____ in the

Year of Our Lord nineteen hundred and _____ EIGHTY _____



SUPERVISOR OF CRIME LAB

SUPERVISOR OF BREATH TESTING

SUPERINTENDENT

SUPERVISOR OF TRAINING



NATIONAL ACADEMY FOR PROFESSIONAL DRIVING

IN COOPERATION WITH

SHREVEPORT REGIONAL POLICE ACADEMY

HEREBY AWARDS

L. G. AZLIN

THIS CERTIFICATE OF ACHIEVEMENT FOR COMPLETION OF ___ HOURS INTENSIVE TRAINING IN

**Tactical Police Driving**

Presented this 16th day of MAY , 19 85 .

INSTRUCTOR

PRESIDENT

CHAIRMAN

DPSSP 1812

# State of Louisiana

## Department of Public Safety

## Office of State Police

*This is to certify that*

LEROY AZLIN

*has successfully completed* 40 *Hours of training in*

CHEMICAL TESTING FOR INTOXICATION

*this* 17 *day of* MAY *in the*

*Year of Our Lord nineteen hundred and* EIGHTY-FIVE .

_____
SUPERVISOR OF BREATH TESTING

Wiley O. McCormicK
DEPUTY SECRETARY · D.P.S.

W R Whittington
DIRECTOR OF TRAINING



# SHREVEPORT REGIONAL TRAINING ACADEMY

### CITY OF SHREVEPORT, LOUISIANA

## POLICE TRAINING ACADEMY

*certifies that*

LEROY AZLIN

*has completed in a satisfactory manner the*

BASIC RADAR OPERATORS SCHOOL

*conducted by the Shreveport Regional Training Academy*

*Granted on this* 6th *day of* November 19 87

Chief of Police

Academy Director



# SHREVEPORT POLICE DEPARTMENT

CITY OF SHREVEPORT, LOUISIANA

TAKES PLEASURE IN PRESENTING TO

L. G. AZLIN

THE Firearms Proficiency Badge in recognition of his outstanding achievement in the annual firearms qualification trials by successfully firing an ___ 288.75 ___.

This qualifies the above named officer to wear the EXPERT marksmanship badge.

Awarded in Shreveport, Louisiana this 23TH day of MARCH

Nineteen Hundred EIGHTY FIVE

ACADEMY DIRECTOR

CHIEF OF POLICE



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to: LEROY AZLIN (INSTRUCTOR)

of the SHREVEPORT POLICE DEPARTMENT

for successfully completing the prescribed course offered during our Annual Seminar

held in MANSFIELD, OHIO

on the 18TH-24TH Days of MAY, 2003

PRESIDENT

SECRETARY

THE UNITED STATES POLICE CANINE ASSOCIATION, INC. NON PROFIT ORG. CORPORATION SEAL DISTRICT OF COLUMBIA 1971

Alliance Printing & Publishing Inc.



National Police Canine Association

Certificate of Training

This hereby that

by the National Police Canine Association
for attending the National Training Seminar on
September 14-18, 1998
in Kenner, Louisiana.

Leroy Azlin, Instructor

President

Committee





The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to: Leroy Wylry-Instructor

In recognition of your efforts to further the goals of this organization and its members.

PRESIDENT



The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

Larry Nelin, Instructor

In recognition of your service to further the goals of the association and its members.

PRESIDENT

The United States Police Canine Association, Inc.

## APPRECIATION SERVICE AWARD

THIS CERTIFICATE IS AWARDED TO

_LEROY AZLIN_

In recognition of Outstanding Service to Region Ten of the

United States Police K-9 Association, Inc.

Granted this _19th_ day of _JUNE_ , _1988_ .

_Randall M. Watson_
PRESIDENT

_Lester J. David_
SECRETARY





The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

in recognition of your _____ other the goals of this organization and its members.

Wayne Deeley
PRESIDENT

REGION ONE FALL K-9 NARCOTIC CERTIFICATION TRIAL
PUNTA GORDA, FLORIDA
NOVEMBER 11 - 15, 1991



The United States Police Canine Association, Inc.

# CERTIFICATE OF APPRECIATION

Presented to: Leroy Aztin of the Shreveport Police Department

For serving as an instructor of Narcotics Detection

at our Annual Seminar in Baton Rouge, Louisiana and in recognition

of your efforts to further the goals of this organization and its members.

on the 19th - 25th days of May 1991

_____
CHAIRMAN – 1991 TRAINING SEMINAR

_____
CO-CHAIRMAN – 1991 TRAINING SEMINAR



The United States Police Canine Association, Inc.

APPRECIATION SERVICE AWARD

THIS CERTIFICATE IS AWARDED TO

In recognition of Outstanding Service to Region Ten of the United States Police K-9 Association, Inc.

Granted this 23RD day of JULY , 1989

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

LEROY AZLEN
CHIEF JUDGE

In recognition of your efforts to fulfill the goals of this association and its members.

USPCA SPRING PDI TRIALS
COLLIER COUNTY, FL.
APRIL 22 - 27, 1996

The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

In recognition of your efforts to further

the goals of this organization and its members.

*Wayne Curley*

PRESIDENT

Region I Summer K-9 Trial
Palm Beach County, FL  Aug. 9-14, 1993



The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

R/1981 U.S.P.C.A. NATIONAL TRAINING SEMINAR
DeROY ASTON
CANTON, OHIO

In recognition of your efforts to further the goals of the organization and its members.

PRESIDENT

SHREVEPORT REGIONAL TRAINING ACADEMY

CITY OF SHREVEPORT, LOUISIANA

POLICE TRAINING ACADEMY

certifies that

LEROY GLENN AZLIN

has completed in a satisfactory manner the

640-HOUR BASIC LAW ENFORCEMENT COURSE

conducted by the Shreveport Regional Training Academy

Granted on this 30TH day of MAY 19 85

Chief of Police

Academy Director

# The University of Southwestern

## Certificate of Completion

This is to certify

**L E R O Y   A Z L I N**

has completed the course entitled _____ 12TH BASIC ACADEMY _____ sponsored by

ACADIANA LAW ENFORCEMENT TRAINING ACADEMY _____ and has earned ___28___ hours of Continuing

Education Unit Credit in this program offered by the University of Southwestern Louisiana.

This Certificate of Completion, awarded this ___9___ day of ___NOVEMBER___, 19, 79 is

given in recognition of the student's successful completion of the prescribed program.

_____
DIRECTOR OF USL CONFERENCE CENTER

_____
DIRECTOR OF PROGRAM



The United States Police Canine Association, Inc.

## Certificate of Attendance

Awarded to **LEROY AZLIN**

of the **SHREVEPORT POLICE DEPARTMENT**

for successfully completing the prescribed

courses offered during our **Annual Seminar**

**MINNESOTA**

held in **MILLE LACS COUNTY**

on the **24TH 25TH 26TH 27TH & 28TH** Days of **AUGUST** **2001**

_James Blirl_
PRESIDENT

_Benister_
SECRETARY

UNITED STATES POLICE CANINE
SEAL
1971
NON PROFIT ORGANIZATION
CORPORATION
DISTRICT OF
COLUMBIA



# National Police Canine Association

## Patrol Certificate of Certification

On the 23rd day of October , 20 02 ,

Leroy Azlin

and Police Dog Astor

achieved the National Standards of Certification for

## Patrol Certificate

set forth by the National Police Canine Association.

Stephen W. Clark   PD077
Certifying Official

W.S.   Arnold   Ps 82
Certifying Official

President



National Police Canine Association

Narcotics Certificate of Certification

On the _____23rd_____ day of _____October_____, 20 _02_

Leroy Azlin _____ and Police Dog_ Astor

achieved the National Standards of Certification for

Narcotics Certificate

set forth by the National Police Canine Association.

Scents

Cocaine _____

Marijuana _____

n/a _____

n/a _____

Certifying Official

PP07775 Leroy Bonette, PD003
Certifying Official

President





The University of Southwestern Louisiana

Advanced Technology Training Program

Certificate of Completion

THE UNIVERSITY · OF SOUTHWESTERN · LOUISIANA · 1900

This is to certify that

LEROY GLENN AZLIN

has completed the course entitled

OFFICER SURVIVAL

and offered through The University of Southwestern Louisiana, sponsored by

Criminal Justice Training Center

This Certificate of Completion, awarded this 11th day of March, 19 81, is given

in recognition of the student's successful completion of the prescribed program.

DIRECTOR

The United States Police Canine Association, Inc.

# CERTIFICATE OF ATTENDANCE

Awarded to Leroy Alzin

of the Shreveport City Police Dept.

for attending Region Ten's Regional Trials and Seminar

held in Baton Rouge, LA.

on the 18-20 days of September , 1987

_____
PRESIDENT

_____
SECRETARY



Iberia Parish Narcotic Dept.

Awards This

Certificate of Participation

to

LEROY AZLIN

IN CONTINUING EDUCATION OF

NARCOTIC ENFORCEMENT

Granted on this ___12___ day of ___SEPTEMBER___ 19 87

Chief of Narcotics

Sheriff of Iberia Parish



# SHREVEPORT REGIONAL TRAINING ACADEMY

CITY OF SHREVEPORT, LOUISIANA

## POLICE TRAINING ACADEMY

certifies that

**LEROY G. AZLIN**

has completed in a satisfactory manner the

**40-HOUR INSERVICE RETRAINER**

conducted by the Shreveport Regional Training Academy

Granted on this ___20TH___ day of ___MARCH___

19 ___92___

Chief of Police

Captain Jo. E. Miller
Academy Director

# LAW ENFORCEMENT OFFICERS TRAINING SCHOOL

CERTIFICATE OF ATTENDANCE

THIS IS TO CERTIFY THAT

LEROY AZLIN

ATTENDED A SPECIALIZED SCHOOL IN

INSTRUCTOR DEVELOPMENT

HELD AT

Shreveport, Louisiana

FROM October 19, 1987    TO    October 23, 1987

UNDER SPONSORSHIP OF

Louisiana POST Council

IN COOPERATION WITH THE FEDERAL BUREAU OF INVESTIGATION

JOHN J. O'CONNOR
Special Agent in Charge





# Shreveport Police Department

City of Shreveport

Certifies that: Cpl. L. G. Azlin and Basco

has completed in a satisfactory manner the

## 400 hour Basic Patrol Dog Handler's Course

conducted by the Shreveport Regional Training Academy

February 16, 1999 through April 23, 1999

_____
Instructor

_____
Academy Director

# Certificate of Achievement

awarded to:

## Sgt. Leroy Azlin

For his outstanding leadership ability of the canine unit with the Shreveport Police Department

09-24 thru 9-28-2001
_____
Date

_____
Academy Staff
Signed

# National Police Canine Association

## Patrol Certificate of Certification

On the 30TH day of _____ 20____ _____ achieved the National Standards of Certification for Patrol Certificate set forth by the National Police Canine Association

PINK

and Police Dog ASTOR

Leonard Bennett, RP#3
Certifying Official

_____
President



# SHREVEPORT POLICE DEPARTMENT
# PERSONNEL ORDER

| PERSONNEL ACTION NUMBER: | ISSUED BY: | EFFECTIVE DATE: | DATE ISSUED: |
|---|---|---|---|
| PAN-95-314 | Stephen W. Prator | December 1, 1995 | November 17, 1995 |

| EMPLOYEE'S NAME: | BADGE NUMBER: | ACTION CODES: | PAGE 1 OF 1 PAGES |
|---|---|---|---|
| Corporal Leroy G. Azlin | 199 | 10 | |

| WAS A CIVIL SERVICE ACTION FORM COMPLETED? | ARE PAYROLL DOCUMENTS TO BE PREPARED? |
|---|---|
| ☐ YES   ☒ NO | ☒ YES   ☐ NO |

| WAS A PREDISCIPLINARY CONFERENCE CONDUCTED? | APPLICABLE  RULE(S) / GENERAL ORDER(S): |
|---|---|
| ☐ YES   ☒ NO | |

**ACTION CODES:**

| 01 - TERMINATION | 04 - FINE | 07 - LETTER OF INSTRUCTION | 10 - TRANSFER |
|---|---|---|---|
| 02 - DEMOTION | 05 - LETTER OF REPRIMAND | 08 - COMMENDATION / AWARD | 11 - RESIGNATION |
| 03 - SUSPENSION | 06 - COUNSELING STATEMENT | 09 - PROMOTION | 12 - RETIREMENT |
| | | | 13 - OTHER ACTION |

Effective Friday, December 1, 1995, you are hereby transferred from the Operations Division/Patrol Bureau/Shift C/Area 1 to the Operations Division/OSI Bureau/Canine Unit/Canine Trainer.

Please report to Captain J. Turner for details of your assignment.

SWP:ble

cc:  Chief Prator
ACP J. Goodpaster
Captain J. Miller
Captain G. Pittman
Captain C. Hopper
Captain J. Turner
Captain D. Casteel
Sgt. K. O. Williams
H. Cudo
Special Services
Cindy Chadwick
Cyndra Shelton
Officer's File

AUG - 3 1987

# INTER-OFFICE COMMUNICATION
## City of Shreveport

**Date:** August 3, 1987

**To:** Captain Richard A. Berry
OSI

**From:** Charles A. Gruber
Chief of Police

**Subject:** DESIGNATION OF OFFICER L. G. AZLIN AS K-9 TRAINER

The matter discussed in the July 20 memo from Major Hasheider was discussed this date in our Management Meeting.

It was decided that you can appoint Officer Azlin as the Police Department's K-9 Trainer.

cc: Management Team Members



CONGRATULATIONS!

*Honoring*

*Leroy G. Azlin*

*Program*

*Introduction*

*Presentations........Interim Chief James N. Roberts, Jr.*

*ACP George C. Smith....Operations Division*

*ACP Don Morgan ...Support Division*

**Shreveport Police Department**

**Promotional Ceremony**

SHREVEPORT POLICE

Friday, May 21, 1999
1400 hours

# LOUISIANA LIFETIME LICENSE

Christopher S. Azlin

Is recognized by the Louisiana Department of Wildlife and Fisheries for investing in the future of Louisiana's wildlife and fisheries resources and is hereby granted Lifetime Hunting and Fishing privileges.

Secretary

02-24-2000
Date



# INSTITUTE FOR LAW ENFORCEMENT ADMINISTRATION

### A DIVISION OF
## THE CENTER FOR AMERICAN AND INTERNATIONAL LAW

CERTIFIES THAT

# LEROY AZLIN

SUCCESSFULLY COMPLETED THE

## POLICE SUPERVISOR'S COURSE

PRESENTED BY THE INSTITUTE FOR LAW ENFORCEMENT ADMINISTRATION

GIVEN THIS 14TH DAY OF JANUARY, 2005

DANIEL P. CARLSON, ACTING DIRECTOR



# Shreveport Police Department

City of Shreveport

Certifies that: Leroy Azlin

has completed in a satisfactory manner the

# 35 Hour Police Supervisor's Course

January 10 - 14, 2005

Academy Director



**Shreveport**
**All-America City**
®

KEITH P. HIGHTOWER
MAYOR

# Shreveport Police Department

1234 Texas Avenue
Shreveport, Louisiana 71101
web site: www.ci.shreveport.la.us/dept/police



F.M. "MIKE" CAMPBELL
CHIEF OF POLICE

February 2, 2006

Sergeant Leroy Azlin
Uniform Services Division/Canine Shift C
1234 Texas Avenue
Shreveport, LA 71101

Dear Sergeant Azlin:

Attached you will find a letter from Ronnie C. Harris, Mayor of the City of Gretna. Mayor Harris wanted to acknowledge your unselfish acts of kindness shown to them during the aftermath of Hurricane Katrina. As you may ascertain from his letter, Mayor Harris and the City of Gretna sincerely appreciated all of your efforts during these unfortunate circumstances. As an expression of their sentiments a resolution of gratitude is also attached to this letter.

Your actions truly reflect a compassionate quality that you should be proud of and others should emulate. You gave of yourself willingly and generously, and demonstrated outstanding policing and "people skills" by making yourself available during this disaster that affected every citizen of the United States. Words cannot express how elated I am to serve along with someone of your caliber. Thank you for your constant commitment to this department, and the citizens of Shreveport.

Sincerely,

F. M. "Mike" Campbell
Chief of Police

FMC/rg

Cc:    ACP Glenn Schach
       Captain Steve Floyd
       Kacee Hargrave
       HRB
       File

*"To Serve and Protect"*

KEITH P. HIGHTOWER
MAYOR



**Shreveport Police Department**

1234 Texas Avenue
Shreveport, Louisiana 71101
web site: www.ci.shreveport.la.us/dept/police

F.M. "MIKE" CAMPBELL
CHIEF OF POLICE

| **DATE:** | **February 21, 2006** |
|---|---|
| **TO:** | **Leroy G. Azlin, Sergeant**<br>**Uniform Services Division / Administration** |
| **FROM:** | **Jacqueline V. Willis, Lieutenant**<br>**HRB Commander** |
| **SUBJECT:** | **Promotion Ceremony** |

Congratulations on your well deserved promotion to Lieutenant!

The promotion ceremony will be held in the Assembly Room on the Second floor of the Police Building on Wednesday, March 1, 2006 at 1500 hours. Please wear your uniform.

Please feel free to invite your family and friends to attend the ceremony.

Jacqueline V. Willis, Lieutenant
HRB Commander

CC:
Chief F. M. "Mike" Campbell

*"To Serve and Protect"*



# K-9 CONCEPTS INC.

## DOG TRAINING CENTER

This Certifies that _Henry Aplin_

Has Successfully Completed _an eighty hour Trainer's Recertification_

_in Police Patrol &_

_Narcotic Detector Dog Training._

and is Therefore Awarded This Certificate of Achievement.

Owner-Director of Training

_Richard Pettit_
Assistant Trainer

_18 February 2005_
Date

Broussard, LA



# K-9 Concepts Inc.

### Dog Training Center

This Certifies that _Jerry Coplin_

Has Successfully Completed _a forty-ten hour_

_Trainer's Certification for_

_Police Patrol & Narcotic Detector Dog Training_

and is Therefore Awarded This Certificate of Achievement.

Broussard, LA

_Jack Rebeaux_
Owner-Director of Training

_Richard Pettit_
Assistant Trainer

2-10 February 2006
Date

# Shreveport Police Department

SHREVEPORT
POLICE

Laws Set Forth by the Municipal Fire and Police
e in and for the State of Louisiana

*eroy Azlin*

Has Been Promoted
To the Rank of

*Lieutenant*

This First day of March, Two-Thousand Six

ACP Glenn Schach
Uniform Services Division

ACP Gary D. Smith
Support Division

*SHREVEPORT POLICE DEPARTMENT
PROMOTION CEREMONY*

SHREVEPORT
POLICE

*Wednesday, March 1, 2006
1500 Hours
2nd Floor Conference Room
Police Building*

# Local officers get upclose look at Katrina



*Shreveport officers were among those who first responded to the rescue mission in South Louisiana. They were Lt. Tony LeBlanc and Cpls. Tim Adgate and Robert Ellis, seen standing here in front of the New Orleans Superdome.*

I have been trying to keep you updated on our relief efforts as a result of the hurricane and in an attempt to clear up rumors by attending roll calls, sending MDT messages, and memorandums.

I will continue to do so as new information comes to light.

As I have mentioned in every roll call, MDT message, and memorandum, I want to reiterate that our primary mission is to reduce crime and provide quality service to all persons we come in contact with.

As a division, we have worked too hard to reduce crime and cannot allow our efforts to go to waste. I would ask that you stay focused on crime and continue to do everything you can to prevent crime and apprehend those responsible for committing crimes. ★

# Nine sent south to help; more assigned to Hirsch

## By Asst. Chief Glenn Schach

I would like to start out saying that in the aftermath of Hurricane Katrina, USD members have responded professionally and with compassion for those who were displaced as a result of the hurricane.

I am proud to be associated with a group of true professionals who have the caring and compassionate attitude to take care of others.

Thank you for your efforts.

I also want to thank Lt. Tony LeBlanc, Sgt. Dwayne Malone, Sgt. Leroy Azlin, Cpls. Tim Adgate, Robert Ellis, Chuck Thompson and Jim Germaine, and K-9 Officers Josh Feliciano and Toby Morrison. These supervisors and officers volunteered to travel to south Louisiana immedi-

ately after the hurricane to help our brothers and sisters in law enforcement. Each of them represented the department in a manner that makes us proud. They went through difficult times and clearly displayed the character and selfless service that earns the respect of others.

As of this time, we have not received requests for additional assistance in south Louisiana.

There are no plans at this time to dispatch another team. There may be a need to do so in the near future, and decisions will be made at that time.

Thanks to all of you who have volunteered. The list of volunteers is still being maintained in case there is a need to dispatch additional personnel to the region.



*SPD K-9 officers were sent to South Louisiana to assist in Hurricane Katrina relief efforts. Shown here is Officer Joshua Feliciano, Lt. Leroy Azlin and Officer Toby Morrison. Ask any of these guys about their experiences there, and they can give you an ear full!*

# SPD officers come through time after time

### By Asst. Chief Mike VanSant

Hurricane Katrina's devastation has been well documented the last few weeks. So has the overwhelming support American's have shown with relief for the victims. Chief Campbell has charged me with coordinating the Department's efforts to assist the evacuees.

Our response increased dramatically Thursday, Sept. 1, 2005, when 9 school buses unexpectedly rolled up to Hirsch Coliseum with over 400 evacuees. These evacuees were from St. Bernard Parish and had been on a bridge, without food and water, for days. Officers and supervisors on the scene quickly responded. A processing center was organized and assistance requested. Local medical personnel, fire department EMS and citizens responded to assist. The Red Cross, The Salvation Army and the First Assembly of God Church on Buncombe Road teamed together to supply food and shelter for these victims. As the days passed, the process of assisting the evacuees became a well oiled machine, proving that the many practices that have been conducted over the years with critical incident management helped prepare us for this incident.

I would particularly like to thank Capts. Wayne Smith, Frank Datcher, Mark Holley, Sgts. Robin Synder, Jim Haacker, Moe Cunningham, Willie Shaw, Cpls. Rodney Horton, Jimmy Thomas, Van Wray, Mary Coburn, Bill Goodin and Officer Jason Person. These officers were of invaluable service that day. With their dedicated service, all of the evacuees were processed and given shelter.

In the days after this most devastating of natural disasters, officers responded with an incredible level of compassion and professionalism. I know there are names I have failed to mention, and I sincerely apologize. To all of the Officers who have worked at the fairgrounds, LSUS and the EOC, I want to offer my most sincere thanks. Your compassionate response and professionalism is what makes me proud to say, the members of the Shreveport Police Department stepped up again and took care of business. ★



*Officers rescuing people in New Orleans saw their share of misery. Many hadn't eaten or had anything to drink for days. In this photo, an inmate who is handcuffed to another inmate begins to have a heat stroke and is dunked in the water to cool down. This inmate survived. (Photo by Lt. Tony LeBlanc)*

## Supervisor Action Reports becoming a thing of the past

### Continued from Page 1

"There are three kinds of people: those that think about making things happen, those that talk about making things happen, and those that make things happen.", I would propose that organizations are much the same. What kind of organization are we? I believe we are the caliber of organization that controls its own destiny!

### Changes coming soon

Finally, I would like to bring you up to date on a few administrative notes. First, the SAR will soon be a document of the past. It will be replaced by the performance documentation in the supervisor's handbook. I encourage our supervisors to use this document as it was intended, and that is to document good employee performance, as well as a tool to provide direction in modifying sub par performance. Secondly, a sustained complaint will no longer prevent an employee from applying for a transfer. However, an employee's IAB history will be a consideration in the selection process.

Lastly, changes in vacation policy as they affect new hires are in the works. All these changes will be addressed in policy updates released in the coming weeks. These changes are a result of the command staff listening to and addressing your concerns.

In closing, I would leave you with this thought, "Triumph is made up of two words: Try…. and ….umph"! ★



**KEITH P. HIGHTOWER**
MAYOR

# Shreveport Police Department

1234 Texas Avenue
Shreveport, Louisiana 71101
web site: www.ci.shreveport.la.us/dept/police



**F.M. "MIKE" CAMPBELL**
CHIEF OF POLICE

February 2, 2006

Sergeant Leroy Azlin
Uniform Services Division/Canine Shift C
1234 Texas Avenue
Shreveport, LA 71101

Dear Sergeant Azlin:

Attached you will find a letter from Ronnie C. Harris, Mayor of the City of Gretna. Mayor Harris wanted to acknowledge your unselfish acts of kindness shown to them during the aftermath of Hurricane Katrina. As you may ascertain from his letter, Mayor Harris and the City of Gretna sincerely appreciated all of your efforts during these unfortunate circumstances. As an expression of their sentiments a resolution of gratitude is also attached to this letter.

Your actions truly reflect a compassionate quality that you should be proud of and others should emulate. You gave of yourself willingly and generously, and demonstrated outstanding policing and "people skills" by making yourself available during this disaster that affected every citizen of the United States. Words cannot express how elated I am to serve along with someone of your caliber. Thank you for your constant commitment to this department, and the citizens of Shreveport.

Sincerely,

F. M. "Mike" Campbell
Chief of Police

FMC/g

Cc:    ACP Glenn Schach
       Captain Steve Floyd
       Kacee Hargrave
       HRB
       File

*"To Serve and Protect"*

# SHREVEPORT POLICE DEPARTMENT

## CITY OF SHREVEPORT, LOUISIANA

### TAKES GREAT PLEASURE IN PRESENTING TO

## Lt. Leroy Azlin

### THE UNIT CITATION

outstanding performance of duties

ile assigned to the K-9 Unit.

in Shreveport, Louisiana this

day of January, 2007.

Mike VanSant
Interim Chief of Police

# General orders get changes,

The Office of Operational Integrity made the following changes or additions to various General orders. You may read a synopsis of the changes below. General orders also are available via the City's shared H: drive under SPT/SHR.

**301.04 Attendance Incentive Program**
- Removed language in which prohibited members from earning perfect attendance due to taking Death in Family leave.
- Added language to exempt Death in Family leave from counting against perfect attendance.

**301.08 Annual Leave**
- A minor revision was made to the "policy statement" in to make it an actual policy statement.
- Added language to show the accrual of 1.5 days (12 hours) vacation for each month worked for new employees and that they will use that vacation during the year immediately following their first December 31st date.
- Defined that the 18 days earned during a member's first full calendar year will be used during their second calendar year and eliminated any variance.

**301.10 Military Leave**
- A general section on military leave that defines the 15 days of leave was added.
- Members must choose vacation time, compensatory time or leave without pay when they exhaust military leave.
- Defined the notification process for routine duty and activation.
- Clarified the pay and benefits section related to military leave.
- Defined the role of all supervisors involved in dealing with an activated member.
- Established accountability for a member failing to comply with notification guidelines.

**303.06 Physical Fitness Standards for Police Applicants and Recruits**
- Corrected format and outlined errors.
- The standards tables were organized for clarity and ease of reading.
- If an applicant fails to complete any of the assessment areas, except due to illness or injury, they can't retest for twelve months.
- The Chief of Police may authorize a second retest if an applicant fails one area at the level of two points.
- Requires written requests for re-testing and written approval.

**303.09 Operation Santa Claus**
- Establishes department policy for participation in Operation Santa Claus.
- Employees and family members may not derive gain from involvement in Operation Santa Claus.
- Establishes accountability for a supervisor to verify sponsored families.
- Establishes that members may only sponsor children in the city jurisdiction and must deliver the gifts themselves.
- The Chief of Police must assign or approve of a member participating in the program, other than sponsoring a child & delivering gifts.

**305.05 Job Assignments and Transfers**
- Added accountability references regarding who advertises, how to apply for transfer and the selection criteria.
- Defined that the selection criteria must be established prior to the announcement, must be provided by the selecting commander and must be devised to be impartial.
- Defines that measurable criteria for the evaluation must be on a 1-5 scale.
- Discipline will be considered and may be the sole source for rejection but doesn't prohibit a member from applying.
- The selection of applicants must be the top candidate.

**602.04 Vehicle Towing**
- Reflects change in 32.392 that no longer allows impounding for multiple violations or equipment violations per the recommendation of the City Attorney.
- Changes working of storage facility from Central storage Facility to contract storage facility to resolve conflict with a private business named "Central Storage."
- Moved responsibility related to impound, release of impound and resolutions of notifications to a Sergeant assigned to the Property Unit.
- Created a decision making matrix guide to simplify understanding.
- Consolidated the police's release section. ☀

# 15 people promoted this year

Congratulations to the following people who have been promoted this year!

**Promoted to Lieutenant**
Bobby Wilbert, Walter McCrary, Brock Blakham, Leroy Aslin

**Promoted to Sergeant**
Philip Scroggins, Willie Giles, Robert Ellis, Michael LaGuesse, Dwight Martin, Kevin Perry, Charles Biehrholtz

**Promoted to Jailer III**
Barry Newton, Joe Smith

**Promoted to Jailer II**
Anita Chambers, Monice Deal

# VanSant selected for Who's Who national listing

Assistant Chief Mike VanSant has been selected to represent the city of Shreveport in the Empire Who's Who Among Executives and Professionals.

VanSant was selected by the organization's Office of the Managing Director, who said he was chosen based on his current position and individual accomplishments.

In recognition of his accomplishment, he will be featured in the 2005-2006 "Honors Edition" of the Who's Who registry.

Congratulations to Chief VanSant!

## New Baby!

Cpl. Trey Robinson became the father of a 5.15 ounce baby boy on Feb. 16.

Peyton Robinson was born at Willis-Knighton - Pierremont. Congrats to Cpl. Robinson and family!

# Teamwork credited for reaching lowest crime rate in more than two decades

### By Asst. Chief Glenn Schach

Since the last newsletter, we have ushered in a new year. I believe that 2006 will present us with many challenges, and we will achieve many victories. I again want to congratulate all of you for the outstanding achievement of reducing crime in our city in 2005.

I also want to take this opportunity to congratulate those of you who received awards at the annual awards banquet. Many others are truly deserving of recognition as well, and to identify those who are to receive the awards is very difficult. I want to acknowledge all USD operations that performed as "teams" to reach the reduction in crime that we realized. Obviously, the patrol shifts did an outstanding job, as did Traffic Services and the Community Oriented Policing members. Let's not forget the members from the other divisions because they, too, were valuable in our efforts to reduce crime and the fear of crime. Although it is important that we perform our best as individuals, it is imperative that we work as a team to reach such high goals. Thanks to each of you for your efforts.

We are currently conducting the necessary work required to purchase new patrol vehicles and related equipment. We are looking at the affordability to begin purchasing digital mobile video systems. If we can purchase a significant number of these systems and cursory information suggests we will be able to, there will be no need to wait in the "tape line" after completing your shift. The system we are looking at will allow for an automatic download of your video when you arrive at the station. Let's keep our fingers crossed that we will be able to move in this direction.

We are still analyzing data as a result of our redistricting. Some minor changes are anticipated in the future but we must have sufficient data to support any changes. Otherwise, we will be making changes every month. So far, our response times to priority one calls have actually remained relatively constant and that average is less than six minutes. Good job everyone!

I want to remind everyone that we want to continue in our commitments and efforts to reduce crime and the fear of crime. Let's not rest on our past successes. We must continue to review crime data and concentrate our efforts on the areas where crime is occurring. We must remain focused as our mission is to serve and protect the citizens of our city. ★

## $50 gift card offered for answer to quote

Continued from Page 1

their clothing allowance. Or, if we decide not to adopt it, it could be offered as a commemorative badge, not for wear but available for individual purchase. The options are limitless, but first things first! What do you think of the design? Would you change anything? Are you interested in adopting it? Do you have any suggestions other than those listed above for fielding it? Please forward any comments by e-mail to me or Kathy Robinson, and we'll keep you posted on the outcome.

That is about it from my corner. Keep up the good work, and I promise to try to keep the changes to a minimum this year. I will leave you with this quote, "If a man is called to be a streetsweeper, he should sweep streets as Michelangelo painted, or Beethoven composed music, or Shakespeare wrote poetry. He should sweep streets so well that all the hosts of heaven and earth will pause to say, here lived a great streetsweeper who did his job well." Any idea who authored this quote? Be the first SPD employee* to e-mail me with the author of the quote after distribution of the newsletter and win a $50.00 gift certificate to the restaurant of your choice.

*Personnel assigned to the Administration Division are not eligible to participate.*



### Uniformed Services:

**Rookie:** Officer Brad Sotak

**Officer:** Corporal Amy Bowman

**Supervisor:** Captain Steve Floyd

**Civilian:** Joann Malone

### Support:

**Officer:** Jailer I Sheila Jones

**Supervisor:** Lieutenant Rodney Price

**Civilian:** Leslie Tasby

### Investigations:

**Officer:** Detective Shawn Parker

**Supervisor:** Sergeant Mike Tong

    **Special Award:** Sgt. Carl Townley

**Civilian:** Jean Germain

### Administration:

**Supervisor:** Lt. Vickie Fields

**Civilian:** Pamela Moore

### Volunteer Awards:

**Auxiliary of the Year-** Joe Colmer

**VIP of the Year-** Conrad Stewart

**Humanitarian Award-** Ernest Norris

### Other Awards:

**Special Achievement:** Sgt. Sam Taylor and Lt. Ray Goeckel, Jailer II Joe Smith, Det. Cpl. Dean Willis, Cpl Jeannie Adams

**Unit Citations:** Auxiliary Unit, Community Oriented Policing Bureau, Burglary Unit, PCO Supervisors

**Insurance Bureau:** Cpl. Mike Greber, Det. Cpl. Brandon Ortiz

**Chief's Appreciation Award:** Tactical Robbery Unit

National Police Canine Association

Certificate of Membership

The National Police Canine Association

presents this Certificate of Membership to

Leroy Azlin

as a member in good standing for the year of 20___07___.

_____
President

_____
Secretary

# Northeast Mississippi
# Law Enforcement Training Center

## Certificate of Training

### Instructor- Leroy Azlin

successfully completed a course of 40 hours instruction in:

**K-9 Drug Detector Dog Re-Cert and Enhancement**

Date  9/26-29/11    Instructor  RCTA- Robicheaux / Azlin

Training Center Director

You ability To adopt, train an
rebuild on friendship are so apparent thank

Sponsored by:    Alcorn County Sheriff's Department
Sheriff Charles Rinehart



Corinth Mississippi Police Department
Chief David Lancaster

In cooperative alliance with:

Northeast Mississippi Community College
President Johnny L. Allen, Ed.D