

SHREVEPORT REGIONAL TRAINING ACADEMY

CITY OF SHREVEPORT, LOUISIANA

POLICE TRAINING ACADEMY

certifies that

LEROY G. AZLIN

has completed in a satisfactory manner the

600-HOUR PATROL/NARCOTICS K-9 TRAINERS COURSE

conducted by the Shreveport Regional Training Academy

Granted on this 6th day of August 19 92

Chief of Police

Academy Director

tabbies
EXHIBIT
15



P·O·S·T
COUNCIL

WISDOM
TRAINING
KNOWLEDGE
PROFESSIONALISM

# State of Louisiana

## Peace Officer Standards & Training Council

*hereby awards*

**INSTRUCTOR CERTIFICATION**

*to*

## LEROY AZLIN

*for having completed a Certified Instructor Development Course*

ENTITLED

POST/FBI INSTRUCTOR DEVELOPMENT COURSE

*as provided for in the Laws of the State of Louisiana*

*issued this* __twenty-third__ *day of* __October__ , *nineteen* __eighty-seven__

GOVERNOR

CHAIRMAN

This certificate remains the property of the State of Louisiana, and is subject to be revoked at any time.



Certificate of Certification

The United States Police Canine Association, Inc.

POLICE DOG I

Meeting in seminar at _____

on the 27TH & 28TH, 29TH, 30TH day of AUGUST 20 01

that LEROY AZLIN ASTOR

have been tested under the standards as set forth by the United States Police Canine

Association, Inc. and have achieved the required rating of excellence therein.

PRESIDENT

CHIEF JUDGE



The United States Police Canine Association, Inc.

This is to certify that

LEROY ASLIN

has achieved the high standards set forth by and to the satisfaction of the United States Police Canine Association, Inc.

Let it be known that on the _____ day of _____ JUNE 1994

the do approve appreciation for

CERTIFIED NATIONAL JUDGE

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

This is to certify that

LUCKY STAR

has achieved the high standards set
forth by and is in full compliance of
the United States Police Canine Association, Inc.

Let it be known that on the
we do hereby certify and acknowledge

NATIONAL CERTIFIED DETECTOR JUDGE

Day of SEPTEMBER 1991

PRESIDENT
William E. Myth
SECRETARY



The United States Police Canine Association, Inc.

This is to certify that

LEROY    AZLIN

has achieved the high standards set
forth by and to the satisfaction of
the United States Police Canine Association, Inc.

Let it be known that on the 15TH day of OCTOBER 1999

for the supreme accreditation for

NATIONALLY CERTIFIED LEVEL III TRAINER

PRESIDENT

SECRETARY





The United States Police Canine Association, Inc.

This is to certify that

LEROY AZLIN

has achieved the high standards set for by the satisfaction of the United States Police Canine Association, Inc.

Let it be known that on the we do approve attribution for

NATIONAL CERTIFIED TRAINER LEVEL I

1989

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

This is to certify that

LEROY SHJR

has achieved the high standards set forth by and to the satisfaction of the United States Police Canine Association, Inc.

Let it be known that on the 26 day of May , 1991 we do approve accreditation for

CERTIFIED TRAINER LEVEL II

PRESIDENT

SECRETARY





**National Police Canine Association**

*Certificate of Certification*

This is to certify that

**K9 "Arlo" / Police**

Leroy Azlin

Has achieved the credentials to satisfy the requirements and high standards set forth by the National Police Canine Association.

Therefore, the National Police Canine Association has approved accreditation for Patrol & Detector Trained and Certifying Official

No PPD.

President

Chairman, Standards Committee



# National Police Canine Association

### Certificate of Verification

This is to certify that

## Leroy Azlin

Having met the requirements, has been appointed as a Certifying Official for the National Police Canine Association. The above named may administer certification tests of Police Service Dogs within the guidelines set forth by the National Police Canine Association, and within the current Certifying Official Rating of

### Patrol and Detection

Leroy _____
President

NPCCA PD-001
Certifying Official Number

Robert Anderson
Standards Chairman





K-9 Concepts Inc.
Training Center

This Certifies that *Leroy Azlin*

Has Successfully Completed *a one year understudy course*
*for Instructor/Trainers in Police Patrol & Narcotic Dogs.*

Backed by

Owner/Director of Training

Assistant Trainer

*6 March 1989*
Date

Broussard, La.

National Police Canine Association

Certificate for Instruction

2014 National Training Seminar & Competition

San Antonio, Texas
August 3rd - 7th, 2014

Leroy Fluln

Training Solutions through K9 Drives

Acknowledging your Dedication and Commitment
To the Detection and Prevention of Crime.

President



The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

LEROY AZLINE
CHIEF JUDGE

In recognition of your efforts to further the goals of the organization and its members.

USPCA SUMMER PDI TRIALS
TALLAHASSEE, FL.
AUGUST 07 - 09, 1996



The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

Leroy Azille Chief Judge

In recognition of your efforts to further the goals of this organization and its members.

PRESIDENT

HILLSBOROUGH COUNTY, FL. 29&30 AUG.1996



The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

JUNE 1998    U.S.P.C.A. NATIONAL DETECTOR CERTIFICATION

LEROY ASTIN

In recognition of their

CHARLOTTE COUNTY, FL.

The goals of this organization and its members.

PRESIDENT

James B. Nichols

The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

JUDGE LEROY ASLIN

1998 U.S.P.C.A. NATIONAL FIELD TRIALS
In recognition of your efforts in further
St. Louis, MO.

the goals of this organization and its members.

PRESIDENT

James B Nichols

THE UNITED STATES POLICE
CORPORATION
NON PROFIT ORG
1971 SEAL
DISTRICT OF
COLUMBIA
CANINE
ASSOCIATION, INC.

UNITED STATES
POLICE CANINE
ASSOCIATION, INC.

# Leroy Azlin

8336 STILL MEADOW DR.
SHREVEPORT, LA 71129
Phone 318-925-8005
E-mail FOURACANINE@CS.COM

**Objective**

TO BECOME A CONTINUING EDUCATION PROVIDER IN THE AREA OF POLICE CANINE HANDLING, TRAINING, AND DEPLOYMENT.

**Functional summary**

SGT. AZLIN BEGAN HIS WORKING CAREER WITH POLICE CANINE IN 1980 IN LAFAYETTE, LOUISIANA. SGT. AZLIN WAS THE FIRST HANDLER FOR A NEW PROGRAM FOR THIS SOUTH LOUISIANA DEPARTMENT. DURING THIS PERIOD, SGT. AZLIN TOOK THE PROGRAM FROM A ONE-DOG PROGRAM TO A SIX-DOG PROGRAM IN JUST A FEW SHORT YEARS. SGT. AZLIN HAD THE OPPORTUNITY TO ATTEND SOME OF THE MOST RESPECTED CANINE SCHOOLS IN THE COUNTRY. IN 1985 SGT. AZLIN CHANGED POLICE DEPARTMENTS TO THE SHREVEPORT POLICE DEPARTMENT AND WAS ASKED TO DEVELOP A WORKING, PROGRESSIVE K-9 UNIT. SGT. AZLIN, DURING THIS PERIOD WAS WELL ON HIS WAY TO BECOMING A NATIONAL AND KNOWN POLICE K-9 EXPERT. SGT. AZLIN IS NOW THE TRAINING DIRECTOR FOR ONE OF LOUISIANA'S LARGEST POLICE K-9 UNITS. SGT AZLIN TEACHES HANDLERS ALL ACROSS THE UNITED STATES AND HAS TAUGHT HANDLERS IN MEXICO, EUROPE, KOREA, AND JAPAN. SGT. AZLIN, WHO IS STILL AN ACTIVE HANDLER, HAS BEEN CERTIFIED AS AN EXPERT IN FEDERAL COURT IN ALMOST ALL AREAS OF POLICE K-9 TO INCLUDE HANDLING, TRAINING, AND DEPLOYMENT. SGT. AZLIN IS A NATIONALLY CERTIFIED PATROL AND DETECTOR DOG TRAINER AND JUDGE THROUGH BOTH THE UNITED STATES POLICE CANINE ASSOCIATION AND THE NATIONAL POLICE CANINE ASSOCIATION. SGT. AZLIN IS CURRENTLY THE NATIONAL PRESIDENT FOR THE NATIONAL POLICE CANINE ASSOCIATION. SGT. AZLIN IS A PUBLISHED AUTHOR IN THE AREA OF POLICE CANINE TRAINING.

SGT. AZLIN HAS BEEN CERTIFIED IN BOTH STATE AND FEDERAL COURT AS A POLICE DOG EXPERT IN ALMOST ALL AREAS OF USE OF THE POLICE CANINE. SOME OF THE CASES SGT. AZLIN HAS BEEN RETAINED IN AS AN EXPERT ARE:

RONALD WILSON VS. THE CITY OF NEW IBERIA
JOSEPH HAMILTON VS. THE CITY OF LAFAYETTE
THE U.S. VS. MARK M STANTOR (AKRON OH)
JOSEPH DOMINQUE VS. THE CITY OF LAFAYETTE
LAWRANCE JULLIAN VS. THE CITY OF LAFAYETTE
LONNIE GOLDSTINE VS. CITY OF MONROE
TERRY STOKES VS. THE CITY OF NEW IBERIAL
TEXAS DEPARTMENT OF PUBLIC SAFETY VS. JESUS JUAREZ

**Education**

1979 ATTENDED AND COMPLETED THE LAFAYETTE POLICE DEPARTMENT ACADEMY.
1982 ATTENDED AND COMPLETED THE MANDEL IN KENNEL HANDLERS COURSE.
1984 ATTENDED AND COMPLETED THE PSP AMERICA K-9 OFFICER

SURVIVAL SCHOOL.
1985 ATTENDED AND COMPLETED THE SHREVEPORT POLICE DEPARTMENT ACADEMY.
1986 ATTENDED VOM KAISERHOFE'S TRAINING CENTER PATROL DOG COURSE.
1987 COMPLETED A CERTIFIED INSTRUCTOR DEVELOPMENT COURSE ENTITLED POLICE OFFICER STANDARDS IN TRAINING CONDUCTED BY THE FBI IN SHREVEPORT, LA
1987 ATTENDED VOM KAISERHOFE'S TRAINING CENTER DETECTOR DOG COURSE
1987 COMPLETED ADVANCED HANDLER'S COURSE AT K-9 CONCEPTS, INC.
1988 COMPLETED DETECTOR DOG COURSE AT K-9 CONCEPTS, INC.
1989 COMPLETED A ONE YEAR UNDERSTUDY AT K-9 CONCEPTS, INC.
1990 COMPLETED NATIONAL TRAINERS' SCHOOL IN JOHNSON CITY, TN

**CONT.**

1990 COMPLETED ADVANCED POLICE K-9 HANDERS COURSE AND STREET SURVIVAL SCHOOL AT SEVIERVILLE POLICE DEPARTMENT IN   SEVIERVILLE, TN.
1992 COMPLETED FORTY HOURS OF INSTRUCTION FOR OFFICER TACTICS AND K-9 DEPLOYMENT
1992 COMPLETED 600 HOUR PATROL/NARCOTICS K-9 TRAINERS COURSE AT SHREVEPORT REGIONAL TRAINING ACADEMY
1996 COMPLETED NATIONAL TRAINERS' SCHOOL IN CANTON, OH.
1989-1996 ATTENDED FIFTEEN SEMINARS AS A STUDENT IN CANINE CONTINUING EDUCATION COURSES

**Summary of qualifications**

ACTED AS JUDGE FOR THE FOLLOWING SEMINARS:
1993 ST LOUIS, MISSOURI –NATIONAL PATROL DOG TRIAL
1993 PALM BEACH, FLORIDA-NATIONAL POLICE DOG TRIALS
1993 CHARLOTTE COUNTY, FLORIDA-REGIONAL DETECTOR DOG TRIALS
1994 PALM BEACH, FLORIDA-CHIEF JUDGE REGIONAL PATROL DOG TRIALS
1995 SPRINGFIELD, ILLINOIS-REGIONAL DETECTOR DOG TRIALS
1995 OTTOWA, ILLINOIS-REGIONAL DETECTOR DOG TRIALS
1996 NAPLES, FLORIDA-CHIEF JUDGE REGIONAL PATROL DOG TRIALS
1996 PAMPA, TEXAS-CHIEF JUDGE REGIONAL DETECTOR DOG TRIALS
1996 TALLAHASSEE, FLORIDA-CHIEF JUDGE REGIONAL PATROL DOG TRIALS
1996 HILLSBORO, FLORIDA-CHIEF JUDGE REGIONAL PATROL DOG TRIALS
1997 NAPLES, FLORIDA-CHIEF JUDGE REGIONAL PATROL DOG TRIALS
1997 GREELY, COLORADO-CHIEF JUDGE REGIONAL PATROL DOG TRIALS
1998 EVANSVILLE, INDIANA-NATIONAL DETECTOR DOG USPCA TRIALS

ACTED AS INSTRUCTOR FOR THE FOLLOWING SEMINARS:
1991 BATON ROUGE, LOUISIANA NATIONAL TRAINERS SEMINAR INSTRUCTOR
1992 DEL RAY BEACH, FLORIDA NATIONAL TRAINERS SEMINAR INSTRUCTOR
1993 CANTON, OHIO NATIONAL TRAINERS SEMINAR INSTRUCTOR
1993 TILBURG, HOLLAND TACTICAL CANINE INSTRUCTOR
1994 BILOXI, MISSISSIPPI NATIONAL TRAINERS SEMINAR INSTRUCTOR
1994 KILGORE, TEXAS DETECTOR DOG INSTRUCTOR
1995 SAN ANTONE, TEXAS DETECTOR DOG INSTRUCTOR
1995 PALM BEACH, FLORIDA TACTICAL CANINE INSTRUCTOR

1996 FORT LAUDERVILLE, FLORIDA TACTICAL CANINE INSTRUCTOR
1997 ARVADA, COLORADO DETECTOR DOG INSTRUCTOR
1997 ALBERQUERKE, NEW MEXICO DEPARTMENT OF DEFENSE TACTICAL CANINE INSTRUCTOR
1997 CANYON, TEXAS DETECTOR DOG SEMINAR INSTRUCTOR
1998 NATIONAL POLICE CANINE ASSOCIATION " NATIONAL TRAINING SEMINAR, NEW ORLEANS LA, INSTRUCTOR
1998 EL PASO TX, WORLD PROTECTION DOG CLUB, INTERNATIONAL TRIALS, CHIEF JUDGE/INSTRUCTOR
1999 US FORCES KOREA, TACTICAL CANINE INSTRUCTOR IN OSAN AIR FORCE BASE, KOREA
1999 SEOUL, KOREA CANINE INSTRUCTOR FOR KOREA CUSTOMS
1990-2003 LAFAYETTE, LOUISIANA CANINE CONCEPTS ANNUAL SEMINAR ON DUAL PURPOSE CANINE
2000 SAN ANTOINE TEXAS 40 HOUR TACTICAL K-9 SEMINAR
2000 ABILINE TEXAS 40 HOUR DETECTOR DOG SEMINAR
2001 INSTRUCTOR FOR NATIONA POLICE CANINE ASSOCIATION NATIONL SEMINNAR NEW ORLEANS LA.

Accreditation's

1989 CERTIFIED AS TRAINER THROUGH CORRECTIONS CANINE ASSOCIATION
1989 CERTIFIED AS NATIONAL PATROL DOG TRAINER BY THE USPCA
1990 CERTIFIED AS TRAINER THROUGH CORRECTIONS CANINE ASSOCIATION
1991 CERTIFIED AS REGIONAL JUDGE BY THE USPCA
1991 CERTIFIED AS TRAINER THROUGH CORRECTIONS CANINE ASSOCIATION
1991 CERTIFIED AS NATIONAL DETECTOR DOG JUDGE BY THE USPCA
1991 CERTIFIED AS NATIONAL DETECTOR DOG TRAINER BY THE USPCA
1996 CERTIFIED AS PATROL DOG JUDGE BY THE NPCA
1996 CERTIFIED AS DETECTOR DOG JUDGE BY THE NPCA
1998 CERTIFIED AS NATIONAL PATROL DOG TRAINER BY THE NPCA
1998 CERTIFIED AS NATIONAL DETECTOR DOG TRAINER BY THE NPCA
1999 CERTIFIED AS A LEVEL III TRAINER BY THE USPA

Professional memberships 

UNITED STATES POLICE CANINE ASSOCIATION (USPCA)

NATIONAL POLICE CANINE ASSOCIATION (NPCA)

**Awards received**    RECEIVED CANINE OFFICER OF THE YEAR AWARD

HAVE CERTIFIED 19 TIMES AS TRAINER AND HANDLER AS PATROL DOG TEAM

HAVE CERTIFIED 23 TIMES AS TRAINER AND HANDLER AS DETECTOR   DOG TEAM







**CITY OF GRETNA POLICE DEPARTMENT**
**AND THE**
**NATIONAL POLICE CANINE ASSOCIATION**
**CAJUN NATIONAL TRAINING SEMINAR**
P. O. Box 254 • Gretna, LA 70054

Greetings,

As your national president, let me be the first to invite you to the 2000 National Training Seminar. As you know, every day brings changes in the law enforcement profession. In our aspect of law enforcement the changes sometimes are pushed at an accelerated rate due to the emotional nature of Police K-9.



As we begin the new millennium, I feel that we will be required to be held more and more accountable for our actions and the performance of our K-9 partners. As we have worked on this National event, I along with your host have strived to ensure a training program that will meet these challenges.

As I look back at my K-9 beginning twenty years ago I am overwhelmed by the changes that have taken place. Court decisions that we now live by, such as Robinette Vs Barnes, Chew Vs Gates, and United States Vs Place had not even occluded. As court decisions have changed our deployment options, training has also advanced. As you look at the list of instructors, I am sure you will see new and exciting classes and instructors, to help all of us meet the changes the future will bring.

Come and be a part of this educational and challenging seminar. You will see and experience the charm and excitement of New Orleans. Our host, Pat and the Gretna Police Department have worked diligently to ensure that you leave the South with fond memories of our part of this great country.

**See you in New Orleans!!**

Sgt. Leroy Azlin
NPCA National President



*"Thanks for kicking our asses, Leroy. Your SUPER effort may one day save our lives !!"*

*Sincerely,*
*Your Arr.Con. Classmates (5/18/01)*

***Please read signatures on back***



# First Line Supervision Class
## Certificate of Completion

is hereby granted to:

*Leroy Azlin*

to certify that they have completed to satisfaction

*A forty hour course of instruction.*

Granted: September 28, 2001

_____
Academy Director



National Police Canine Association

Certificate of Certification

This is to certify that

_Terry Cole_

has achieved the credentials to satisfy the requirements and high
standards set forth by the National Police Canine Association.

Therefore, on the _28th_ day of _August_, 19_96_, the
National Police Canine Association approved accreditation for
_Patrol & Detector Usage_

President

Secretary

Chairman, Standards Committee

# Mewelyn Kennels

## SCHOOL FOR DOGS

### CERTIFICATE OF COMPLETION

APPROVED BY THE CALIFORNIA STATE DEPARTMENT OF PUBLIC INSTRUCTION

This is to certify that Officer Larry Arkin has completed all requirements of a three week, 120 hour course in Police Canine Handling, and is qualified to handle dogs for law enforcement. This course is approved by the California Commission on Peace Officer Standards and Training for 00 training points.

DATED _November 26, 1982_

BY _____
ADMINISTRATOR OF EDUCATION



# PSP

# AMERICA

*hereby certifies that*

OFFICER LEROY AZLIN

*has successfully completed a prescribed*

*course of instruction in*

K-9  OFFICER  SURVIVAL

Officer Leroy Azlin of the Lafayette City Police Department and his K-9 "Dax" have participated in an intensive 70 hour training course designed to instill survival skills within K-9 handlers when encountering highly stressful or armed street situations. Officer Azlin has shown a tremendous increase in the ability to make clear and concise judgements when under extreme duress.

*conducted at*

Tuscaloosa, Alabama

During the period of    February 6    19 84

through    February 11    19 84

WENDELL NOTE

**Instructor**      **Director**

Patrick U. Balls



Certificate of Award

THIS CERTIFIES THAT

VOM KAISERHOFE'S TRAINING CENTER

IN RECOGNITION OF
SUCCESSFUL COMPLETION
OF

Vom Kaiserhofe's

Patrol Dog Course

K-9 "T A C K O"

Owner—Instructor
Tom Brenneman

Co-Owner—Witness
Susie Brenneman

July 7, 1986
Date



# The United States Police Canine Association, Inc.

## Certificate of Attendance

Awarded to

LEROY AZLIN

of the SHREVEPORT CITY POLICE, LOUISIANA

for successfully completing the prescribed courses offered during our Annual Seminar

held in LAKELAND, FLORIDA

on the 5th - 9th days of OCTOBER 1987

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to _____ LEROY AZLIN _____

of the _____ SHREVEPORT P.D. _____

for successfully completing the prescribed
courses offered during our Annual Seminar

held in _____ SHREVEPORT, LA _____

on the _____ 12-16 _____ days of _____ SEPT. 1990 _____

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to _____ Leroy G. Azlin _____

of the _____ Shreveport Police Department _____

for successfully completing the prescribed courses offered during our Annual Seminar

held in _____ Dunedin _____ Florida

on the _____ 14th thru 18th _____ days of _____ October _____ 1990.

1990 NATIONAL POLICE DOG TRIAL

PRESIDENT

SECRETARY

The United States Police Canine Association, Inc.

## Certificate of Attendance

Awarded to _____ LeRoy Azlin _____

of the _____ Shreveport Police Department _____

for successfully completing the prescribed
courses offered during our Annual Seminar

held in _____ Johnson City _____ Tennessee _____

on the _____ 20th - 25th _____ days of _____ May _____ 19 _____ , 1990

_____
PRESIDENT

Donald Slaib
SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to LEROYAZLIN

of the SHREVEPORT P. D.

for successfully completing the prescribed course of study during our Annual Seminar

held in PRINCE GORD Florida

on the 11 thru15 NOVEMBER , 1991 .

1991 REGION ONE NARCOTIC CERTIFICATION TRIALS

PRESIDENT

SECRETARY

The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to **LEROY AZLIN**

of the **SHREVEPORT P.D.**

for successfully completing the prescribed

courses of each during our Annual Seminar

held in **BILOXI** **MISSISSIPPI**

on the **3RD THRU 9TH** days of **JUNE** 1994

_____
PRESIDENT

_____
SECRETARY

UNITED STATES POLICE CANINE
ASSOCIATION, INC. — THE
NON PROFIT ORG.
CORPORATION
1971
SEAL
DISTRICT
OF
COLUMBIA



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to _____ Leroy Azlin _____

of the _____ Shreveport Police Department _____

for successfully completing the prescribed
courses offered during our Annual Seminar

held in _____ Washington _____ D.C.

on the _____ 13th thru 19th _____ days of _____ September _____, 1992

1992 NATIONAL POLICE DOG TRIAL

PRESIDENT

SECRETARY





The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to

LEROY ASLIN

on the

SHREVEPORT POLICE DEP'T

for successfully completing the prescribed courses of instruction during our Annual Seminar

held in

9TH THRU 14TH

day of

CANTON, OHIO

MAY

1998

PRESIDENT

SECRETARY





POST COUNCIL

WISDOM
KNOWLEDGE
TRAINING
PROFESSIONALISM

# State of Louisiana

## Peace Officer Standards & Training Council

hereby awards the

## Basic Certificate

to

### L. G. AZLIN

for having completed a Certified Basic Training Course at the

SHREVEPORT REGIONAL POLICE ACADEMY

as provided for in the Laws of the State of Louisiana,

issued this TWENTY-FOURTH day of MAY, nineteen EIGHTY-FIVE

COORDINATOR

CHAIRMAN

This certificate remains the property of the State of Louisiana, and is subject to be revoked at any time.

POST COUNCIL

WISDOM
TRAINING
KNOWLEDGE
PROFESSIONALISM

# state of Louisiana

## Peace officer standards & training council

hereby awards the

# Basic Certificate

to

LEROY AZLIN

for having completed a Certified Basic Training Course

at the

# Acadiana Law Enforcement Training Academy

as provided for in the Laws of the State of Louisiana.

issued this SEVENTH day of NOVEMBER nineteen SEVENTY-NINE

GOVERNOR

Dwight M. White
CHAIRMAN



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to __Leroy Avlin__

of the __Shreveport Police Department__

for successfully completing all requirements of instruction for courses offered during an Annual Seminar

held in __Shreveport, La.__

on the __24 to 27__ day of __August__ __1995__

_____
PRESIDENT

_____
SECRETARY

The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to        LEROY AZLIN

of the        Shreveport Police Department

for successfully completing the prescribed

courses offered during our Annual Seminar

held in        Springfield        Illinois

on the        7th & 8th        days of        April        1995

Melvin Wolff
PRESIDENT

Ruth Briat
SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to

Leroy Azlin

of the Shreveport Police Department

for successfully completing the prescribed courses offered during our Annual Seminar

held in Ottawa, Illinois

on the 9th - 13th day of October 1995

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to    LEROY AZLIN

of the    SHREVEPORT POLICE DEPARTMENT

for successfully completing the prescribed
courses offered during our Annual Seminar

held in    LIVINGSTON PARISH    LOUISIANA

on the    28TH – 1ST    days of    JULY – AUGUST    1993

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to _LEROY AZLIN_

of the _SHREVEPORT POLICE DEPARTMENT_

for successfully completing the prescribed
courses offered during our Annual Seminar

held in _NAPLES_ . _FLORIDA_

on the _22_ thru _27_ days of _APRIL_ . _1996_

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to LEROY AZLIN (Chief Judge)

of the Shreveport Police Department

for successfully completing the prescribed courses offered during our Annual Seminar

held in Palm Beach County, Florida

on the 20 - 21 days of July 1994

_____ PRESIDENT

_____ SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to

LEROY ASLIN

of the SHREVEPORT P.D.

for successfully completing the prescribed courses of instruction at its Annual Seminar

held in CHARLOTTE COUNTY, FL.

on the 25TH-29TH day of OCT. 1998

PRESIDENT

SECRETARY

THE UNITED STATES POLICE CANINE ASSOCIATION INC. · NON PROFIT ORGANIZATION · CORPORATION SEAL 1971 · DISTRICT OF COLUMBIA ·



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to LEROY ASLIN

of the SHREVEPORT POLICE DEPT

for successfully completing the prescribed

courses offered during our Annual Seminar

held in CANYON

on the 19-24 days of MAY OHIO 1996

PRESIDENT

SECRETARY

THE UNITED STATES POLICE CANINE
NON PROFIT ORG. CORPORATION
1971
DISTRICT OF COLUMBIA



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to

**LEROY AZLIN**

of the

**SHREVEPORT POLICE DEPARTMENT**

for successfully completing the prescribed

courses offered during our **Annual Seminar**

held in _____ ALEXANDRIA LOUISIANA

on the ____ 10 - 14 ____ Days of ____ JUNE ____ 1996

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to  LEROY AZLIN & BORIS

of the  SHREVEPORT POLICE DEPARTMENT

for successfully completing the prescribed courses offered during our Annual Seminar

held in  TEXAS

on the  19TH THRU 22ND  days of  JUNE  1996

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to LEROY AZLIN

of the SHREVEPORT, LA.

for successfully completing the prescribed courses of each during our Annual Seminar

held in TALLAHASSEE, FLORIDA

on the 07 thru 09 days of AUGUST 1996

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to  LEROY AZLIN

of the  SHREVEPORT POLICE DEPT.

for successfully completing the prescribed
course offered during the Annual Seminar

held in  HILLSBOROUGH COUNTY  FLORIDA

on the  29 THRU 30      day of  AUGUST      1996

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to

**LEROY AZLIN**

of the

**SHREVEPORT P.D.**

for successfully completing the prescribed courses offered during our Annual Seminar

held in

**WASHINGTON    D.C.**

on the

**16TH-20TH** days of **SEPTEMBER** **1996**

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to LEROY AZLIN

of the SHREVEPORT POLICE DEPT.

for successfully completing the prescribed courses offered during our Annual Seminar

held in ALEXANDRIA, LA.

on the 5th–8th days of JUNE 1987

PRESIDENT

SECRETARY

# Randall County Sheriff's Department

Canyon, Texas

This certificate is presented to:

OFFICER LEROY AZLIN AND K-9 BORIS

for completion of

# United States Police Canine Association

*Narcotic Detector Dog Seminar*

**April 16-19, 1997**
*(24 contact hours)*

_____
Instructor

_____
Sheriff

_____
Instructor



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to Leroy Stalin
of the Shreveport Police Department

for successfully completing the prescribed
courses offered during our Annual Seminar

held in Shreveport La

on the 26th - 5th Thru August 1999

PRESIDENT

SECRETARY

The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to LEROY AZLIN

of the SHREVEPORT POLICE DEPARTMENT

for successfully completing the prescribed
courses offered during our Annual Seminar

held in NAPLES FLORIDA

on the 01 thru 02 day of FEBRUARY 1997

PRESIDENT

SECRETARY

THE UNITED STATES POLICE CANINE
NON PROFIT ORG.
SEAL
1971
DISTRICT OF COLUMBIA
CORPORATION



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to

**LEROY AZLIN**

of the **SHREVEPORT POLICE DEPARTMENT**

for successfully completing the training which courses offered during our Annual Seminar

held in **LAKELAND,** **FLORIDA**

on the **5TH-10TH** days of **OCTOBER** **1997**

PRESIDENT

SECRETARY



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to

LEROY AZLIN

of the

SHREVEPORT POLICE DEPARTMENT

for successfully completing the prescribed courses of work during the Annual Seminar

held in

YUKON, OKLAHOMA

on the

7TH-12TH day of JUNE 1998

PRESIDENT

SECRETARY



# Certificate Of Appreciation

This Certificate is Awarded to

**Leroy Ogla**

as an expression of our gratitude to you for all your help and efforts in assisting the Caddo Parish Sheriff's Office K-9 Unit, and the United States Police Canine Association, Region 10

Because of your cooperation and generosity the Regional K-9 Certifications held in Shreveport, Louisiana June 10th, 11th and 12th, 2005, were a great success.

Thank You

This 12th day of June, 2005





The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to Leroy Azur

of the Shreveport Police Department

for successfully completing the prescribed

course of study during our Annual Seminar

held in Hammond Louisiana

on the 13-15 Days of July , 2001

PRESIDENT

SECRETARY

Alliance Printing & Publishing Inc.

Shreveport Regional Police Training Academy

Certificate of Training

awarded to:

Leroy Azlin

For successfully completing a

40 Hour Basic Leadership Course

sponsored by the Shreveport Police Department

August 26 - 30, 2002

_Academy Director_

_Instructor_



Certificate of Award

THIS CERTIFIES THAT

OFFICER LEROY AZLIN

IN RECOGNITION OF
SUCCESSFUL COMPLETION
OF

Vom Kaiserhofe's Patrol/
Drug Detection/Handler
Course, 80 hrs. Of
Instruction

VOM KAISERHOFE'S TRAINING CENTER

Owner/Instructor
Tom Brenneman

Co-Owner—Witness
Susie Brenneman

July 7, 1986
Date



Certificate of Award

THIS CERTIFIES THAT

K-9 "TACKO"

IN RECOGNITON OF
SUCCESSFUL COMPLETION
OF

Vom Kaiserhofe's Drug

Detection Dog Course

Owner/Instructor
Tom Brenneman

Co-Owner-Trainer
Susie Brenneman

July 7, 1986
Date

VOM KAISERHOFE'S TRAINING CENTER



K-9 Concepts Inc.
Training Center

This Certifies that Tug

Handled by Leroy Azlin

Has Successfully Completed a 40 hour course on

Narcotic Detection Training

Program Director of Training

Assistant Trainer

23 February 198



# K-9 Concepts Inc.
## Training Center

This Certifies that **Tacko**

Handled by **Larry Rollin**

Has Successfully Completed A 40 HOUR ADVANCED K-9 HANDLER

& INSTRUCTOR TRAINING COURSE

Jack Robicheau
Owner-Director of Training

Steven Stone
Assistant Trainer

2 November 1987
Date

Broussard, La.



SEVIERVILLE POLICE DEPARTMENT

SEVIERVILLE, TENNESSEE

CERTIFICATE OF ATTENDANCE

This is to certify that

LEROY AZLIN

has successfully completed a _____ 40 _____ hour specialized course in

ADVANCED POLICE K-9 HANDLERS COURSE & STREET SURVIVAL SCHOOL

conducted by _____ OWEN TOBER AND SEVIERVILLE POLICE DEPARTMENT _____

at SEVIERVILLE, TENNESSEE _____ From September 24 To September 27, 1990

and is awarded this certificate as evidence of
completion of this training

Chief of Police

Instructor



Pampa Police Department
and
Gray County Sheriff's Department
Pampa, Texas

This Certificate is Presented to:
LEROY AZLIN & BORIS
for completion of

United States Police Canine Association
District 2

Narcotic Detector Dog Seminar
June 19 thru June 22, 1996
(24 Contact Hours)

Sheriff

Instructor

Chief of Police

# Shreveport Police Department

City of Shreveport,
Certifies that:

**Sergeant Leroy Azlin**
Dog: Astor

has completed in a satisfactory manner the

# 400 hour K-9 Patrol Dog Basic Training

May 14, 2001 - June 20, 2001

_William S. Connelly._
Instructor



The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to:

Leroy Azlin (Judge PDI)

In recognition of your efforts to further

the goals of this organization and its members.

PRESIDENT

Wayne Say HED

UNITED STATES POLICE CANINE
THE UNITED CORPORATION
1971 SEAL
NON PROFIT ORG.
DISTRICT OF COLUMBIA
ASSOCIATION



# K-9 Concepts Inc.

## Dog Training Center

This Certifies that *Jerry Aglin*

Has Successfully Completed *a seventy-two hour Seminar*

*for*

*Police Patrol & Narcotic Detector Dog Training.*

and is Therefore Awarded This Certificate of Achievement.

Owner-Director of Training

Assistant Trainer

Date *7 February 2004*

Broussard, LA

# National Police Canine Association

## Certificate for Instruction

### 2014 National Training Seminar & Competition

San Antonio, Texas
August 3rd - 7th, 2014

**Leroy Actia**

Canine Communication-Reading K9 behavior

Acknowledging your Dedication and Commitment
To the Detection and Prevention of Crime.

_____
President



*Regional Training Seminar*

**PSDI**

CERTIFICATE OF ATTENDANCE

LEROY AZLIN

Awarded in Recognition of Satisfactory Completion of the I.A. Regional PSDI Training Seminar as Sanctioned and Conducted by the **JUSTICE SYSTEM TRAINING ASSOCIATION**

Awarded in Handgun Retention

8 hours

this 12th Day of August 1982

KEVIN PARSONS, PhD  Director
Justice System Training Association

Regional Seminar Coordinator
Justice System Training Association



*Regional Training Seminar*

**PSDI**

LEROY GLENN AZLIN

Awarded in Recognition of Satisfactory Completion of the 20th Regional
PSDI Training Seminar as Sanctioned and Conducted by the
**JUSTICE SYSTEM TRAINING ASSOCIATION**

Awarded in      Lafayette, La.      this 11th Day of      March, 1981.

Regional Training Coordinator
Justice System Training Association

**KEVIN PARSONS, PhD  Director**
**Justice System Training Association**



The United States Police Canine Association, Inc.

CERTIFICATE OF ATTENDANCE

Awarded to: Lenou Aikin

of the Shreveport Police Department

for successfully completing the prescribed
courses offered during our Annual Seminar

held in Baton Rouge Louisiana

on the 19th - 25th days of May 1991

Lenny Martin
CHAIRMAN – 1991 TRAINING SEMINAR

Scott J. Baird
CO-CHAIRMAN 1991 TRAINING SEMINAR



CRIMINAL JUSTICE INSTITUTE

This Certifies that

Jordon G. Azlen

has successfully completed 24 hours

K-9 Workshop

under sponsorship

of

Bossier Parish Community College

Awarded this 20th day of March 1998

DIRECTOR
Criminal Justice Institute

CHANCELLOR
Bossier Parish Community College





*Certificate of Attendance*

**This Is To Certify**

*That*

LEROY AZLIN

*Attended a* two *day Police K-9*

*Seminar and Workshop held*

*February 4 & 5, 1991*

*at*

*Homer, Louisiana*

*Sponsored by Homer Police Department*

Trainers

_____

_____
*Police Chief*

_____

_____
*Asst Chief*

_____



The United States Police Canine Association, Inc.

Certificate of Attendance

Awarded to _____ Leroy Azlin _____

of the _____ Shreveport Police Department _____

for successfully completing the prescribed
course offered during the Annual Seminar

held in _____ Texas _____

on the _____ 3rd thru 7th _____ day of _____ Jun _____. 1992

_____ PRESIDENT

_____ SECRETARY

# National Police Canine Association

## Certificate of Training

On the __29th__ day of September, 2000, __Greg Atkins__ is hereby awarded a Certificate of Training by the National Police Canine Association for attending a Certificate of Training Instructor Training Seminar held on September 25th in Greup, Louisiana.

President, National Police Canine Association





# CORRECTIONS CANINE ASSOCIATION

ANGOLA, LOUISIANA

## SPECIAL AWARD

TRAINER

*THIS CERTIFICATE IS AWARDED TO*

LEROY AZLIN

*as special appreciation & recognition*
*for his continued support through attendance*
*to Corrections Canine Association*
*K-9 Seminar and Trials*

*Granted this* 22ND *day of* APRIL, 1989

*Warden*

*Asst. Warden*

*President*

The United States Police Canine Association, Inc.

Certificate of Appreciation

Presented to: LEROY AZLIN No.

JUDGE - NARCOTICS & EXPLOSIVES

In recognition of your efforts to further

the goals of this organization and its members.

PRESIDENT

USPCA TRIALS
NAPLES, FL.
FEBRUARY 01 - 02, 1997