

EXHIBIT 17



