**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **SOLOMON COLEY and ARSHANKE HALL** individually and on behalf of their minor children JC and AC     Plaintiff | * | **CIVIL ACTION NO: 17-1553** |
| **VERSUS** | * | **JUDGE FOOTE** |
| **CITY OF BOSSIER CITY, CHAD BOYETT AND SGT. FAULKNER**     Defendants | * | **MAGISTRATE HORNSBY** |

**ORDER ON PLAINTIFFS' MOTION IN LIMINE**

UPON CONSIDERING THE FOREGOING Motion in Limine,

IT IS ORDERED THAT THE FOLLOWING EVIDENCE IS EXCLUDED FROM THE TRIAL OF THIS CASE:

1. Any testimonial opinions as to an ultimate legal conclusion as to the whether excessive force was used or if Boyett or others were negligent or that the canine bite could have been prevented under strict liability;
2. Exhibits 101, 104, 108, 115, 116, 118, 119-123 be excluded;
3. Expert Opinion of Anderson;
4. Any testimony, opinion or argument that suspect Williams caused Torres to bite JC; and,
5. Any testimony, opinion or argument that JC and AC did not testify or did not testify at length.
6. Exhibit 153;
7. Any testimony or argument that suspect Williams caused the canine bite;
8. Defendant be specifically instructed to inform its witnesses and to counsel with all other witnesses called by Defendants or parties in the Courtroom at the request of the Defendants, not to volunteer, inject, disclose, state,

mention or allude to, or refer to, by work, act, deed or innuendo, to the Jury any of the above matters until specifically questioned thereon, after a prior ruling by the Court

Shreveport, Louisiana, this the _____ Day of _____, 2019.

_____
JUDGE, U.S. DISTRICT COURT