**MINUTE ENTRY**
**November 4, 2019**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| SOLOMON COLEY, ET AL. | CIVIL ACTION NO. 17-1553 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| CHAD BOYETT, ET AL. | MAGISTRATE JUDGE HORNSBY |

---

In their motion in limine [Record Document 66], Plaintiffs request that expert witness Terry Anderson be disqualified "due to being untrustworthy and unreliable." [Record Document 66-1 at 7]. To support this, Plaintiffs allege that Mr. Anderson stated in his October 16, 2019, deposition that he "could not provide an opinion against any member of NPCA" and, as such, would "not be able to render an opinion critical of Boyett." [Record Document 66-1 at 8]. Plaintiffs do not provide any deposition excerpts to support this assertion. Defendants contend, among other arguments for why Plaintiffs' motion should be denied, that Plaintiffs have mischaracterized Mr. Anderson's deposition testimony. [Record Document 76 at 4-5]. The parties are hereby **ORDERED** to bring the relevant deposition testimony of Terry Anderson to the November 7, 2019 pretrial conference.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 4th day of November, 2019.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE