UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
(HELD IN MONROE)

**SOLOMON COLEY ET AL**     **CASE NO. 5:17-CV-01553**

**VERSUS**     **JUDGE FOOTE**

**CHAD BOYETT ET AL**     **MAGISTRATE JUDGE HORNSBY**

## MINUTES OF COURT:
### Settlement Conference

| Date: | November 13, 2019 | Presiding: | Mag. Judge Karen L. Hayes |
|---|---|---|---|
| Court Opened: | 9:30 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 5:10 p.m. | Court Reporter: | LCR |
| Statistical Time: | 07:40 | Courtroom: | 3rd Floor Courtroom |

### APPEARANCES

| | | |
|---|---|---|
| Nelson Welch Cameron (RET) | For | Solomon Coley, Plaintiff |
| Nelson Welch Cameron (RET) | For | Arshakne Hall, Plaintiff |
| Solomon Coley, Plaintiff | | |
| Arshakne Hall, Plaintiff | | |
| Layne A Clark Jr (RET) and Katherine Lengewicz, One Beacon Ins. Co. | For | City of Bossier City, Defendant |
| Layne A Clark Jr (RET) and Katherine Lengewicz, One Beacon Ins. Co. | For | Chad Boyett, Defendant |
| Layne A Clark Jr (RET) and Katherine Lengewicz, One Beacon Ins. Co. | For | Sgt Faulkner, Defendant |
| Layne A Clark Jr (RET) and Katherine Lengewicz, One Beacon Ins. Co. | For | City of Bossier City, Defendant |

### PROCEEDINGS

At the conclusion of the conference, the parties reached an amicable settlement of the pending dispute. The terms of the settlement were read in open court. The Court will issue a 90 day Order of Dismissal, administratively closing the case. The parties will prepare and file a Joint Motion to Dismiss With Prejudice and a proposed Judgement within the next 90 days.