UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SOLOMON COLEY                          CIVIL ACTION NO. 17-cv-1553

VERSUS                                 JUDGE FOOTE

ARSHAKNE HALL, ET AL                   MAGISTRATE JUDGE HORNSBY

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

It is ordered that this action is dismissed, without prejudice to the right, upon good cause shown within 90 days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

It is further ordered that, within 90 days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. All motions pending in this case are denied as moot.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 14th day of November, 2019.

Mark L. Hornsby
U.S. Magistrate Judge