**MINUTE ENTRY [02:30]**
**November 7, 2019**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| SOLOMON COLEY, ET AL. | CIVIL ACTION NO. 17-1553 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| CHAD BOYETT, ET AL. | MAGISTRATE JUDGE HORNSBY |

---

The Court held a pretrial conference in the above-captioned matter on November 7, 2019. The Court has come to understand that the parties settled this matter before minutes from the conference were issued and thus the Court will not be issuing minutes from the November 7, 2019 pretrial conference.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___ day of November, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE